# United States District Court District of Kansas

Docket No. _12 - 2303 - KHV - KGG_

**F I L E D**

**MAY 1 8 2012**

TIMOTHY M. O'BRIEN, Clerk
By_____ Deputy

Azael Dythian Perales et al.,

V.

## Alaska

Alaska Newspapers, Inc et al.,

- *Arctic Sounder* - Northwest Arctic Borough/North Slope Borough
- *Bristol Bay Times* - Bristol Bay
- *Capital City Weekly* - Southeast Alaska
- *Chilkat Valley News* - Haines
- Bonnie Hedrick e.g.Publisher
- *Copper River Record* - Glennallen (bi-monthly)
- *Cordova Times* - Cordova
- *Delta Discovery* - Bethel
- The Delta Discovery, Inc. et al.,
- *Delta Wind* - Delta Junction
- *Dutch Harbor Fisherman* - Aleutians/Pribilofs
- *Ester Republic, The* - Ester (monthly)
- Ester Republic Press et al.,
- *Homer Tribune* - Homer
- *Mat-Su Valley Frontiersman* - Matanuska-Susitna Valley (tri-weekly)
- Wick Communications et al.,
- *Nome Nugget* - Nome
- Nancy McGuire e.g.Publisher
- *Petersburg Pilot* - Petersburg
- *Seward Phoenix Log* - Seward, Moose Pass, Cooper Landing
- *Skagway News* - Skagway
- William J. "Jeff" Brady e.g. Publisher

1

- *Tundra Drums* - Bethel and Yukon-Kuskokwim Delta
- *Valdez Star* - Valdez

## [] **Arizona**

Ajo Copper News et al.,
P.O. Box 39,
Ajo, Arizona 85321
(520) 387-7688

Gabrielle David e.g., Editor in Chief / Owner
 Hollister J. David e.g., Publisher / Owner

Apache Junction-Gold Canyon Independent et al.,
850 S. Ironwood Dr., Suite 112
Apache Junction, AZ 85220
(480) 982-7799

Independent Newspapers Inc. et al.,
P.O. Box 737
Dover, DE 19903
(302) 674-3600

## [] **Arkansas**

Clay County Courier et al.,
810 N. Missouri
Corning, AR 72422
(870) 857-3531

Corning & J.V. Rockwell Publishing  Inc. et al.,

Ashley News Observer, et al.,
102 Pine St,
Crossett, AR 71635
(870) 364-5186

Ashley County  Publishing Company et al.,

## [] <u>Colorado</u>

- *Intermountain Jewish News* - <u>Denver</u>

<u>American Jewish Press Association</u> et al.,

(AJPA) and the Colorado Press Association et al.,

- 
- *The Mountain Jackpot* - <u>Woodland Park</u>

## [] <u>Connecticut</u>

Fairfield County Weekly et al.,
900 Chapel Street, Suite 1100
New Haven, CT 06510
(203)789-0010


NEW MASS MEDIA et al.,
350 FAIRFIELD AVE

BRIDGEPORT, CT 06604-6014
(203) 382-9666


## [] <u>Delaware</u>

Delaware Wave et al.,
Rte 1, Lem Hickman Plz.,
Bethany Beach, DE 19930
(302) 537-1881

Gannett Company Inc. et al.,
7950 Jones Branch Dr.,
McLean, VA 22107
(703) 854-6000


## [] <u>District of Columbia</u>

- *The Current Newspapers* - <u>Washington, D.C.</u>
- <u>Davis Kennedy</u> e.g. Publisher & Owner
- *Washington City Paper* - <u>Washington, D.C.</u>

3

- Creative Loafing Inc. et al.,
- Amy Austin e.g. Publisher

## [] **Florida**

- *Florida Weekly* [1] - Fort Myers

Apalachicola Times et al.,

129 Commerce St.,
Apalachicola, FL 32320

The Star Publishing Company of Port St Joe Inc. et al.,

Star Publishing Co et al.,

Address: 135 W Highway 98

Port Saint Joe, FL,

32456-1871

Florida Media Group LLC. et al.,

- 
- *Observer Newspaper* [2] - Deerfield Beach

## [] **Georgia**

- *Creative Loafing* - Atlanta
- CL Inc. et al.,

## [] **Hawaii**

- *Honolulu Weekly* - Honolulu
- Laurie Carlson e.g. Publisher

Midweek (Kaneohe) et al.,
45-525 Luluku Rd
Kaneohe, HI 96744
(808) 235-5881

Ron Nagasawa e.g., Owner

## [] **Idaho**

Boise Weekly et al.,
523 Broad St.
Boise, ID, 83702
phone 208-344-2055
fax 208-342-4733

Bingo & Sally Barnes e.g., Owners

## [] **Illinois**

- *Chicago Crusader* (web site) - Chicago
- Crusader Newspaper Group et al.,
- *The Chicago Reader* - Chicago
- Alison Draper e.g. Publisher
- *Socialist Worker* - Chicago
- Judith Orr e.g. Editor

Herald /County Market et al.,

### **Bourbonnais Herald-County Market**
Street: 500 Brown Boulevard
Bourbonnais, il 60914-2328
Phone: (815) 933-1131

Countryside/Indian Head PK/Hodgkins/Willow Spr./Pleasantdale Suburban Life et al.,

### **Countryside Indian Head Park Hodgkins Willow Springs Suburban Life Contact Information:**
Countryside Indian Head Park Hodgkins Willow Springs Suburban Life
7222 W Cermak Rd
Ste 505
Riverside, IL 60546-1423
Phone: (708) 447-9810
Fax: (708) 447-9871

5

Liberty Suburban Chicago Newspapers et al.,

## [] Indiana

- *Gary Crusader* et al.,

Brookville American et al.,
531 Main Street
Brookville, IN 47012-1407

Whitewater Publications et al.,

## [] Iowa

Humboldt Independent et al.,

P.O. Box 157,

Humboldt, IA 50548

Telephone: (515) 332-2514 Fax: (515) 332-1505

Gargano Communications Inc. et al.,

## [] Kansas

The Record Newspaper

3414 Strong Avenue

Kansas City, KS 661069

(913) 362-1988

Jon A. Males e.g., Owner

## [] Kentucky

*The Cadiz Record* - Cadiz

Boone County Recorder et al.,

**228 Grandview Dr,**
**Ft Mitchell, KY 41017**
**(859) 283-0404**

Community Recorder Newspapers et al.,
7950 Jones Branch Drive
McLean, VA 22107
(703) 854-6000

## [] Louisiana

- *Gonzales Weekly Citizen* - Gonzales
- Gatehouse Media et al.,
- *Donaldsonville Chief* - Donaldsonville
- Glenn Stifflemire e.g. Publisher
- *Plaquemine Post South* - Plaquemine
- Tryve Brackin e.g., Editor

## [] Maine

- *The Ellsworth American* - Down East Maine
- Stephen Fay e.g. Editor

## [] Maryland

- *Greenbelt News Review* - Greenbelt
- Greenbelt Cooperative Publishing Association et al.,

## [] Massachusetts

- *The Boston Phoenix* - Boston
- *Phoenix Media/Communication Group et al.,*
- *Martha's Vineyard Times* - Martha's Vineyard
- Martha's Vineyard Times Corporation Inc. et al.,
- *Winthrop Sun Transcript* - Winthrop

## [] Michigan

- *Benton Spirit* - Benton Harbor
- Priscella Tobias e.g., Editor
- *Berrien County Record* - Buchanan
- Dean Henrickson e.g., Owner

- *Harbor Country News* - New Buffalo
- Patrick Kellar e.g., Publisher
- *Metro Times* - Detroit
- Times-Shamrock Communications et al.,
- *New Buffalo Times* - New Buffalo

## [] **Minnesota**

- *City Pages* [3] - Minneapolis
- Village Voice Media

City Pages Newspaper et al.,
401 N. 3rd St., #550,
Minneapolis, MN 55401
612-375-1015

Village Voice Media Inc. et al.,
36 Cooper Sq.
New York, NY 10003
(212) 475-3300

## [] **Mississippi**

Jackson Free Press et al.,

P.O. Box 5067

Jackson, MS  39296

Pontotoc Progress et al.,

PO Box 210,

Pontotoc, MS 38863

Journal Publishing Company Inc. et al.,
1241 S. Green Street
Tupelo, MS 39902
(662)842-2611

## [] Missouri

- *Branson Tri-Lakes News* [4] - Branson, Taney County, Stone County
- *The Marshfield Mail* [5] - Marshfield
- *South County Times* [6] - St. Louis
- *Webster-Kirkwood Times* [7] - St. Louis

- *Northern Nevada Business Weekly*

## [] New Hampshire

- *The Hippo* - Manchester
- *Manchester Express* - Manchester
- *The Londonderry Times* - (web site) Londonderry
- *The Nutfield News* - (web site) Londonderry
- *The Tri-Town Times* - (web site) Londonderry

## [] New Jersey

- *The Monmouth Journal* - Red Bank

## [] New Mexico

- *Santa Fe Reporter* - Santa Fe
- *Weekly Alibi* - Albuquerque

## [] New York

- *Clinton County Free Trader* - Plattsburgh
- *East Hampton Star* - East Hampton
- *Long Island Advance* - Bayport, Bellport, Blue Point, Patchogue, Mastic, Moriches, and Yaphank
- *Village Voice* - New York City

## [] North Carolina

- *Andrews Journal* - Andrews

- *Cherokee Scout* - Murphy
- *Cherokee Sentinel* - Murphy
- *Clay County Progress* - Hayesville
- *Creative Loafing* - Charlotte
- *Graham Sentinel* - Robbinsville
- *Smoky Mountain Sentinel* - Hayesville

## [] Ohio

- *Bethel Journal* - Bethel, Chilo, Felicity, Franklin Township, Moscow, Neville, Tate Township, Washington Township
- *Community Journal Clermont* - Amelia, Batavia, Batavia Township, New Richmond Ohio Township, Pierce Township, Union Township, Williamsburg, Williamsburg Township
- *Community Journal North Clermont* - Clermont County
- *Community Press Mason-Deerfield* - Deerfield Township, Kings Mills, Landen, Mason
- *Delhi Press* - Delhi Township, Sayler Park
- *Eastern Hills Journal* - Columbia Township, Columbia Tusculum, Fairfax, Hyde Park, Madisonville, Mariemont, Mount Lookout, Oakley, Terrace Park
- *Forest Hills Journal* - Anderson Township, California, Mount Washington, Newtown
- *Hilltop Press* - College Hills, Finneytown, Forest Park, Greenhills, Mount Airy, Mount Healthy, North College Hill, Seven Hills, Springfield Township
- *Indian Hill Journal* - Indian Hill
- *Loveland Herold* - Loveland
- *Milford-Miami Adverstiser* - Milford/Miami Township
- *Northeast Suburban Life* -
- *Northwest Press* - Colerain Township and parts of Green Township
- *Price Hill Press* - Price Hill
- *The Spanish Journal* - Cincinnati
- *Suburban Life* -
- *Tri-County Press* -
- *Western Hills Press* - Addyston, Bridgetown, Cheviot, Covedale, Dent, Green Township, Mack, Miami Township, North Bend, Westwood

## [] Oklahoma

## [] Oregon

- *Eugene Weekly* - Eugene
- *The Linfield Review* - McMinnville
- *The Portland Mercury* - Portland
- *Willamette Week* - Portland

## [] South Carolina

- *The Charleston City Paper* - Charleston
- *The Chapin Times* - Chapin
- *The Newberry Observer* - Newberry

## [] South Dakota

- *True Dakotan* - Wessington Springs

## [] Tennessee

- *Dresden Enterprise* - Dresden
- *Eagleville Times* - Eagleville (twice-monthly)
- *Weakley County Press* - Martin (twice-weekly)

## [] Texas

- *Jewish Herald-Voice* - Houston

## [] Utah

- *Salt Lake City Weekly* - Salt Lake City

## [] Virginia

- *Alexandria Gazette Packet* — Alexandria
- *El Tiempo Latino* (formerly *El Latino*, published in Wash., D.C.) — Arlington
- *The Falls Church News Press* — Falls Church
- *Farmville Herald* (web site) — Farmville (published twice weekly)
- *Gloucester-Mathews Gazette-Journal* (web site) — Gloucester
- *Greene County Record* (web site) — Greene
- *Hammin Sinbo* — Arlington
- *Han'guk Sinbo* — Arlington
- *Henrico Citizen* (web site) — Henrico County (published biweekly)
- *The Hook* — Charlottesville
- *Inside Business (web site)* — Norfolk
- *Journal Messenger* — Manassas
- *Loudoun Easterner* (web site) — Ashburn
- *Madison Eagle* (web site) — Madison
- *Mount Vernon Voice* (web site) — Alexandria
- *New Journal and Guide* — Norfolk
- *Orange County Review* (web site) — Orange
- *Port Folio Weekly* (web site) — Norfolk
- *The Progress-Index* — Petersburg
- *Purcellville Gazette* (web site) — Loudoun County
- *Rappahannock News* (web site) — Washington
- *Style Weekly* — Richmond

- *Tidewater News* (web site) — Franklin
- *The Virginia Gazette* — Williamsburg
- *La Voz Hispana de Virginia Magazine* (web site) — Richmond
- *Westmoreland News* (web site) — Westmoreland County

## [] **Washington**

- *The Reflector* - Battle Ground
- *The Stranger* - Seattle
- *Seattle Weekly* - Seattle
- *The Pacific Northwest Inlander* - Spokane

## [] **West Virginia**

- *The Putnam Herald* - Huntington

## [] **Wisconsin**

- *Isthmus* - Madison
- *The Onion* - Madison

## [] **Wyoming**

- *Jackson Hole News&Guide* - Jackson
- *Planet Jackson Hole* - Jackson

## **Agriculture**

- *Drovers Magazine*
- *Hoard's Dairyman*
- *The Packer*
- *The Produce News*

## [] *Automotive*

- *Auto & Travel*
- *Car & Driver*
- *Hot Rod (magazine)*
- *Motor Trend*
- *Petersen's 4 Wheel & Off-Road*
- *Pick Up Truck (magazine)*
- *Truckin'*
- *Road & Track*

## *[] Business and finance*

### [] Industry

- *Aviation Week & Space Technology*
- *Design News*

Amanda INC.

### [] Finance

- *Barron's Magazine*
- *Chief Executive Magazine*
- *Futures*
- *Kiplinger's Personal Finance*
- *Money*
- *SmartMoney*

### [] General

- *Black Enterprise*
- *Bloomberg Businessweek*
- *Consumer Reports*
- *Consumers Digest*
- *Entrepreneur*
- *Fast Company*
- *Forbes*
- *Fortune*
- *Harvard Business Review*
- *Inc.*
- *Latin Trade*
- *MIT Sloan Management Review*
- *Optimize*
- *PINK magazine*
- *Red Herring*
- *Site Selection*
- *T+D*
- *Techronicle*
- *The New York Enterprise Report*

## *[] Children*

- *Academy Earth*
- *American Girl*
- *Boys' Life*
- *Cricket*

13

- *Discovery Girls*
- *Disney Adventures* (defunct)
- *Highlights for Children*
- *Jack and Jill*
- *Lego Magazine*
- *Nickelodeon Magazine*
- *The Open Road for Boys*
- *Ranger Rick*
- *Sesame Street Magazine*
- *Sports Illustrated for Kids*
- *Stone Soup*

## [] Engineering

### [] Electronic

- *EE Times*
- *Radioelectronics and Communications Systems*

## [] Entertainment and art

- *ACED Magazine*
- *Amazing Heroes* (Defunct)
- *Architectural Digest*
- *ArtAsiaPacific*
- *Artforum*
- *Art of the West*
- *Array DVD magazine*
- *Castle of Frankenstein*
- *Cinefantastique*
- *Comics Buyer's Guide*
- *Comics Journal*
- *Details Magazine*
- *Disney Magazine* (Defunct)
- *Dwell*
- *emYOU! The Magazine*
- *Entertainment Weekly*
- *Famous Monsters of Filmland*
- *Film Threat*
- *Flux Magazine (US)* (Defunct)
- *Modern Screen* (Defunct)
- *Moving Pictures Magazine*
- *Otaku Soup*
- *Popular Photography Magazine*
- *Premiere* (Defunct)
- *Sculptural Pursuit*

14

- *Shonen Jump*
- *Soap Opera Digest*
- *Soaps In Depth*
- *Southwest Art Magazine*
- *Terry Plumming*
- *The Artist's Magazine*
- *The Boulevard Magazine*
- *The Collector's Guide*
- *The Pastel Journal*
- *TV Guide*
- *UnRated Magazine*
- *Video Watchdog*
- *Visionaire*
- *Watercolor Artist*
- *Wizard*
- *Variety*
- *Verus Magazine*

## [] Folklore

- *Árran*
- *Báiki*
- *Viltis*

## [] Food and cooking

- *Beer Magazine*
- *Bon Appétit*
- *Cook's Illustrated*
- *Cooking Light*
- *Dine*
- *Discover the Ultimate Dining*
- *Food and Wine*
- *Gastronomica*
- *Gourmet*
- *Taste of Home*
- *Meatpaper*

## [] Gay interest

See also: List of gay pornographic magazines

- *The Advocate*
- *Curve*
- *Genre*
- *GO NYC*
- *Girlfriends*

15

- *Instinct*
- *Metrosource*
- *Out*
- *Out Traveler*
- *White Crane*
- *XY*

## *[]* General interest

- *The Atlantic Monthly*
- *The Believer*
- *Collier's Weekly*
- *Good*
- *Harper's Magazine*
- *Interview*
- *The Liberator Magazine*
- *Leslie's Magazine*
- *Life*
- *McClure's*
- *McSweeney's*
- *National Geographic*
- *Nuestro Magazine*
- *The New York Review of Books*
- *The New Yorker*
- *Print*
- *Reader's Digest*
- *The Saturday Evening Post*
- *Smithsonian*
- *Tattoo*
- *Today's Christian* (formerly *The Christian Reader*)
- *Vanity Fair*
- *Work*

## *[]* Gossip

- *In Touch Weekly*
- *Life & Style Weekly*
- *OK!*
- *People*
- *Star*
- *Us Weekly*

## *[]* Health

**[] Men**

- *Men's Health*
- *Esquire*
- *Men's Journal*
- *GQ*
- *Men's Fitness*

## [] Women

- *Allure*
- *Marie Claire*
- *Cosmopolitan*
- *Elle*
- *Glamour*
- *Health*
- *Ladies' Home Journal*
- *McCall's*
- *More*
- *O, the Oprah Magazine*
- *Redbook*
- *Self*
- *Shape*
- *Vogue*
- *Woman's Day*

## [] General

- *ONE Magazine*
- *Prevention*

## *[] History magazines*

- *America's Civil War*
- *American Heritage*
- *American Heritage of Invention and Technology*
- *American History*
- *American Spirit*
- *Armchair General*
- *Civil War Times Illustrated*
- *Leben, a journal of Reformation life*
- *The Memory of Our People*
- *Military Heritage*
- *Military History*
- *Naval History*
- *True West Magazine*
- *World War II*

## *[] Hobby and interest*

- *Airliners*
- *Autograph Collector Magazine*
- *Birders World*
- *Birds & Blooms*
- *Beckett Sports Card Monthly*
- *Card Player*
- *Cigar Aficionado*
- *Classic Toy Trains Magazine*
- *Classic Trains Magazine*
- *Lapidary Journal*
- *Live Steam*
- *Model Aviation*
- *Model Railroader Magazine*
- *Numismatist*
- *Rail Classics*
- *Railroad Model Craftsman* (formerly known as *Model Craftsman*)
- *Railroad Modeler Magazine*
- *Scrye*
- *Snowboarder*
- *Sports Collectors Digest*
- *Strictly Slots*
- *Tall Timber Short Lines*
- *Timber Times*
- *ToyFare*
- *Trains*
- *Wizard*

## [] Home and Garden

- *Architectural Digest*
- *Better Homes and Gardens*
- *The Family Handyman*
- *Taunton's Fine Homebuilding*

## [] Amateur radio

- *CQ Amateur Radio*
- *National Contest Journal*
- *QEX*
- *QST*

## [] Animals and pets

- *Aquarium Fish International*

- *Aquarium USA*
- *Bark*
- *Bird Talk*
- *Cat Fancy*
- *Cats USA*
- *Dog Fancy*
- *Dogs USA*
- *Dressage Today*
- *Freshwater And Marine Aquarium*
- *Horse&Rider*
- *Marine Fish & Reef USA*
- *Practical Horsemanship*
- *REPTILES magazine*
- *Reptiles USA*
- *Frogs USA*

## [] Board games

- *Ares*
- *Fire & Movement*
- *Games*
- *Games Quarterly*
- *The General*
- *Knucklebones*
- *Moves*
- *Strategy & Tactics*

## [] Miniature wargaming

- *CHARGE!*, American Civil War gaming

## [] Stamp collecting

- *The American Philatelist'*
- *Scott's Stamp Monthly*

## [] Tabletop roleplaying games

- *Dragon*
- *Dungeon*
- *The Excellent Prismatic Spray*
- *The Gryphon* (defunct)
- *Pyramid*
- *The Unspeakable Oath*
- *Warpstone*

## *[] Humor magazines*

- *Cracked*
- *The Door*
- *Harvard Lampoon*
- *Fusion Magazine*
- *Stanford Chaparral*
- *Mad*
- *National Lampoon*
- *Radar*
- *Spy*

## *[] Lifestyle magazines*

- *American Lifestyle Magazine*
- *Cairn Magazine*
- *Cigar Aficionado*
- *Distrikt Magazine*
- *Domino*
- *Ebony*
- *Essence*
- *hr Watches*
- *Jet*
- *Lucky*
- *Martha Stewart Living*
- *Mode lifestyle magazine*
- *O, The Oprah Magazine*
- *Paper*
- *Real Simple*
- *Refined Living Magazine*
- *Robb Report*
- *Southern Living*
- *Sunset*
- *SWINDLE Magazine*
- *Two Mundos Magazine*
- *Washington Life magazine*
- *Yerevan Magazine*
- "Reunions magazine"

## *[] Literary*

Main article: List of literary magazines

## *[] Men's interest*

Main article: List of men's magazines

## [] Music

- *AP - Alternative Press*
- *Beyond Race Magazine*
- *Billboard*
- *Blender*
- *Blues Review*
- *CCM Magazine*
- *Dirty Linen*
- *Down Beat*
- *The Fader*
- *Filter Magazine*
- *Flux Magazine (US)*
- *Global Rhythm*
- *Goldmine*
- *Guitar Player*
- *Honest Tune Magazine*
- *HM*
- *Keyboard*
- *Living Blues*
- *Maximum RocknRoll*
- *Modern Drummer*
- *Modern Guitars Magazine*
- *MUEN Magazine*
- *Music Arts Monthly Magazine*
- *Paste*
- *Pulse!*
- *Punk Planet*
- *Revolver*
- *Rolling Stone*
- *Sentimentalist Magazine*
- *Sing Out!*
- *The Source*
- *Spin*
- *State of Mind*
- *Trouser Press* (defunct)
- *UnRated Magazine*
- *WESU Magazine*
- *Who Put the Bomp* (defunct)
- *XLR8R*
- *XXL*
- Vibe Magazine

## [] News

- *The National Journal*

- *Newsweek*
- *Time*
- *U.S. News & World Report*
- *The Week*
- *World*

## [] Parenting

- *Christian Parenting Today*
- *Diversityplus*
- *Parents*
- *Parenting*
- *American Baby*
- *Mothering*
- *Metro Augusta Parent Magazine*

## [] Pharmaceuticals & pharmacies

- Applied Clinical Trials
- BioPharm International
- LC/GC
- Pharmaceutical Executive
- Pharmaceutical Representative
- Pharmaceutical Technology
- Pharmacy Times
- Spectroscopy (magazine)

## [] Politics

- *The American Conservative* (conservative, founded 2002, circulation as of '05 15,000)
- *The American Prospect* (liberal, 1990, 100,000)
- *The American Spectator* (conservative, 1967, 50,000)
- *The Atlantic Monthly* (liberal, 1857, n/a)
- *The Brown Spectator* (conservative and libertarian, founded 2002, n/a)
- *Commentary* (neoconservative, 1945, 25,000)
- *Commonwealth* (non-partisan, 1996, 10,000)
- *Democracy* (progressive/liberal, 2006, n/a)
- *First Things* (Christian conservative, 1990, n/a)
- *Harper's Magazine* (liberal, 1850, 220,000)
- *Human Events* (conservative, 1944, 75,000)
- *Human Rights Quarterly (liberal, 1979, 1,533 )*
- *In These Times* (liberal, 1976, 20,000)
- *Jewish Currents* (Jewish left, 1947, n/a)
- *Liberation* (pacifist, 1956, n/a)
- *Liberty* (libertarian, 1987, n/a)

- *Lilith* (Jewish feminist, 1976, n/a)
- *Lumpen* (arts, 1991, n/a)
- *Moment* (Jewish-diverse, 1975, n/a)
- *Mother Jones* (left, 1976, 201,233)
- *Multinational Monitor* (liberal, 1980, n/a )
- *The Nation* (left, 1865, 139,612)
- *National Review* (conservative, 1955, 162,091)
- *The New Republic* (center-left, 1914, 90,826)
- *The New York Review of Books* (liberal-left, 1963, 140,000)
- *The New Yorker* (liberal and non-partisan, 1925, 1,062,310)
- *Policy Review* (center-right, 2001, 6,000)
- *Politics* (non-partisan, 1980)
- *The Progressive* (left, 1909, 68,000)
- *The Progressive Populist* (liberal, 1995, 20,000)
- *Reason* (libertarian, 1968, 52,000)
- *Sojourners Magazine* (Christian, 1971, n/a)
- *Tikkun* (Jewish-left, 1971, 20,000)
- *Utne Reader* (liberal, 1984, n/a)
- *Washington Monthly* (center-left, 1969, 18,000)
- *The Weekly Standard* (conservative, 1995, 65,256)
- *YaleGlobal Online* (international, globalization and anti-globalization, 2002, n/a)
- *Z Magazine* (left, 1987, 20,000)

## [] Pornography

Main article: List of pornographic magazines

- *Celebrity Sleuth*
- *Chic*
- *Club*
- *Gallery*
- *Hustler*
- *Penthouse*
- *Perfect 10*
- *Playboy*
- *Playgirl*

## [] Regional interest

- *Baltimore*
- *Blue Ridge Country*
- *Cairn Magazine*
- *Chesapeake Bay*
- *Contempo Magazine*
- *Down East*
- *GEMC GEORGIA Magazine*
- *Midwest Living*

- *Philadelphia*
- *Rittenhouse Magazine*
- *Southern Living*
- *Sunset*
- *Washingtonian*
- *Yankee*

## [] Religion

- *A Word Fitly Spoken Magazine*
- *Adventist Review*
- *Adventist World*
- *America*
- *Awake!*
- *Books & Culture*
- *Campus Life*
- *The Caribbean Pioneer*
- *Catholic Digest*
- *El Centinela*
- *The Christadelphian Tidings of the Kingdom of God*
- *Christian Century*
- *Christian History & Biography*
- *Christian Music Monthly*
- *Christian Parenting Today*
- *Christian Science Sentinal*
- *Christianity Today*
- *Christian Affairs Magazine*
- *Commonweal*
- *Ensign*
- *The Friend*
- *Family Life* (Southern Baptist)
- *Gaia*
- *Guide*
- *Guideposts*
- *The Good News*
- *Heeb Magazine*
- *Herald*
- *Hinduism Today Magazine*
- *Humanist Magazine*
- *Improvement Era*
- *Latin Mass Magazine*
- *Leadership Journal*
- *Leben, a journal of Reformed Life*
- *Liahona*
- *Liberty*
- *Midnight Call*

- *Mission of Mercy Magazine*
- *The New Era*
- *Rays from the Rose Cross*
- *SageWoman*
- *The Sign*
- *Signs of the Times*
- *Sojourners Magazine*
- *St. Anthony Messenger*
- *Tikkun*
- *Today's Christian*
- *Tricycle*
- *The Watchtower*
- The American Muslim

## [] *Science*

- American Scientist
- *Skeptic*
- *Astronomy*
- *Discover*
- *Infinite Energy*
- *National Geographic*
- *Nature magazine*
- *New Scientist*
- *Omni* (defunct)
- *R&D Magazine*
- *Popular Mechanics*
- *Popular Science*
- *Scientific American*
- *Science News*
- *Seed*
- *Skeptical Inquirer*
- *Sky & Telescope*
- *Weatherwise*

## [] *Science fiction and fantasy*

- *Amazing Stories*
- *Analog Science Fiction and Fact*
- *Apex Digest*
- *Asimov's Science Fiction*
- *Astounding Magazine*
- *Doctor Who Magazine*
- *Fantastic Universe Science Fiction*
- *Fantasy and Science Fiction*
- *Galaxy Science Fiction*

25

- _Heavy Metal_
- _If_
- _Imagination_
- _Oceans of the Mind_
- _Seed_
- _Space Science Fiction_
- _Star Trek: The Magazine_
- _Star Wars Insider_

## ☐ Spanish language

- _Cristina la Revista_
- _Two Mundos Magazine_
- _Latina_
- _Mira_
- _El Nuevo Cojo Ilustrado_
- _Selecciones_
- _Vida Latina_

## ☐ Sports

- _AAGolf Magazine_
- _Bicycling_
- _Blood & Thunder Magazine_
- _Dime Magazine_
- _ESPN The Magazine_
- _Field & Stream_
- _Frequency The Snowboarder's Journal_
- _Kanawa_
- _KO Magazine_
- _Nascar Illustrated_
- _Pro Wrestling Illustrated_
- _Ring Magazine_
- _Runner's World_
- _SLAM Magazine_
- _Snowboard Magazine_
- _Soccer America_
- _Sporting News_
- _SPORT magazine_
- _Sports Illustrated_
- _Tae Kwon Do Times_
- _TENNIS Magazine_
- _Long Island Tennis Magazine_

## *[] Computers and technology*

- *2600: The Hacker Quarterly*
- *Byte*
- *Circuit Cellar*
- *Computer Power User (CPU)*
- *Dr. Dobb's Journal*
- *InCider*
- *Hakin9 IT Security Magazine*
- *Hot CoCo*
- *Kilobaud Microcomputing*
- *Linux Journal*
- *Linux Magazine*
- *Linux World*
- *MacAddict*
- *macCompanion*
- *MacWorld*
- *Maximum PC*
- *Modern Electrics*
- *Nuts and Volts*
- *PC Gamer*
- *PC Magazine*
- *PC World*
- *RUN*
- *SERVO Magazine*
- *What's Happening Magazine*
- *Wired*
- *Free Open Source Magazine*

## *[] Teen interest*

- *Campus Life*
- *Cosmogirl*
- *Bop*
- *Elle Girl*
- *Girls' Life*
- *J-14 magazine*
- *Justine Magazine*
- *M Magazine*
- *Popstar! Magazine*
- *Right On!*
- *Seventeen*
- *Shojo Beat*
- *Teen*
- *Teen People*
- *Teen Vogue*

- *Tiger Beat*
- *Twist Magazine*
- *YM*

## [] Travel

- *American Road Magazine*
- *Cruise Trade*
- *Condé Nast Traveler*
- *Ferry Travel Guide*
- *Meetings and Conventions*
- *National Geographic Traveler*
- *Route 66 Magazine*
- *Travel Age West*
- *Travel Trade*
- *Travel Weekly*
- *U.S. Travel Magazine*[1]
- *Nylon*

## [] Video game

- *GameFan*
- *Game Informer*
- *GamePro*
- *Nintendo Power*
- *Official Xbox Magazine*
- *PC Gamer*
- *PlayStation: The Official Magazine*

## [] Wildlife

*Further information: Category:Wildlife magazines and Category:Journals and magazines relating to birding and ornithology*

## [] Women's interest

Main article: List of women's magazines

## [] Writing

- *Byline*
- *The Writer*
- *Writer's Digest*
- *The WRITERS' Journal*
- *Written By*

## *[] Miscellaneous*

- *Antique Power*
- *The Boulevard*
- *The Colophon, A Book Collectors' Quarterly*
- *Fidelio Magazine*
- *Fire Drill*
- *Giant Robot*
- *High Times*
- *India Tribune*
- *Iris*
- *Mental floss*
- *Newtype USA*
- *Open Minds UFO magazine*
- *Plenty*
- *Popular Mechanics*
- *Shimmy Magazine*
- *Tieng Magazine*
- *UFO Magazine*
- *Work*
- *ZoraMagazine*

United States of America et al.,                      )
U.S. Internal Revenue Service et.al,                  )
U.S. Department of Labor et.al, Hilda                 )
L. Solis , United States of America , et.al           )
Barack H. Obama, Hillary R. Clinton,                 )
John Boehner,James E. Clyburn,                       )
David R. Obey,John M. Spratt Jr.,                    )
John Conyers Jr., Edolphus Towns                     )
 Bob Sasser,                                          )
Roy Blunt, Elaine L. Chao,                            )
Janet Napolitano,Robert Gates,                        )
Douglas Shulman,John (Jack) E. Potter)               )
Robert S. Mueller, Eric H. Holder,)                   )    Attachment to Related Cases No.
                                                      )    1:2012fp00140,1:2012cv01110,3:2012cv00957,
                                                      )    3:2012cv00243,3:2012cv00242,6:2012cv00520,
                                                     (Case # KMM97514968V24557LOKM )
                                                      )
                                                      )  Whistleblower Case  Dated
                                                      )  .11/22/2010, 2:2011cv06251,
                                                      )    4:2011cv00732, 1:2011fp00450, 1:2011fp00443,
                                                      )    3:2011cv00182, 8:2011cv01391,
                                                     ) 4:2011cv00554, 2:2011cv03140,
                                                     ) 1:2011cv02172,1:2011cv01351,
                                                     ) 1:2011cv22833, 2:2011cv01621,
                                                     ) 8:2011cv00824,
                                                      ),10-5558, 2:2011cv06250,
                                                     ) 2010-008808,2010-008814,2010-008815,2010-
                                                  ) 008813
                                                     ) 2010-009061, Tax Court Case No. 24597-09,5664-)

```
                                          ) Insurance Appeals Board & Lowe's Companies,
                                          )    10-8040 , State Case No.18414,CV-1016,
`Mark Sullivan, Leon Edward Panetta       )    10-6286, 10-2170,765 10W,1:09cv02964BEL,
  Charles B. Rangel,George Miller, Robert Brady )      SACV10 -1250 JVS
  (AGR)
  Vernon Ehlers,Duncan Hunter,Jerry Lewis,       )         SACV10 – 01472- JVS (AGR),
  Christopher Cox,Nancy Pelosi,Maxine Waters      )         8:10-cv-00542,8:2010cv01138,
Samuel A. Alito,Jr.,Henry Waxman, Lynn C.        )
                                                 )         Azael D. Perales v. Yahoo Inc. et.al )
  Woosley,Henry A. Waxman,Arlen Specter          )         8:2009cv00743, 2:10-cv-02388-CMK,
  Jane Harman,Peter Hoekstra,Gene Green          )         10-1845-cv,10-1159,4:09-cv-3231,
  Doc Hastings,Louise M. Slaughter               )         SACV 06-571 AJG (MLGx),
  Thad Cochran, Chuck Grassley,Charles E. Schumer, )       U.S. Court of Appeals For the District Of
                                                 )
  Timothy Geithner ,Joseph R. Biden,             ) Columbia , State of Michigan Judicial Tenure
  Christopher J. Dodd, Daniel Inouye,            )   Commission Investigation No. 10-18686,
  (Robert C. Byrd Late)(Edward M. Kennedy/ Late) )   CV09-6452,10-55552,SACV09-1255,
  Micheal DeWine, George V. Voinovich, Lamar     )   10-55537,4:10-CV-37,10-55575,10-55525,
  Byron L. Dorgan, Jefferson B. Sessions,        )   SA-CV09-1128,24593-09,
  Joseph I. Lieberman, Olympia J. Snowe,         )   U.S. Supreme Court , U.S. Court of
  Appeals-
  Patty Murray, John D. Rockefeller IV,          )   for the $1^{st},2^{nd},4^{th},5^{th},7^{th},9^{th}$ & 10 th Circuit,
  Alexander,Pete V. Domenici, Elizabeth Dole     )   National Legal Defender Association,
    John Edwards, John Warner,                    )   California State Audits, U.S. Department of
                                                 )   Health & Human Services, National Labor
  (Continued)                                     )   Relations Board , U.S. Department of
  Labor
                                                 )   Industrial Relations-Division of Labor
  John G. Roberts, Anthony M. Kennedy,           )   Standards Enforcement Santa Ana , CA ,
  Ruth Bader Ginsburg, Clarence Thomas           )   State Case No. 18-67063,Little Hoover
  Barbara Boxer, Dianne Feinstein,               )   Commission, U.S. Postal Service Office of
  Nancy Pelosi, Patrick Leahy, Ben S. Bernanke,  )   Inspector General, Court Service and
  Don Bankhead, Michael Sellers,                 )   Offender Supervision Agency for the
  Arnold Schwarzenegger, John A. Perez,          )   District of Columbia , CA EDD Case No.
  Shawn Nelson, Chris Norby , Mimi Walters,      )   07ED27654,2050074537,2050208269,
  Art Brown, Tom Monson, John O' Colvin,         )   2050177020 , Utah Supreme Court &
  Matthew S. Petersen ,Edmund G. Brown,          )   UFCWU( Albertson's) Case No. 21-CB-
  Norman Y. Mineta, J. Dennis Hastert,           )   14151, California Bureau of State Audits,
  Mark Sullivan, Deborah Bowen, Michael Steele,  )   U.S. Office of Special Council, 10-4558,
  Tim Kaine , Loretta Sanchez, Ed Royce,         )   10-8040, U.S. Dist Court Northern District
  Hazel Cash, Alice M. Batchelder ,Leonard Green,)   of Texas , U.S. Government Accountability
  Cathryn Lovely, Clarence Maddox,               )     Office Control; No. 48011 & All Related
  John P. Murtha,David Drier,Peter Stark,        )     Defendants & Cases
  Jan Horbaly, John G. Roberts, Emily C. Hewitt, )
  Randall Radar, Sonia M. Sotomayer,             )
  Antonin Gregory "Nino" Scalia, Elvi de Quiroz  )
  Linn Dyk,Hilda L. Solis,Marshal -David M. Singer )
  Audrey B. Collins, James V. Selna,             )
  George W. Bush, Alberto R. Gonzales,           )
  Condoleezza Rice,Karl Rove,Richard B. Cheney,  )
  Mitch Mc Connell,Steny Hoyner,Harry Reid,      )
  Dick Durban, Rahm Emanuel, R.N. Armen Jr.,     )
  Ralph C. Conte, Bradley DeBerg, Susan Stoker,  )
  Christina Reiss, Tony Rackauckas,Elena Kagan,  )
  Andre Birotte Jr..,Alex Kozinski,Gerald E. Lynch )
  Russell G. Weiner, Marian B. Horn, Linn Dyk,   )
```

Barney Frank, Orrin Hatch, Dale E. Kildee, )
Thomas Davis, Spencer Bachus,John Spratt, )
Paul Ryan,Michael B. Enzi,, John Ashcroft, )
Curt Pringle, Tom Tait,Trent Lott, Tom Daschle, )
Susan K. Lee, Curtis L. Collier, Dale M. Cundiff, )
Kenneth Feinberg,Steve Scalise, )
Nancy Mayer Whittington,Tom Daly, )
Lyle W. Cayce, Shelly E. Saltzman, )
Rose E. Chavez, Greg M. Conger, Yvonne T. Dixon ,)
Ronald Meisburg, A. Gragera-CA EDD, )
Brian Cornell,Ralph C. Dawson,Don Chang-CEO )
Of Forever 21 Retail Inc. et.al, Andrew A. Connell, )
Ruth Jones, Annie Wing, Russ Hayden, )
Daniel J. Lynch, Steven J. McAuliffee, Mike Duke- )
CEO of Walmart Inc. et.al, , Barbara Pisaro, )
Kizito Namulandan, James F. Bellot, Micheal Seto, )
)
)
Alissandra Geliga, G. De La Torre, )
Michael Courlander, Dr. William Frisk, )
Daniel VanHorn, Ralph C. Conte, )
Marilyn R. Abbott, Robert R. Di Trolio, )
Fernando M. Olguin, Paul Micheal, )
Stephen Bryer,Greg L. Prickett, )
Sandra Lynch,J. Douglas Steere, )
Bill Canepa, Paul H. Dobson, )
Steve Cooley,John Chiang, )
Steve Ballmer, William H. Gates III, )
Melinda French Gates, Steve Paul Jobs, )
Robert Louis Nardelli,Oprah Winfrey, )
Kwesi Mfume,Benjamin Todd Jealous, )
Gayle King, David Carey-President Hearst )
Magazines,Gregg W. Steinhafel-President & )
CEO of Target Corporation,Stephen Eastman )
President of Target.com, Lawrence R. )
Johnston –CEO of Albertson's 2001-2006, )
Alice M. Batchelder,David B. Sentelle, )
Tom Cochran-CEO & Exec. Dir. Of U.S. )
Conference of Mayors,Elizabeth B. Kautz, )

Michael A. Nutter,Jack Markell, )
National Association of State Treasures Presidents- )
2010 Hon. James B. Lewis, New Mexico , )
2008-2009 Hon. Jeb Spaulding, Vermont , )
2007-2008 Hon. Lynn Jenkins, Kansas , )
2006-2007 Hon. Tate Reeves, Mississippi )
2005-2006 Hon. Randall Edwards, Oregon )
2005-2006 Hon. Jody M. Wagner, Virginia )
2004-2005 Hon. John D. Perdue, West Virginia , )
Scott Burns-Executive Director of the National District )
Attorneys Association, James C. Duff, Cameron )
Moody – Director of the Office of Administration )
Ronald C. Machen Jr. U.S. Attorney D.C. , )
Phillip D. Morse – Chief of Capitol Police Dept., )
John F. Clark – Director of the U.S. Marshals Service, )
Brian Beckwith – Deputy Director of the U.S. Marshals )
Service, David M. Walker – Former U.S. Comptroller )

31

General, Gene L. Dodaro, William J. Clinton,
**United States Senate et al.,**
Rand Paul – U.S. Senator,
Mitch McConnell –U.S. Senator
Harry Reid – U.S. Senator
Thad Cochran – U.S. Senator
**U.S. House of Representatives et al.,**
Federal Election Commission et al.,
Caroline C. Hunter
Ellen L. Weintraub
Cynthia L. Bauerly
Donald F. McGahn II
Matthew S. Petersen
Steven T. Walther
U.S. Equal Employment Opportunity Commission et al.,
Jacqueline A. Berrien, Chair
Constance S. Barker, Commissioner
Chai Feldblum, Commissioner
Victoria A. Lipnic, Commissioner
P. David Lopez
U.S. Court of Federal Claims et al.,
Emily C. Hewitt,
Chief Judge
Francis M. Allegra
Lawrence M. Baskir
Lawrence J. Block
Susan G. Braden
Lynn J. Bush
Edward J. Damich
Nancy B. Firestone
Marian Blank Horn
Charles F. Lettow
Christine Odell Cook Miller
George W. Miller
Margaret M. Sweeney
Thomas C. Wheeler
Mary Ellen Coster Williams
Victor J. Wolski
Senior Judges
Eric G. Bruggink
Bohdan A. Futey
Robert H. Hodges, Jr.
Lawrence S. Margolis
James F. Merow
Loren A. Smith
John Paul Wiese
Robert J. Yock
Willard Mitt Romney
Ann Lois Romney
United Nations et al.,
Secretary-General Ban Ki-moon
World Health organization et al.,
Dr. Margaret Chan - Director-General
The International Labour Organization (ILO) et al.,
Juan Somavia, ILO Director-General
& All Related Defendants)

32

Defendant's

**Petition For Appeal , Writ of Habeas Corpus & Maladministration Proceeding Under "28 U.S.C.A § 2241. Power To Grant Writ**

Honorable Chief Judge of the United States District Court District of Kansas Ms. Vratil, I am respectfully requesting a waiver of "Civ.R.23(b)(2)(e) fees associated with this case". I have submitted a Application to Proceed In *"Forma Pauperis"* I am respectfully requesting that the Court grant a Writ of Habeas Corpus under " 28 U.S.C.A § 2241. Power to grant Writ "Citing Prima Facia:" evidence submitted to the court and related cases. I ask the court respectfully to proceed under "28 U.S.C.A § 1407.(a)(b)(c)(i) and § 1496." I am respectfully requesting the court to proceed under "18 U.S.C.A § 401., § 402. Contempts Constituting Crimes" provided in section 3691 of this title. I am respectfully petitioning the court for a Writ of Habeas Corpus proceeding under "18 U.S.C.A § 981.(a)(1)(D)(ii)(iii)(k)(1)(3), § 982.(a)(1), § 983.(a)(II), § 1341., § 1343., § 1344.(1)(2), § 1342.(1)(2), § 1348.(1)(2), § 1349., § 1362.1363.,"}" 18 U.S.C.A § 1006.,1007., § 1031.(a)(1)(2), § 1029.(a)(5), § 1032.(1)(2)(3),
§ 1691." "18 U.S.C.A § 402.,432,1505.,1516,1519,1521,3285.,1349.& 1362"18 U.S.C.A.§2261A.(1)(2)(A)(B), §2257A.(2)", §1505., §1510., §2231(a)., §2232(b), §2236., §2721.(a)(1)(2), §2518.(1), § 3521, § 3525.(a), § 3553.(a),(2),(C),(D), § 3554., § 3556., § 3559.(c)(l)(ii)(B)(C)(F)(i), § 1691, § 1711., § 1712.,1716.(h)(j)(i)(2), § 1616C., 1717.(a)(b), § 1720., § 1721., § 1726, § 1751.(c)(d)(e)(g)(h)(k), § 1752. (a)(1)(2)(3)(4)(5)(b)(c)(d)(e)[f Redesign ate] to Third Circuit Court of Appeals' due to violations of 18 U.S.C.A § 1836.(a),(b), § 1838. § 1911.., § 1913., § 1917.(1),(2),(3),(4), § 1917.(1),(2),(3),(4) violations in "18 U.S.C.A. § 1922., § 1923.(1), § 1924.(a), § 2112., § 2113.(a)_ (b),(c),(d),(f),(g),(h)_(1)(2).

Your Honor I am alleging these violation are pursuant to "18 U.S.C.A § 2441.(a)(d)(B)" Cruel and Inhuman treatment towards me to date 12/02/2010, and Violation of "18 U.S.C.A. § 2.(a)(b),§3.,§4.,§ 111.(a)(1)(2)" Section 2255"Crim.R.4.(a)(b)"83 Harv.L.Rev.at 1207-1208. "Crim.R.7.(a)(b)(c)","Crim.R.8.(a),(b),(c),(d)"18 U.S.C. §1512 (b),"Crim.R.12."§35.2 Manual for Complex Litigation, Fourth,,18 U.S.C. §§

1961–1968 (West 2003,"18,U.S.C. § 1113,Violation of Pub.L.96-456, October 15, 1980,94 Stat.2025 § 7. Interlocutory Appeal Amendment of

Subsection (b) & U.S.C. Title VII of the Civil Rights Act of 1964 The Defendants denied my access to U.S. Federal Courts. The Defendants failed to provide rights to a crime under the crime Victim' RIGHTS ACT OF 2004 ; Procedures to Promote Compliance with Crime Victims' Rights Obligations, 28 C.F.R. § 45.10,"18 U.S.C.A. § 471.,472.,473.,474.(a),475.,476.,477.,480.,482., 483.,484.,491.(a)(b)(c),1348.(1)(2), 1349.Violation of "2 U.S.C..§ 475.(a),(b),(d),(e),(f) Pub Law 96-354, The Analysis of Regulatory Functions Executive Order 12291(1981).

I am requesting subsistence of evidence in a case currently in the U.S. First Circuit of Appeals (Case No. 10-8040) and that was before the U.S. Court for Veterans Claims & The U.S. Court of Appeals For the Sixth Circuit.. I am respectfully requesting to admit all evidence and discovery under "Civ.R.104.(b),401., 402. " 28 U.S.C.A § 286., § 288., § 371.,§ 373., §514. § 595. Your Honor I submit these allegations pursuant to "18 U.S.C.A 3103a.(a).

I respectfully ask the court to proceed under "18 U.S.C.A § 2231.(a), § 2232.(b), § 3103a.(a) , Additional grounds for issuing warrant (a) In General,
(18 U.S.C.A § 3237. Offenses begun in one district and completed in Another"MCL § 35.1 691, MCL § 35.2,69235.2 (Fourth) 2526.Persons".
"Citing violations to "18 U.S.C. 1962 (a),(b),(c) or (d).Liability under "MCL § 35.2 2527.

I respectfully motion the court to proceed in accordance with "Civ.R. 3292" Suspension of limitations to permit the United States of America to obtain foreign evidence}pursuant to "18 U.S.C.A § 3222. Disclosure in certain matters occurring before a grand jury,Persuant to "28 U.S.C.. §§ 351-364 RCPC 40.3" Citing the U.S. Judicial Conference Governing Complaints of Misconduct, "28 U.S.C. § 2243.Pp.394 U.S. 290, 394 U.S. 298-300." "quoting 141 Cong. Rec.. H2771 (daily ed. Mar 7, 1995,961 F. Supp.". ( 8 Wallace 533, 19 1. Ed 482 (1869)", "& ( 9 Wheaton 1: (1824) " Thank you.

Date: <u>May 11, 2012</u>

Signature of Attorney of Record

Azael Dythian Perales

(Printed Name)

Post Office Box 501 (Homeless)
Fullerton , CA 92836          (714) 732-8532 / Telephone

# United States District Court District of Kansas

### "RELATED CASES"

California Superior Court Case No. FL895849, G046026 ,U.S. Court of Appeals For The 7th Circuit,

U.S. Tax Court, Case No. 765.10W, 28980-11 , 292-12,28980-11,028184-11,05664-10,26975-09-24597-09 & 24593-09

United Nations Complaint Dated Sunday, February 22, 2009, World Health Organization Complaint Dated , Tuesday, January 26, 2010,  International Labor Organization Complaint/  R.E. Labor Ready Dated Friday, June 04, 2010

Perales v. US House of Representatives, Standing Committee on Appropriations et al

Filed: April 9, 2012 as 1:2012fp00140 Updated: April 11, 2012 01:06:57

Plaintiff: Azael Dythian Perales

Defendants: AT&T Inc., All Related Defendants, Anaheim, City of, Buena Park City Hall, California Attorney General Office, Department of Justice Public Inquiry and others

Cause Of Action: Civil Rights

Court: First Circuit > New Hampshire > District Court

Type: Civil Rights > Other Civil Rights

Perales v. Harpo Productions, Inc.

Filed: April 6, 2012 as 1:2012cv01110 Updated: April 9, 2012 21:07:39

Petitioner: Azael Dythian Perales

Respondent: Harpo Productions, Inc.

Cause Of Action: Petition for Writ of Habeas Corpus (federa

Court: Seventh Circuit > Illinois > Central District Court

Type: P. Petitions > General

Perales v. Microsoft Corporation et al

Filed: April 5, 2012 as 3:2012cv00957 Updated: April 6, 2012 22:08:23

Plaintiff: Azael Dythian Perales

Defendants: Microsoft Corporation, Vulcan Inc, William Henry Gates, III, Melinda French Gates, Paul Gardner Allen and others

Cause Of Action: Civil Rights Act

Court: Fourth Circuit > South Carolina > District Court

Type: Civil Rights > Other Civil Rights


Perales, Azael v. United States of America, et al.

Filed: April 2, 2012 as 3:2012cv00243 Updated: April 4, 2012 20:37:25

Plaintiff: Azael Dythian Perales, et al

Defendant: United States of America, et al.

Cause Of Action: Civil Rights Act

Court: Seventh Circuit > Wisconsin > Western District Court

Type: Civil Rights > Other Civil Rights


Perales, Azael v. United States of America, et al.

Filed: April 2, 2012 as 3:2012cv00242 Updated: April 4, 2012 20:37:26

Petitioner: Azael Dythian Perales, et al

Respondent: United States of America, et al.

Cause Of Action: Petition for Writ of Habeas Corpus (federal

Court: Seventh Circuit > Wisconsin > Western District Court

Type: P. Petitions > General


Perales, Azael v. United States of America, et al.

Filed: April 2, 2012 as 3:2012cv00243 Updated: April 4, 2012 20:37:25

Plaintiff: Azael Dythian Perales, et al

Defendant: United States of America, et al.

Cause Of Action: Civil Rights Act

Court: Seventh Circuit > Wisconsin > Western District Court

Type: Civil Rights > Other Civil Rights

Perales v. United States of America et al

Filed: March 22, 2012 as 6:2012cv00520 Updated: March 28, 2012 05:06:58

Plaintiff: Azael Dythian Perales

Defendants: G. Auerbach, Brian Beckwith, Roy Blunt, John Boehner, S. Brown and others

Cause Of Action: Conspiracy Against Citizen Rights

Court: Ninth Circuit > Oregon > District Court

Type: Other Statutes > Other Statutory Actions

Azael Dythian Perales v. Safeway Inc et al

Filed: March 15, 2012 as 8:2012cv00421 Updated: March 21, 2012 02:05:35

Plaintiff: Azael Dythian Perales

Defendants: Johnson and Johnson et al, McNeil Consumer Healthcare et al, Safeway Inc et al and The Vons Companies Inc et al

Court: Ninth Circuit > California > Central District Court

Type: Other Statutes > Racketeer Influenced and Corrupt Organizations

Perales v. Boehner et al

Filed: March 15, 2012 as 2:2012cv00456 Updated: March 21, 2012 23:07:29

Plaintiff: Azael Dythian Perales

Defendants: John Boehner, James E Clyburn, David R Obey, John M Spratt, Jr, John Conyers, Jr and others

Cause Of Action: Fed. Question

3 | P a g e

Court: Ninth Circuit > Washington > Western District Court

Type: Other Statutes > Antitrust

Perales v. United States of America

Filed: March 15, 2012 as 2:2012cv11160 Updated: March 15, 2012 21:04:41

Plaintiff: Azael Dythian Perales

Defendant: United States of America

Court: Sixth Circuit > Michigan > Eastern District Court

Type: Forfeiture / Penalty > Other

Perales v. United States of America et al

Filed: March 12, 2012 as 3:2012cv00134 Updated: March 12, 2012 21:05:24

Plaintiff: Azael Perales

Defendants: John Boehner, U.S. Secret Service and United States of America

Cause Of Action: Civil Rights Act

Court: Ninth Circuit > Nevada > District Court

Type: Forfeiture / Penalty > Other

Perales v. United States of America, et al

Filed: March 12, 2012 as 2:2012cv00432 Updated: March 13, 2012 20:09:57

Petitioner: Azael Dythian Perales

Respondent: United States of America

Cause Of Action: Petition for Writ of Habeas Corpus (federa

Court: Ninth Circuit > Washington > Western District Court

Type: P. Petitions > General

Perales v. United States of America et al

Filed: March 9, 2012 as 5:2012cv00075 Updated: March 12, 2012 20:07:55

Plaintiff: Azael Dythian Perales

Defendants: United States of America and Commonwealth of Kentucky

Cause Of Action: Racketeering (RICO) Act

Court: Sixth Circuit > Kentucky > Eastern District Court

Type: Other Statutes > Antitrust

Perales v. United States of America

Filed: March 6, 2012 as 1:2012cv00129 Updated: March 9, 2012 00:05:54

Plaintiff: Azael Dythian Perales

Defendant: United States of America

Cause Of Action: Conspiracy Against Citizen Rights

Court: Ninth Circuit > Hawaii > District Court

Type: Forfeiture / Penalty > Other

Perales v. US Secret Service et al

Filed: February 28, 2012 as 1:2012cv00026 Updated: February 28, 2012 22:05:42

Plaintiff: Azael Dythian Perales

Defendants: US Secret Service, United States of America, State of Iowa, All Named Defendants and All Related Defendants

Cause Of Action: Civil Rights Act

Court: Eighth Circuit > Iowa > Northern District Court

Type: Civil Rights > Other Civil Rights

Perales v. Internal Revenue Service et al

Filed: February 24, 2012 as 5:2012cv00028 Updated: February 25, 2012 01:04:47

Plaintiff: Azael Dythian Perales

Defendants: Internal Revenue Service, State of California, UNITED STATES OF AMERICA, U.S. Court of Federal Claims, State of West Virginia and others

Cause Of Action: Forfeiture

Court: Fourth Circuit > West Virginia > Northern District Court

Type: Forfeiture / Penalty > Other


Perales v. TrueBlue, Inc. et al

Filed: February 24, 2012 as 4:2012cv00097 Updated: February 25, 2012 01:04:51

Plaintiff: Azael Dythian Perales

Defendants: TrueBlue, Inc., Labor Ready Fullerton, Central Intelligence Agency, Federal Bureau of Investigation, Federal Bureau of Investigation / U.S. Department of Justice and others

Cause Of Action: Racketeering (RICO) Act

Court: Tenth Circuit > Oklahoma > Northern District Court

Type: Other Statutes > Racketeer Influenced and Corrupt Organizations


Perales v. United States of America

Filed: February 13, 2012 as 1:2012cv00036 Updated: February 16, 2012 00:07:34

Plaintiff: Azael Dythian Perales

Defendant: United States of America

Cause Of Action: Prisoner Civil Rights

Court: Fifth Circuit > Mississippi > Northern District Court

Type: P. Petitions > Civil Rights

Azael Dythian Perales v. Bank of America et al et al

Filed: February 9, 2012 as 8:2012cv00221 Updated: February 11, 2012 01:04:10

Plaintiff: Azael Dythian PeralesDefendants: All Named in Defendants, Bank of America et al, Opus Bank et al, U.S Tax Court et al, U.S. Internal Revenue Service et al and othersCourt: Ninth Circuit > California > Central District Court

Type: Other Statutes > Other

PERALES et al v. UNITED STATES OF AMERICA et al

Filed: February 9, 2012 as 2:2012cv00704 Updated: February 10, 2012 22:06:34

Plaintiffs: AZAEL DYTHIAN PERALES, BARACK HUSSEIN OBAMA and DANIEL KEN "DAN&q INOUYE

Defendants: UNITED STATES OF AMERICA, U.S. PENTAGON, U.S. SECRET SERVICE, U.S. HOMELAND SECURITY, U.S. DEPARTMENT OF LABOR and others

Cause Of Action: Civil Rights Act

Court: Third Circuit > Pennsylvania > Eastern District Court

Type: Civil Rights > Other Civil Rights

PERALES v. AMERICAN BANKERS ASSOCIATION

Filed: January 25, 2012 as 1:2012cv00446 Updated: February 1, 2012 23:33:39

Petitioner: AZAEL DYTHIAN PERALES

Respondent: AMERICAN BANKERS ASSOCIATION

Presiding Judge: Renee Marie Bumb

Cause Of Action: Petition for Writ of Habeas Corpus (federa

Court: Third Circuit > New Jersey > District Court

Type: P. Petitions > Habeas Corpus (General)

Perales v. USA

Filed: January 13, 2012 as 1:2011fp00583 Updated: January 15, 2012 02:31:50

Petitioner: Azael Dythian Perales

Respondent: USA

Cause Of Action: Petition for Writ of Habeas Corpus (federal)

Court: First Circuit > New Hampshire > District Court

Type: P. Petitions > Habeas Corpus (General)


Perales v. United States of America et al

Filed: January 5, 2012 as 3:2012cv00007 Updated: January 12, 2012 06:02:20

Petitioner: Azael Dythian Perales

Respondents: Barack H. Obama, Daniel M. Gallagher, Elisse B. Walter, Hilda L. Solis, Linda Chapman and others

Presiding Judge: James R. Spencer

Cause Of Action: Petition for Writ of Habeas Corpus (Federal)

Court: Fourth Circuit > Virginia > Eastern District Court

Type: P. Petitions > Habeas Corpus (General)


Perales v. City of Anaheim et al. et al

Filed: December 29, 2011 as 1:201 lcv09666 Updated: January 12, 2012 23:01:38

Plaintiff: Azael Dythian Perales

Defendants: 320 S. Beach Blvd, 8201 E. Santa Ana Canyon Rd, Anaheim Police Department et al., Belinda Brewer, Bob Conklin and others

Presiding Judge: Unassigned

Cause Of Action: Federal Question: Other Civil Rights

Court: Second Circuit > New York > Southern District Court

Type: Civil Rights > Civil Rights: Other


Perales v. ID Biomedical Corp et al

Filed: December 20, 2011 as 1:2011cv12274 Updated: December 22, 2011 04:34:32

Petitioner: Azael Dythian Perales

Respondents: ID Biomedical Corp and Vetcom

Presiding Judge: Patti B. Saris

Cause Of Action: Petition for Writ of Habeas Corpus (federa

Court: First Circuit > Massachusetts > District Court

Type: P. Petitions > Habeas Corpus (General)

Perales v. USA

Filed: December 19, 2011 as 1:2011fp00583 Updated: December 22, 2011 04:05:07

Petitioner: Azael Dythian Perales

Respondent: USA

Cause Of Action: Petition for Writ of Habeas Corpus (federal)

Court: First Circuit > New Hampshire > District Court

Type: P. Petitions > Habeas Corpus (General)

In Re: Order of Return Azael Dythian Perales `

Filed: December 12, 2011 as 1:2011mc00123 Updated: December 13, 2011 05:30:15

Presiding Judge: Lincoln D. Almond

Court: First Circuit > Rhode Island > District Court

Type: Other Statutes > PERALES v. USA ET AL

Filed: December 8, 2011 as 1:2011cv00468 Updated: December 12, 2011 20:03:53

Petitioner: AZAEL DYTHIAN PERALES

Respondent: USA ET AL

Presiding Judge: D. BROCK HORNBY

Referring Judge: MARGARET J. KRAVCHUK

Cause Of Action: Civil Rights Act

Court: First Circuit > Maine > District Court

Type: Civil Rights > Civil Rights: Other


PERALES v. HOLDER

Filed: November 22, 2011 as 1:2011cv01030 Updated: December 13, 2011 04:34:07

Plaintiff: AZAEL DYTHIAN PERALES

Defendant: ERIC H. HOLDER

Presiding Judge: UNASSIGNED

Cause Of Action: Civil Rights Act

Court: Fourth Circuit > North Carolina > Middle District Court

Type: Civil Rights > Civil Rights: Other

PERALES v. USA

Filed: November 16, 2011 as 1:2011cv01029 Updated: December 13, 2011 04:34:12


Petitioner: AZAEL DYTHIAN PERALES

Respondent: USA

Presiding Judge: UNASSIGNED

Cause Of Action: Petition for Writ of Habeas Corpus (Federal)

Court: Fourth Circuit > North Carolina > Middle District Court

Type: P. Petitions > Habeas Corpus (General)


Azael Dythian Perales v. US Marshall Service et al et al

Filed: November 7, 2011 as 8:2011cv01699 Updated: December 5, 2011 23:34:53

Plaintiff: Azael Dythian PeralesDefendants: Arthur Nakazato, Brian Salt, Erithe Smith, Gary L Taylor, General Services Administration GSA et al and othersPresiding Judges: James V. Selna and J

Referring Judge: Alicia G. Rosenberg

Court: Ninth Circuit > California > Central District Court

Type: Other Statutes > Azael Dythian Perales v. Barack H Obama et al

Filed: November 2, 2011 as 8:2011cv01678 Updated: November 30, 2011 16:19:28

Plaintiff: Azael Dythian PeralesDefendants: Barack H Obama, Douglas H Schulman, Emily C Hewitt, Francis M Allegra and Lawrence M BaskirPresiding Judge: Unassigned

Referring Judge: Alicia G. Rosenberg

Court: Ninth Circuit > California > Central District Court

Type: Other Statutes > Azael Dythian Perales v. Virgin Mobile USA et al

Filed: October 27, 2011 as 8:2011cv01656 Updated: December 3, 2011 02:38:54

Plaintiff: Azael Dythian PeralesDefendants: Aurthur Kern, Barack H Obama, Barclays, BBVA, BNP Paribas and othersReferring Judge: Alicia G. Rosenberg

Court: Ninth Circuit > California > Central District Court

Type: Other Statutes >

U.S. Supreme Court 2005,2006,2007,2008,2009,2010,2011, 2012 Decisions

California Superior Court Case No. 03NM11477,03NM11329 & FL895849

Utah Supreme Court November , December 2010 Decisions

California Court of Appeal First Appellate District

California Court of Appeal Second Appellate District

California Court of Appeal Third Appellate District

California Court of Appeal Fourth Appellate District

**U.S. Office Of Special Council / 2007, 2008/ 2011/ & 2012 Complaints Filed**

**PERALES V US**

Filed: August 3, 2010 as 10-5145 Updated: November 30, -0001 00:00:00

**Plaintiff-appellant:** Azael Dythian Perales

Court: Federal Circuit > Circuit Court

Type: Other Statutes >

In Re: Azael Dythian Perale

Filed: December 9, 2010 as 10-4558 Updated: December 9, 2010 14:01:30

Petitioner: DYTHIAN AZAEL PERALES

Court: Third Circuit > Circuit Court

Type: Other Statutes >

Azael Dythian Perales v. Orange County Sheriffs Department et al

Filed: May 31, 2011 as 8:2011cv00824 Updated: August 23, 2011 23:03:29

Petitioner: Azael Dythian Perales

Respondents: Arnold Schwarzenegger, Art Brown, Barack H Obama, Barbara Boxer, Ben S Bernanke and others

Referring Judge: Alicia G. Rosenberg

Court: Ninth Circuit > California > Central District Court

Type: Other Statutes >

PERALES v. UNITED STATES POST OFFICE FULLERTON MPO et al

Filed: October 5, 2011 as 2:2011cv06251 Updated: November 2, 2011 20:06:28

Plaintiff: AZAEL DYTHIAN PERALES

Defendants: DOLLAR TREE INC., U.S. COURT OF FEDERAL CLAIMS, U.S. FEDERAL BUREAU OF INVESTIGATION, U.S.

INTERNAL REVENUE SERVICE, UNITED STATES DEPARTMENT OF LABOR and others

Presiding Judge: CYNTHIA M. RUFE

Cause Of Action: Civil Rights Act

Court: Third Circuit > Pennsylvania > Eastern District Court

Type: Civil Rights > Civil Rights: Other

PERALES v. UNITED STATES POST OFFICE FULLERTON MPO et al

Filed: October 5, 2011 as 2:2011cv06250 Updated: November 2, 2011 20:06:28

Plaintiff: AZAEL DYTHIAN PERALES

Defendants: UNITED STATES POST OFFICE, UNITED STATES POST OFFICE FULLERTON MPO and UNITED STATES

POSTAL SERVICE

Presiding Judge: CYNTHIA M. RUFE

Cause Of Action: Civil Rights Act

Court: Third Circuit > Pennsylvania > Eastern District Court

Type: Civil Rights > Civil Rights: Other

**Perales v. US Marshals Service**

Filed: September 16, 2011 as 1:2011fp00443 Updated: October 20, 2011 00:28:24

**Plaintiff:** Azael Dythian Perales

**Defendants:** US Marshals Service and US Marshals Service, Employees

**Cause Of Action:** Civil Rights Act

**Court:** First Circuit > New Hampshire > District Court

**Type:** Civil Rights > Civil Rights: Other

**Perales v. US Marshals Service, Director**

Filed: September 16, 2011 as 1:2011fp00450 Updated: October 22, 2011 02:03:00

**Petitioner:** Azael Dythian Perales

**Respondent:** US Marshals Service, Director

**Cause Of Action:** Petition for Writ of Habeas Corpus (federal)

**Court:** First Circuit > New Hampshire > District Court

**Type:** P. Petitions > Habeas Corpus (General)

RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box (e=s) ]

below.]

[x ] (a) relates to common property                     Azael Dythian Perales / Signature :

[x ] (b) involves common issues of fact                           P.O. Box 501 (Homeless)

[x ] (c) grows out of the same event or transaction            Fullerton , CA 92836

[x ] (d) involves the validity or infringement of the same patent    (714) 404-2434

[x ] (e) is filed by the same pro se litigant                   Date: May 14, 2012

12/5/2011 9:40:59 AM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Azael Dythian Perales
      Plaintiff(s)

**vs.**                  **CIVIL ACTION NO.**  1:2011cv01219
                                  **(Clerk's Office to Complete)**

State of California et al.,                    )

California Unemployment Development Department et al.,  )

California Unemployment Development Department –    )
Tax Office Anaheim, CA 92806

California Unemployment Development Department –
Area Audit Office Anaheim, CA 92806

California Unemployment Insurance Appeals Board et al.,  )
California Department of Labor & Standards et al.,
United States Department of Labor et al.,

United States Department Equal Opportunity –      )
Employment Commission

United States of America et al.,
U.S. Marshall Service et al.,
Brian Salt e.g., Presiding U.S. Marshall of
United States Department of Justice et al
United States Department of Homeland Security et al.,    )
United States Department of Social Services et al.,
United States Social Security Administration et al.,.
United States Department of State et al.,
United States Federal Bureau of Investigation et al.,
United States Central Intelligence Agency et al.,     )
United States Court of Federal Claims et al.,
United States District Court Central District of California et al.,
United States Court of Federal Claims
Utah Supreme Court
Florida Supreme Court
Orange County Sheriffs Department et al.,      )

1

12/5/2011 9:40:59 AM

Orange County District Attorney's Office et al.,
Los Angeles County Sheriffs Department et al.,
Fullerton Police Department et al.,

Fullerton Police Department et al.,Michael F. Sellers, Captain Dan Hughes, Captain Alex Bastreri, Captain Kevin Hamilton,Sergeant Mike Chlebowski, S.Williams,J.Stuart,CJ.Bradley, Officer DeCaprio Badge # 911,Officer Du Fresne Badge # 1037,Sgt. Odom Badge # 1032, City of Fullerton et al.,Beverley White, Ralph Korn, Sylvia Palmer Mudrick, F Richard Jones M.D.,Don Bankhead,Patrick McKinley,Sharon Quirk-Silva,Bruce Whitaker, Joe Felz,Michael Sellers,Wolfgang Knabe,Ramona Castaneda, Donald K. Hoppe, Julia James, Al Zelinka, Gretchen Beatty,Maureen Gebelein, Robert Ferrier,Nicole Bernard,Linda R. Morad,Heather Allen,Kirke Warren,Nick Lopez,Yelenda Voronel,Sylvia M. Chavez, Steve Alvarado, Kim Radding,Al Zelinka,Christine Pilapil,Charles G. Kovac, Ramona Castaneda, Mea Klein, Lucinda Williams,Susana Flores,Jay Eastman,Hazel Cash, Sheila F. Hanson, John G. Roberts,
California Administrative Office of The Courts et al., Ronald G. Overholt, Christine Patton, Curt Soderlund, Mary M. Roberts,Mark A. MooreJames J. Marchiano, Presiding Justice, Robert M. Mallano, Vance W. Raye, Judith McConnell, Manuel A. Ramirez,William F. Rylaarsdam,Conrad L. Rushing

Stacia Hylton,e.g.,Director of the U.S.                    )
Marshall Service,

U.S. Department of Justice  950

Pennsylvania Avenue, NW

Washington, DC 20530-0001

## Defendant(s)

## **"COMPLAINT With Jury Demand"**

Allegation 1:  **Honorable Judge and Jury these acts are from September 2, 2011 through November 2, 2011(62 COUNTS) of violation  of COMMISSION ON LAW ENFORCEMENT STANDARDS ACTAct 203 of 1965, (62 COUNTS) of violation  of The USA PATRIOT Act (commonly known as the "Patriot Act")Public Law 107-56, Stat. 115 Stat. 272 (2001), (62 COUNTS) of violation  of 18 USC §2712,**

Supporting *Facts*:

**Honorable Judge and Jury the All Writs Acts that I won in Utah Supreme Court was on or around November 22, 2010, All of the cases that were won are on file and in this complaint as related cases. The Utah Supreme Court had all of the cases adjudicated and ready for application of the law in front of the executive branch of the U.S. Department of Justice, The U.S. Marshalls Service and all named defendants since on or around April 1, 2011. From April 1, 2011 until September 1, 2011 the named Defendants did absolutely nothing to apply the law in my cases in Utah that were won. To**

2

12/5/2011 9:40:59 AM

date December 5, 2011, I live on the streets sleeping in the U.S. Armory sponsored by a Homeless shelter program, and I receive food stamps to supplement my unemployment income of $ 141.00 a week , due to the violations of the defendants. I LOOK FOR WORK ON A DAILY BASIS . April 1, 2011 to September 1, 2011 is exactly 62 days.

Allegation 2: Violation of The USA PATRIOT Act (commonly known as the "Patriot Act")Public Law 107-56, Stat. 115 Stat. 272 (2001),

Supporting *Facts*:

(62 COUNTS) of violation of 18 USC §2712,
(62 COUNTS) of violation of 31 USC §5318A, (62 COUNTS) of violation of 15 USC §1681v, (62 COUNTS) of violation of 8 USC §1226A, (62 COUNTS) of violation of 18 USC §1993, (62 COUNTS) of violation of 18 USC §2339, (62 COUNTS) of violation of 18 USC §175b, (62 COUNTS) of violation of 50 USC §403-5b, (62 COUNTS) of violation of 51 USC §5103a.
(62 COUNTS) of violation of U.S.C. sections substantially amended 8 USC §1105, (62 COUNTS) of violation of 8 USC §1182g, (62 COUNTS) of violation of 8 USC §1189, (62 COUNTS) of violation of 8 USC §1202, (62 COUNTS) of violation of 12 USC §248, (62 COUNTS) of violation of 12 USC §1828 , (62 COUNTS) of violation of 12 USC §3414, (62 COUNTS) of violation of 15 USC §1681a, (62 COUNTS) of violation of 15 USC §6102, (62 COUNTS) of violation of 15 USC §6106, (62 COUNTS) of violation of 18 USC §7, (62 COUNTS) of violation of 18 USC §81, (62 COUNTS) of violation of 18 USC §175, (62 COUNTS) of violation of 18 USC §470, (62 COUNTS) of violation of 18 USC §471, (62 COUNTS) of violation of 18 USC §472, (62 COUNTS) of violation of 18 USC §473, (62 COUNTS) of violation of 18 USC §474, (62 COUNTS) of violation of 18 USC §476, (62 COUNTS) of violation of 18 USC §477, (62 COUNTS) of violation of 18 USC §478, (62 COUNTS) of violation of 18 USC §479, (62 COUNTS) of violation of 18 USC §480, (62 COUNTS) of violation of 18 USC §481, (62 COUNTS) of violation of 18 USC §484, (62 COUNTS) of violation of 18 USC §493, (62 COUNTS) of violation of 18 USC §917, (62 COUNTS) of violation of 18 USC §930, (62 COUNTS) of violation of 18 USC §981, (62 COUNTS) of violation of 18 USC §1029, (62 COUNTS) of violation of 18 USC §1030, (62 COUNTS) of violation of 18 USC §1362, (62 COUNTS) of violation of 18 USC §1363, (62 COUNTS) of violation of 18 USC §1366, (62 COUNTS) of violation of 18 USC §1956, (62 COUNTS) of violation of 18 USC §1960, (62 COUNTS) of violation of 18 USC §1961, (62 COUNTS) of violation of 18 USC §1992, (62 COUNTS) of violation of 18 USC §2155, (62 COUNTS) of violation of 18 USC §2325, (62 COUNTS) of violation of 18 USC §2331, (62 COUNTS) of violation of 18 USC §2332e, (62 COUNTS) of violation of 18 USC §2339A, (62 COUNTS) of violation of 18 USC §2339B, (62 COUNTS) of violation of 18 USC §2340A, (62 COUNTS) of violation of 18 USC §2510, (62 COUNTS) of violation of 18 USC §2511, (62 COUNTS) of violation of 18 USC §2516, (62 COUNTS) of violation of 18 USC §2517, (62 COUNTS) of violation of 18 USC §2520, (62 COUNTS) of violation of 18 USC §2702, (62 COUNTS) of violation of 18 USC §2703, (62 COUNTS) of violation of 18 USC §2707, (62 COUNTS) of violation of 18 USC §2709, (62 COUNTS) of violation of 18 USC §2711, (62 COUNTS) of violation of 18 USC §3056, (62 COUNTS) of violation of 18 USC §3077, (62 COUNTS) of violation of 18 USC §3103, (62 COUNTS) of violation of 18 USC §3121, (62 COUNTS) of violation of 18 USC §3123, (62 COUNTS) of violation of 18 USC §3124, (62 COUNTS) of violation of 18 USC §3127, (62 COUNTS) of violation of 18 USC §3286, (62 COUNTS) of violation of 18 USC §3583, (62 COUNTS) of violation of 20 USC §1232g, (62 COUNTS) of violation of 20 USC §9007, (62 COUNTS) of violation of 31 USC §310 (redesignated), (62 COUNTS) of violation of (62 COUNTS) of violation of 31 USC §5312, (62 COUNTS) of violation of 31 USC §5317, (62 COUNTS) of violation of 31 USC §5318, (62 COUNTS) of violation of 31 USC §5319, (62 COUNTS) of violation of 31 USC §5321, (62 COUNTS) of violation of 31 USC §5322, (62 COUNTS) of violation of 31 USC §5324, (62 COUNTS) of violation of 31 USC §5330, (62 COUNTS) of violation of 31 USC §5331, (62 COUNTS) of violation of 31 USC §5332, (62 COUNTS) of violation of 31 USC §5341, (62

3

12/5/2011 9:40:59 AM

**COUNTS) of violation of 42 USC §2284, (62 COUNTS) of violation of 42 USC §3796, (62 COUNTS) of violation of 42 USC §3796h, (62 COUNTS) of violation of 42 USC §10601, (62 COUNTS) of violation of 42 USC §10602, (62 COUNTS) of violation of 42 USC §10603, (62 COUNTS) of violation of 42 USC §10603b, (62 COUNTS) of violation of 42 USC §14601, (62 COUNTS) of violation of 42 USC §14135A, (62 COUNTS) of violation of 47 USC §551, (62 COUNTS) of violation of 49 USC §31305, (62 COUNTS) of violation of 49 USC §46504, (62 COUNTS) of violation of 49 USC §46505, (62 COUNTS) of violation of 49 USC §60123, (62 COUNTS) of violation of 50 USC §403-3c, (62 COUNTS) of violation of 50 USC §401a, (62 COUNTS) of violation of 50 USC §1702, (62 COUNTS) of violation of 50 USC §1801, (62 COUNTS) of violation of 50 USC §1803, (62 COUNTS) of violation of 50 USC §1804, (62 COUNTS) of violation of 50 USC §1805, (62 COUNTS) of violation of 50 USC §1806, (62 COUNTS) of violation of 50 USC §1823, (62 COUNTS) of violation of 50 USC §1824, (62 COUNTS) of violation of 50 USC §1842, (62 COUNTS) of violation of 50 USC §1861, (62 COUNTS) of violation of 50 USC §1862, & (62 COUNTS) of violation of 50 USC §1863,**

Allegation 3: Violation of U.S.C. Title VII of the Civil Rights Act of 1964 The Defendants denied my access to U.S. Federal Courts. The Defendants failed to provide rights to a crime under the crime Victim' RIGHTS ACT OF 2004 ; Procedures to Promote Compliance with Crime Victims' Rights Obligations, 28 C.F.R. § 45.10,"18 U.S.C.A. § 471.,472.,473.,474.(a),475., 476.,477.,480.,482., 483.,484.,491.(a)(b)(c),1348.( 1)(2), 1349.Violation of "2 U.S.C..§ 475.(a),(b),(d),(e),(f) Pub Law 96-354, The Analysis of Regulatory Functions Executive Order 12291(1981).

Supporting Facts: I respectfully ask the court to proceed under "18 U.S.C.A § 2231.(a), § 2232.(b), § 3103a.(a) , Additional grounds for issuing warrant (a) In General,
(18 U.S.C.A § 3237. Offenses begun in one district and completed in Another"MCL § 35.1 691, MCL § 35.2,69235.2 (Fourth) 2526.Persons". "Citing violations to "18 U.S.C. 1962 (a),(b),(c) or (d).Liability under "MCL § 35.2 2527.

I respectfully motion the court to proceed in accordance with "Civ.R. 3292" Suspension of limitations to permit the United States of America to obtain foreign evidence}pursuant to "18 U.S.C.A § 3222. Disclosure in certain matters occurring before a grand jury, Pursuant to "28 U.S.C.. §§ 351-364 RCPC 40.3" Citing the U.S. Judicial Conference Governing Complaints of Misconduct, "28 U.S.C. § 2243.Pp.394 U.S. 290, 394 U.S. 298-300." "quoting 141 Cong. Rec.. H2771 (daily ed. Mar 7, 1995,961 F. Supp.". ( 8 Wallace 533, 19 1. Ed 482 (1869)", "& ( 9 Wheaton 1: (1824) " Thank you.

4

12/5/2011 9:40:59 AM

## III.  Relief
You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

I ask the Honorable Judge and Jury for enforcement of all laws applicable that were violated and outlined in this complaint. I ask for immediate enforcement of the laws and relief in the amount of monetary compensation that was originally awarded to me by the Utah Supreme Court and The United States Supreme Court, Thank you.

**Date: December 2, 2011**          **Signature:**_____

                              **Name: AZAEL DYTHIAN PERALES**_____
                                        **(Typed or Printed)**

                         **Address:  P.O. Box 501 (Homeless)**

                              **Fullerton, California 92836**_____

                 **Telephone No. ____714) 404-2434**_____

5

# United States District Court for the Southern District of Florida

Civil Action No. **1:2011cv22833-JEM**
(To be supplied by the Clerk)

| | |
|---|---|
| AZAEL DYTHIAN PERALES  et.al., | ) |
| | ) |
| Plaintiff,s | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| BP et al.,Amoco et al., | ) |
| ARCO et al., | ) |
| Burmah Castrol et al., | ) |
| & Veba Oil et al., | ) |
| | ) |
| | ) |
| | ) |
| ; | ) |
| | )   **Application for Writ of Habeas Corpus** |
| | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA et al., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Robert Dudley, Tony Hayward, | ) |
| Lisa P. Jackson, | ) |
| City of Anaheim et.al.,Tom Tait,Harry S. Sidhu, | ) |
| Lori Galloway, Gail Eastman, Chris Murray, | ) |
| Orange County Board of Supervisors et al.,) | |
| Bill Campbell - John M. W. Moorlach – | ) |
| Janet Nguyen ,Patricia C. Bates | ) |
| | ) |
| Shari L. Freidenrich, | ) |
| Orange County's Sheriffs Department et al., | ) |
| Sandra Hutchens, Jerry L. Demings-County of | ) |
| Orange-Florida Sheriff's Department, | ) |
| Edmund G. Brown, | ) |
| United States of America, et.al | ) |
| Barack H. Obama, Hillary R. Clinton, | )   Petition for |
| Robert S. Mueller, Eric H. Holder, | )   – Attachment to Related Cases |
| No. | |

| | |
|---|---|
| | ) **(KMM100287533V39195L0KM)** |
| | ) Yahoo Inc. et al., Closure of azaelperales@yahoo.com **2009** |
| | ) |
| | ) |
| | ) |
| | ) 4:11-cv-00113-FRZ- (GEE,) |
| | ) CV-113 –TUC-FRZ (GEE) |
| | ) Utah Supreme Court, Supreme Court of |
| | ) Florida , SACV11-00201 JVS(AGR), |
| | ) 1:10-CV-244,10-4558,SACV10-00542- |
| | ) DOC-MLG,10-8040, Intl. Criminal Courts |
| | ) U.S. Supreme Court , U.S. Court of |
| The | |
| | ) Federal Claims, 3:10-CV-2621-B (BK) |
| | ) SACV10 -1250 JVS (AGR), |
| | ) 8:10-cv-00542,8:2010cv01138, |
| | ) 8:2009cv00743 & California |
| Timothy Geithner ,Joseph R. Biden, | ) Employment Development Department |
| | ) State Case No. 07ED27654 & |
| Barbara Boxer, Dianne Feinstein, | ) U.S. Court of Appeals for the 1st , 2nd, |
| Nancy Pelosi, Patrick Leahy, Ben S. Bernanke, | ) 3rd , 4th, 5th, 6th, 7th, 8th, 9th, 10th & 11th |
| Don Bankhead, Michael Sellers, | ) Circuits , U.S. Judicial Panel on Multi- |
| Arnold Schwarzenegger, John A. Perez, | ) District Litigation , U.S. Tax Court & |
| Shawn Nelson, Chris Norby , Mimi Walters, | ) SACV10-1772 (AGR), 10-460C , 10- |
| Art Brown, Tom Monson, John O' Colvin, | ) 4558 & 10-2170 |
| Matthew S. Petersen , | ) |
| Mark Sullivan, Deborah Bowen, Michael Steele, | ) |
| Tim Kaine, Hazel Cash  & | ) |
| ALL RELATED DEFENDANTS | ) |

Defendant,s

## Petition For Writ of Habeas Corpus, Proceeding Under "28 U.S.C.A § 2241. Power To Grant Writ

Honorable Chief Judge Federico A. Moreno, I am respectfully requesting that the Court grant a Application of a Writ of Mandamus & Habeas Corpus under " 28 U.S.C.A § 2241. Power to grant Writ "Citing Prima Facia:" evidence submitted to the California Department of Social Services Food Stamps Program in which I was approved to receive Food Stamps on May 4, 2011[ *See Case No. FL895849*] currently in Homeless Court . I am asserting that the Defendants' are guilty of Title 7> Other Offenses against Public Justice > California Penal Codes § 137.(b), § 140. (a), § 142.(4), § 145., § 146.(g), § 147., § 148.,§ 148.1, § 149., § 151.,  § 153., § 154., § 155., § 155.5., § 165.,  § 166., § 181., § 188. & § 401., The Defendants are also

guilty of violation of The Federal Food Stamp Act of 1977 (Public Law 95-113) ( Title 7 U.S.C. Section 2012(k) Chapter 51>
§ 2019 ) & "18 U.S.C. Section 1001, willfully and knowingly concealing a material fact by any trick, scheme, or device.

Honorable Chief Judge Federico A. Moreno, I am asserting that these violations constitute an act of welfare fraud which induced my present indigent status and need for the Food Stamp program. I am alleging Welfare Fraud by the Defendants . The Defendants failed to enforce U.S.C. Title 2 > § 475. Laws /Codes & Section 2 of Public Law 96-354 Provided that." When adopting Regulations to protect the health, safety and economic welfare of the nation - Federal agencies should seek to achieve statutory goals as effectively as possible without imposing unnecessary burdens to the public.

Honorable Chief Judge Federico A. Moreno this case is a insidious plot to, delay a Supreme Court Decision in 2005 against the City of Anaheim and the adjudication proceedings & theft of my civil settlement in 2005,2006,2007,2008,2009 & 2010. This case involves failure to follow procedures or the law. Failure to provide information in Supreme Court Decision 2005 adjudication proceedings & theft of civil settlement.

Inadequate record-keeping in Supreme Court Decision 2005 adjudication proceedings & theft of civil settlement in 2006,2007,2008,2009 & 2010.

Failure to investigate in Supreme Court Decision 2005 adjudication proceedings & theft of civil settlement in 2006,2007,2008,2009 & 2010 .

Failure to reply in Supreme Court Decision 2005 adjudication proceedings & theft of civil settlement in 2006,2007,2008,2009 & 2010.

Misleading or inaccurate statements in Supreme Court Decision 2005 adjudication proceedings & theft of civil settlement in 2006,2007,2008,2009 & 2010.

Inadequate liaison in Supreme Court Decision 2005 adjudication proceedings & theft of civil settlement in 2006,2007,2008,2009 & 2010.

Inadequate consultation in Supreme Court Decision 2005 adjudication proceedings & theft of civil settlement in 2006,2007,2008,2009 & 2010.

Broken promises in Supreme Court Decision 2005 adjudication proceedings & theft of civil settlement in 2006,2007,2008,2009 , 2010& 2011.

I ask Honorable Chief Judge Federico A. Moreno , respectfully to proceed under "28 U.S.C.A § 1407.(a)(b)(c)(i) and § 1496." I am respectfully requesting Honorable Chief Judge Federico A. Moreno that the Court proceed under "18 U.S.C.A § 401., § 402. Contempts Constituting Crimes" provided in section 3691 of this title. I am respectfully petitioning the Superior Court of California Orange County for a Writ of Habeas Corpus proceeding under "18 U.S.C.A § 981.(a)(1)(D)(ii)(iii)(k)(1)(3), § 982.(a)(1), § 983.(a)(II), § 1341., § 1343., § 1344.(1)(2), § 1342.(1)(2), § 1348.(1)(2), § 1349., § 1362.1363.,"}" 18 U.S.C.A § 1006.,1007., § 1031.(a)(1)(2), § 1029.(a)(5), § 1032.(1)(2)(3), § 1691." "18 U.S.C.A § 402.,432,1505.,1516,1519,1521,3285.,1349.& 1362"18 U.S.C.A.§2261A.(1)(2)(A)(B), §2257A.(2)",1505.,1510.,2231(a).,2232(b),2236.,2721.(a)(1)(2),2518.(1),

Honorable Chief Judge Federico A. Moreno ,I am alleging these violation are pursuant to "18 U.S.C.A § 2441.(a)(d)(B).

I am asserting that the Defendants' are guilty of violation of The Clean Water ACT(CWA) , Federal Water Pollution Control Act and violation Of the following laws - Act (CWA), or Federal Water Pollution Control Act

|  |  | P.L. 80-845 (Act of June 30, 1948) |
|------|-----------------------------------------------------------------|-------------------------------|
| 1956 | Water Pollution Control Act of 1956 | P.L. 84-660 (Act of July 9, 1956) |
| 1961 | Federal Water Pollution Control Act Amendments | P.L. 87-88 |
| 1965 | Water Quality Act of 1965 | P.L. 89-234 |
| 1966 | Clean Water Restoration Act | P.L. 89-753 |
| 1970 | Water Quality Improvement Act of 1970 | P.L. 91-224, Part I |
| 1972 | Federal Water Pollution Control Act Amendments | P.L. 92-500 |
| 1977 | Clean Water Act of 1977 | P.L. 95-217 |
| 1981 | Municipal Wastewater Treatment Construction Grants Amendments | P.L. 97-117 |

1987   Water Quality Act of 1987                      P.L. 100-4
The Pollution  Prevention Act of 1990 & **POLLUTION PREVENTION ACT OF 1990**
(Omnibus Budget Reconciliation Act of 1990, Public Law 101–508, 104 Stat. 1388–321 et seq.)
[As Amended Through P.L. 107–377, December 31, 2002]
**SEC. 6601. SHORT TITLE.**
This subtitle may be cited as the ''Pollution Prevention Act of 1990''.[42 U.S.C. 13101 note]**SEC. 6602. FINDINGS AND POLICY.**
(a) FINDINGS.
I am alleging your Honor that the Defendants are guilty of Environmental Crimes " 33 U.S.C. § 1251 et. Seq." Federal Water Pollution Control Act"

Honorable Chief Judge Mr. Moreno, The Deepwater Horizon explosion on April 20, 2010 was an act of negligence on part of the Defendants who established a "Tit for Tat" or " This for That" relationship with the Federal Government after I went to the Defendants asking for help from 2006 to 2009 with several hundred documents relating to the misconduct by the United States and my personal controversy. I am alleging that the Defendants used the information I sent them from 2007 through 2009 in order for them to help me with the controversies that started in December 2003 in Anaheim California,- to by-pass environmental laws that were in place- including  mandatory lock down sleeves on all of there deep water oil wells and  mandatory scheduled maintenance in which they were allowed to fall behind schedule without facing mandatory fines and penalties by the United States as there competitors.

I am confident your Honor that the The Deepwater Horizon explosion on April 20, 2010 was a horrific symptom of the negligence by the Defendants and the United States towards me and my controversies before them and the Courts starting in 2003 to Present. The Defendants conduced the violation of "18 U.S.C.A. § 1344." Bank Fraud > The Defendants were commissioned by me through direct and indirect oversight of Allegations of criminality regarding violations to U.S.C. Title 29, Securities and Exchange violations, discrimination violations and Violations to U.S.C. Title "18 U.S.C.A. § 1033" Crimes by or affecting persons engaged in the business of  Insurance whose activities affect interstate commerce as the Co-Defendants were Involved in. The Defendants received Prima Facia evidence from the U.S. Senate and through me by way of ongoing request for investigations in 2006 through 2008 that  The Co-Defendants were conducing the violation of "18

U.S.C.A. § 1033"; the Co- Defendants were engaged in activities with the intent to deceive, and overvalue Property and assets. The Defendants Violated U.S. Code (Title 12) Subchapter II-Share Insurance §1831o.Prompt and Corrective Action (k) & (5) The Federal Reserve Board Of Governors, Comptroller of the Currency, The Comptroller General and the U.S. Congressional Committee failed there role to facilitate prompt and corrective actions And utilize the existing data in which they had obtained for economic trends to forecast The credit worthiness to prospective State and Federal Banks thus placing state banks Credit worthiness on a lower scale raising interest rates and facilitating a two trillion Dollar loss in revenues to the U.S. economy in 2008 facilitated by the Co-Defendants. The United States Federal Reserve Division of Consumer and Community Affairs

Failed to uphold legislation in my cases against the Co-Defendants passed for Community Reinvestment, Fair Credit Reporting, Fair Debt Collection Practices, Fair Housing, Flood Disaster Protection, and Real Estate Settlement Procedures Acts and Regulations. The Co-Defendants continued on in there criminality enjoying there Fraudulent credit worthiness and were allowed to expand and sale fraudulent stock.

The defendants knowingly executed this fraud after the qualification of there Commission of me to investigate. The Defendants (1); defrauded these financial institutions named in the "Bail out of 2008" and defrauded me

To obtain money and assets, securities and credits under fraudulent pretenses The entities noted all report to and work under the cusp of law enforcement and the United States House of Representatives.

The Defendants failed to initiate "18 U.S.C.A. § 1345." Injunctions against fraud (a)(1) > The Defendants failed to commence a civil action in any Federal Court with Prima Facia evidence and knowledge that (A) > The Co-Defendants violated and . Were continuing to violate thus far "18 U.S.C.A. § 287." False, fictitious or fraudulent Claims and violated "18 U.S.C.A. §371." Conspiracy to commit offense or to defraud The United States *See:" Bail out of scheme of November 2008" and Perales v. Lowe's et al., U.S. District of Vermont & Second Circuit Court of Appeals*. The Defendants were committing and about to commit a Banking law violation as defined in section 3322(d) of this Title,(a)the Defendants Were privy to grand Jury information (1) received in the course of duty as an attorney for the government (c) A person to whom matter has been disclosed under this section shall not use such matter other than the purpose for which such disclosure was authorized to for Criminal procedure: 6(e)(3)(A)(ii) which the Defendants failed to Enact. *Compare In re Miami Federal Grand jury*

*No.79-9.478 F. Supp.490 ( S.D. Fla.1979, In re 1979 Grand Jury Proceedings, 479 F. Supp. 93 (E.D.N.Y. 1979) ( State and local personnel included).*

The Defendants conduced the violation of "18 U.S.C.A. § 1348." Securities and Commodities fraud (1); The Defendants by means of false pretenses defrauded me The plaintiff by means of future delivery on commodities filed under "18, U.S.C. § 1964.Civil Remedies" (2); The Defendants executed a scheme of direct oversight Which was not executed correctly: the Defendants did not complete the investigations In which I commissioned them to do, which would of expedited the criminal oversight. In 2006 I commissioned the Defendants to evoke The Sarbanes - Oxley Act of 2002 (Pub.L.107-204,116 stat.745 enacted July 30, 2002-which expedites criminal oversight and procedures to refrain corporations from ongoing criminality and expansion. The Act usually restores Financial fitness to the investors, the federal government and the Securities and Exchange Commission as was my intentions. The Defendants failed to deliver on any commodities associated with my commission and enactment of the Sarbanes - Oxley Act of 2002 all Defendants were directly and in-directly associated With the Securities and Exchange Commission.

The Defendants conduced the violation of "18 U.S.C.A. § 1349."Attempt and Conspiracy > The Defendants conspired to commit the offenses under the initial controversy commissioned for them to investigate in 2003 in the City of Anaheim by way, causing Ongoing Police interaction as a result of my impoverished situation, limited resources and induced homeless situation at no fault of my own.

The violations occurred from 2006 through Present. The Defendants conduced the violation of "18 U.S.C.A. § 1956."Laundering of Monetary instruments > (a)(1): The Defendants knew that the property involved In connection with the California Employment Development Department proceeds Were induced in an unlawful manner(A)(i); with the intent to promote the carrying on of specified unlawful activity outlined in this complaint before the court.(B) The Defendants knew that the transactions were designed in whole or in part to (i); to Conceal or disguise the nature the location, the source and ownership or the control Of the proceeds in this unlawful activity (ii) and the Defendants avoided the transaction Reporting requirements under State and Federal law.

The Defendants conduced the Violation of "18 U.S.C.A. § 1956."(h) > The defendants conspired to commit the Offenses under 18 U.S.C.A. § 1956." & 18 U.S.C.A. § 1957." Engaging in monetary Transactions in property derived from specific unlawful activity. The Defendants conduced the violation of "18 U.S.C.A. § 1957."(a)(d) The Defendants Knowingly engaged in fraudulent monetary transactions in criminally derived

Property and money set forth by the proceeds from the violations outlined in complaint The Defendants conduced the violation of "18 U.S.C.A. § 1361." Government property And Contracts > the Defendants willfully and maliciously produced depredation Against all Federal Agencies involved in this controversy before the court causing Federal legislators to place a recent $ 1.1 Trillion Dollar tax proposal for Federal Agencies for there 2010 budget.


The Defendants conduced the violation of U.S. Homeland Security Act of 2002 by Violating Executive order (13422) Article 3 and conducing the violations of the CIKR Continuous Improvement to Enhance Protection Program inducing poverty towards Me the Plaintiff that Since the inception of these cases I have re-instilled responsibility Of good government and patriotism in the United States of America . I have single Handily thwarted an attack which could of killed several thousand people in an instant With my work in the Central Intelligence Agency. I was responsible for bringing new Water reservoirs to our community and throughout the country by alerting the public of The contaminants that we and our children consume on a daily basis (from sewer to tap Was the normal process which produced our everyday water consumption until my Work to re-establish new guidelines and standard with local water reservoirs and Options to save water. Clean water is the pulse of the people). I was responsible for breaking up a deadly ring of ruthless thugs who were stealing millions of dollars from Microsoft, Dell Computers, Sun Systems and many other computer and information Technology companies with my work in the Department of Justice and the Federal Bureau of Investigation. I have championed the causes of the children of our country And around the world raising millions of dollars for them for food and appropriate Healthcare. I have raised awareness of our brave men and women who were being Mistreated in the U.S. Military bringing the appropriate medical and mental needs to

Them and their families. I and the American people would like to thank the Honorable U.S. Senator Mr. Dole and Honorable former Secretary of

Health & Human Services  Ms. Shalala for there work in this area. I have also raised millions of dollars for our  Military personnel once out of the military in order for them to gain employment and Help feed there families. I have raised millions of dollars for private children charities;
 Helping American parents and families in our country and around the world better there lives and the lives of there children. I have worked with local city, state and  Federal law enforcement agencies raising the standards of professionalism, service and  Dignity throughout there ranks thus facilitating the love and respect that they deserve  From there respected communities in which they serve. I have raised awareness to  Every American of the importance of The Office of the U.S. Attorney by facilitating
 The termination of nine U.S. Attorneys in our country by asking for there help in my  Cases in 2006 who worked for the pleasure of the President. I raised awareness of  Illegal immigration in our country and help pass several appropriation bills securing our borders throughout our country. I have secured obedience in our Banking, Federal  Trade and Financial Institutions by invoking investigations from our elected &  Appointed officials and private organizations establishing and building a dialogue and
 Accountability with the everyday American and Investor. I have opened doors of  Opportunity and employment for millions of women and minorities in Governmental  And private institutions. I have worked with our major oil companies in the United  States and around the world and lobbied the U.S. Congress and U.S. Senate and several Professional organizations to establish new guidelines and alternatives to energy and
 Fuel.

My work brought down gas prices over 50 % at the pump for every person in the United States and abroad thus facilitating growth for our economy and creating Thousands of U.S. jobs. I have worked diligently on holding employment Unions  responsible for oversight of there dealings with there private corporations and there  members. My work has re-written hundreds of Union contracts in our country and  Around the world. I have repaved federal and state guidelines and laws to pay Employees for hours worked. My work has opened doors for intelligent dialogue and  peace in the Middle East . See azaelperales@yahoo.com electronic mail database from

2004 through 2009 and United Nations Formal complaint dated Sunday, February 22,  2009 supporting these assertions by me the plaintiff.

 Honorable Chief Judge Mr. Moreno, the Defendants owes all law biding tax

paying citizens such as me The Plaintiff in this case the "Highest duty Of Care" which is has not been the case In the complaint before the court or the initial controversy before the Defendants Starting in 2006. The evidence clearly shown a breech of duty on part of the Named defendants sworn to uphold the law as elected and appointed officers of
Of the united States of America . Therefore I ask that the named Defendants be held Individually and jointly responsible there as they conspired to commit the offenses Outlined in this complaint and the majority of the individuals responsible are still enjoying there elected and appointed positions and duties. They are criminally Negligent and responsible for the incidents and controversies after the year 2005. The Controversies and Co-Defendants in question had a foreseeable threat to me.See azaelperales@yahoo.com database initiated in 2004 for Prima Facia evidence and request for investigations and complaints sent to the Defendants. "Duty as Measured by the foresee ability of a person in the position of the Defendant". The risk to be perceived, defines the duty to be obeyed "The Rule of Law". The risk in this case compels the law of duty by "relation" to the Defendants as Sworn officials to me the Plaintiff and others within the range of apprehension by the Defendants according to law. *See;" Palsgraf v. Long Island Railroad Co., 248 N.Y. 339 (1928) [ New York Court of Appeals]Negligence Theory at it's Zenith.*

The Defendants are responsible for all controversies before the court outlined in this Complaint from January 2006 through June 2010.

 I am requesting subsistence of evidence in a pending case before the California Unemployment Insurance Department Appeals Board- Orange County . I am respectfully requesting to admit all evidence and discovery under "Civ.R.104.(b),401., 402. " 28 U.S.C.A § 286., § 288., § 371.,§ 373., §514. § 595. Honorable Chief Judge Federico A. Moreno,I submit these allegations pursuant to "18 U.S.C.A 3103a.(a).

I respectfully ask Honorable Chief Judge Federico A. Moreno to proceed under "18 U.S.C.A § 2231.(a), § 2232.(b), § 3103a.(a) , Additional grounds for issuing warrant (a) In General,
(18 U.S.C.A § 3237. Offenses begun in one district and completed in another".

I respectfully motion the Court Honorable Chief Judge Federico A. Moreno to proceed in accordance with "Civ.R. 3292" Suspension of limitations to

permit United States District Court for the Southern District of Florida & Florida Supreme Court to obtain foreign evidence}pursuant to "18 U.S.C.A § 3222. Disclosure in certain matters occurring before the Los Angeles Civil Grand Jury in 2010 in which I prevailed.

Indeed a proceeding for a prerogative writ arising from a criminal action appears to have features inherently similar to an appeal from a judgment of conviction *See. (Perales v. United States of America Case No. 10-460C (2010)* **[ U.S. Court of Appeals for The Federal Cir.]** Both methods of review are not limited to issues involved in the criminal action and they have a common objective of correcting or preventing error, as the case may be, on the part of the Utah Supreme Court in the underlying action in the form of an Administrative review by me the Plaintiff in Utah Supreme Court. Thus I the Plaintiff (Azael Dyhtian Perales) in this criminal action in the U.S. District Court for the Southern District of Florida find it essential to initiate an application of a writ of Habeas Corpus proceeding in the U.S. District Court for the Southern District of Florida in order to secure my right to a fair trial.
 Thank you.

Date:     July 28, 2011          Digital _____
                                  Signature of Attorney of Record

                                   Azael Dythian Perales

                                      (Printed Name)

                          Post Office Box 501 (Homeless)
                                  Fullerton, CA 92836

                              (Address)

                                      (714) 404-2434
                                      Telephone

http://dockets.justia.com/search?query=azael+perales&search=Search&stateorcourt=&ju
dge=&lawsuittype=&documentfilter=allcases&after=&before=

http://appellatecases.courtinfo.ca.gov/search/case/mainCaseScreen.cfm?dist=43&doc_id
=1996418&doc_no=G046026

Mr. Azael D. Perales
Post Office Box 501
Fullerton, CA 92836
(714) 507-9318

Friday, June 04, 2010

International Labour Organization
4 route des Morillons
CH-1211 Genève 22
Switzerland

**Subject: TrueBlue,Inc, dba Labor Ready Southwest Inc.,-Chairman Joseph P.
Sambataro Jr.,President-CEO & Director Steven C. Cooper,Steve Smith-Branch
Manager/ Fullerton,CA, Maria Arellano-Assistant Manager/ Fullerton,CA, Jesse
Doe-Support Personnel- Fullerton,CA, Bonnie Doe-Support Personnel**

*RE: International Labour Violations, Economic Sanctions, Oil Embargo &
International Trade Tariffs - Against The United States of America, & TrueBlue Labor
Ready Southwest Inc. / Citing ;Violations of the International Labour Organizations
Covenant, Global Extortion, Violations of the United Nations General Assembly
Universal Declaration of Human Rights, Violation of the International Covenant on
Civil & Political Rights, Violations of the Charter of the United Nations, Violation of
the Helsinki Accord, Violation of American Convention on Human Rights, & Crimes
Against Humanity- Citing Global Corporate & Governmental Induced Poverty
,Violation of Rome Statute article 8(2)(c)(i) caused by TrueBlue, Inc,dba Labor Ready
Southwest Inc & United States of America ongoing Criminality*

Dear Honorable Director General Mr. Juan Somavia & Honorable Executive Committee
Members of the International Labour Organization:

Thank you for your service to the United States of America and the distinguished
countries whom are members of the International Labour Organization. It is with deep
regret that I file this formal complaint against TrueBlue Inc., dba Labor Ready Southwest
Inc.,-Chairman Joseph P. Sambataro Jr., President-CEO & Director- Steven C. Cooper,
Steve Smith-Branch Manager/ Fullerton, California, Maria Arellano-Assistant Manager/
Fullerton, California, Jesse Doe-Support Personnel- Fullerton, California & Bonnie Doe-
Support Personnel; located at 696 East Commonwealth Avenue. Fullerton, CA 92831.
TrueBlue Inc, dba Labor Ready Southwest Incorporated Headquarters are located at
;1015 A. Street ,P.O. Box 2910 Tacoma, Washington 98401. I am a current employee of
TrueBlue Inc dba Labor Ready Southwest located at 696 East Commonwealth Avenue.
Fullerton, CA 92831 employed at this location and others since December 2003 to
Present with an exemplarity personnel record as a general Laborer and Clerical support in
more than three locations in California. I am currently in abject poverty due to Steve
Smith-Branch Manager/ Maria Arellano-Assistant Manager, Jesse Doe-Support

Personnel & Bonnie Doe-Support Personnel International Labour Violations, International, Violations of the United Nations General Assembly Universal Declaration of Human Rights, Violation of the International Covenant on Civil & Political Rights, Violations of the Charter of the United Nations, Violation of the Helsinki Accord, Violation of American Convention on Human Rights, Crimes Against Humanity- Citing Global Corporate & Governmental Induced Poverty ,Violation of Rome Statute article 8(2)(c)(i) caused by TrueBlue, Inc,dba Labor Ready Southwest Inc & United States of America ongoing Criminality.

To my knowledge there is no excuse for these individuals behavior towards me other than racism and blatant disrespect. For over one year I was in the office at labor Ready at 5:00 a.m., I am currently ready to be deployed at any time and am usually in the office by 9: 00 a.m., I am clean shaven and do not drink alcohol, smoke cigarettes or use any illicit drugs, I own my own reliable transportation with a good driving record and I have current registration and Insurance on file with the state of California. I exercise and shower daily at my gym Bally's and have kept and optimistic and professional attitude in spite of my current economic and emotional hardships.

I have drawn nothing less than praise and admiration from the clients in which I serve through Labor Ready Inc. during my tenure that spans more than six years. I now have to compete against new employees starting with the company 72 hours ago with little or no experience and show up 5:00 a.m. daily. I signed up for our major branch account for Waste Management two months ago- willing to work any shift and still I was not considered passed up by over twenty new employees taking my place. I recently learned last month that over 71 (seventy one employees) were on weekly tickets in my location and not once was I ever considered for one of those positions, **disgusted and dismayed** by the staffs unprofessionalism towards me, I have remained optimistic. Currently I am completely overwhelmed by poverty and danger. I am frozen in fear by there criminality and double standards at this branch location Fullerton, California in which I have served faithfully for over six years The main office recently was awarded the staff "Branch of the Year" unbelievable but true in contrast to there corporate policy of **" Best match Dispatch" which has been continually violated during my employment !**

Honorable Director General Mr. Juan Somavia & Honorable Executive Committee Members of the International Labour Organization I am citing the following violations which have occurred from February 2010 to June 2010 by the named Defendants; (154 counts) of Violation of U.S.C. (Title 18)Sec.§ > 2340. A-B et seq (1) "torture" (2) "severe mental pain and suffering", (154 counts) of Violation of U.S.C. (Title 18) Sec.§ > 242. Deprivation of Rights under Color of Law et seq and attempt to kill,shall be fined under this law. (154 counts) of California Civil Code Sec. 51.7 ( Giving an individuals or the Attorney General or District Attorney a right to seek judicial remedies against hate-crime-type activity violations which has occurred by TrueBlue Inc, The Federal & State Labor boards since the inception of this controversy beginning in 2005.

## *Universal Declaration of Human Rights Violations*

**\* _Violation of Article One_** - *All Human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood <u>As a result of this violation; TruBlueInc.dba Labor Ready Southwest Inc. And the United States of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.</u>*

**\*_Violation of Article Three_** - *Everyone has the right to life, liberty and security of person. <u>As a result of this violation; As a result of this violation; TruBlueInc.dba Labor Ready Southwest Inc. And the United States of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.</u>*

**\*_Violation of Article Four_** – *No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms. <u>As a result of this violation; TruBlueInc.dba Labor Ready Southwest Inc. And the United States of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.</u>*

**\* _Violation of Article Five_** – *No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment . <u>As a result of this violation; TruBlueInc.dba Labor Ready Southwest Inc. And the United States of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.</u>*

**\* _Violation of Article Six_** – *Everyone has a right to recognition everywhere as a person before the law. <u>As a result of this violation; TruBlueInc.dba Labor Ready Southwest Inc. And the United States of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.</u>*

**\* _Violation of Article Seven_** – *All is equal before the law and is entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination. . <u>As a result of this violation; TruBlueInc.dba Labor Ready Southwest Inc. And the United States of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.</u>*

## _International Covenant On Civil And Political Rights Violations_

## _Part Two_

*Violation of Article Five Section Two* - *There shall be no restriction upon the derogation from any of the fundamental human rights recognized or existing in any State Party to the present Covenant pursuant to law, conventions regulations or custom on the pretext that the present Covenant does not recognize such rights or that it recognizes them in a lesser extent. As a result of this violation; TruBlueInc.dba Labor Ready Southwest Inc. And the United States of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

## *Part Three*

**\* *Violation of Article Six Section One*** - *Every human being has the inherent right to life. This right shall be protected by law. No one shall be arbitrarily deprived of his life. As a result of this violation; . As a result of this violation; TruBlueInc.dba Labor Ready Southwest Inc. And the United States of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

**\* *Violation of Article Seven*** - No *one shall be subjected to torture or to cruel, inhumane or degrading treatment or punishment. . As a result of this violation; TruBlueInc.dba Labor Ready Southwest Inc. And the United States of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

- **Violation of the Statue Prohibiting Racial Discrimination in Employment under Title VII of The Civil Right s Act of 1964 / Washington v. Davis, 426 U.S. 229, 96 S.Ct. 200, 48 L.Ed.2d 597 (1976)** This statue required demonstration of intent in order to prove employment discrimination. I furnished proof to the employers in question during my tenure and the Equal Employment Opportunity Commission of my application of work performance, standards, conduct and experience to be considered in a position of management in all three companies in which I am alleging Violation of the Statue Prohibiting Racial Discrimination in Employment under Title VII of The Civil Right s Act of 1964. They are Lowe's, Target and Albertson's Corporations. I showed to the employers an unequal and disproportionate impact towards me in their handling of my cases due to my race. The employer in all three cases failed to demonstrate a relationship between the challenged practice and job performance. There actions of discrimination towards me resulted in a loss to the company's revenues and solidified my cases of Violation of the Statue Prohibiting Racial Discrimination in Employment under Title VII of The Civil Right s Act of 1964. . *As a result of this violation; TruBlueInc.dba Labor Ready Southwest Inc. And the United States of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

## *Charter of the United Nations Violations*

*\* Violation of the United Nations Charter Article One* – *The purpose of the United Nations are to (1.) To maintain peace and security / was violated.*

*(2.) To develop friendly relations among nations based on respect / was violated As a result of these violations to the Charter of the United Nations; TruBlueInc.dba Labor Ready Southwest Inc. And the United States of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

## *Helsinki Accord Violations*

*Violation of Part VII. - Respect for human rights and fundamental freedom, including the freedom of thought, conscious, religion or belief. As a result of these violations to the Charter of the United Nations; TruBlueInc.dba Labor Ready Southwest Inc. And the United States of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country*

*Violation of Part VIII. - Equal rights and self determination of people. As a result of these violations to the Charter of the United Nations; TruBlueInc.dba Labor Ready Southwest Inc. And the United States of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

**Violations of Declaration of Alma-Ata, International Conference on Primary Health Care, Alma-Ata, USSR, 6-12 September 1978.** ( III ) Economic and social development, based on a New International Economic Order, Is of basic importance to the fullest attainment of health for all and to the reduction of the gap between the health status of the developing and developed countries. The United States violated the promotion and protection of the health of the people, which is essential to sustained economic and social development which facilitated there failure to contribute to a better quality of life for U.S. citizens and to world peace. *As a result of these violations to the Charter of the United Nations; TruBlueInc.dba Labor Ready Southwest Inc. And the United States of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country*

Violation of the U.S. Homeland Security Act of 2002 by violating Executive order (13422) Article 3 and conducing the violations of the CIKR Continuous Improvement to Enhance Protection Program by violating the Roman Statue of the International Courts. article 8(2)(c)(i) of the Statute. *As a result of these violations to the Charter of the United Nations; TruBlueInc.dba Labor Ready Southwest Inc. And the United States of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country*

I ask that the International Labour Organization to please recognize me as a State Party in this matter and represent me and the people of the United States. Thank you for your time and efforts. I certify under penalty of perjury of the United States and International Criminal law that the foregoing is true and correct, set forth on this day of our Lord Friday June 4, 2010.

Sincerely,

Azael Dythian Perales
SSN 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

Azael D. Perales
P.O. Box 501
Fullerton, CA 92836-0501
(714) 507-9318

Monday, June 07, 2010

TrueBlue dba Labor Ready Inc.
696 E. Commonwealth Avenue
Fullerton, CA 92836

### *RE: Availability*

Dear Steve, Maria, Bonnie & Jessie:

I would like to re-communicate to the Staff that I am available to be deployed according to company policies and procedures regarding my ability to perform a job, my experience, tenure with the company and availability; with the company which best matches the prospective clients needs. I am available anytime; I have had nothing short of compliments from all of you including the clients in which I have served for over seven calendar years. I have reliable insured transportation and a good driver's record. My current DMV printout is on file. I have no criminal history and I have over five years experience as a General Laborer including light industrial warehouse-shipping receiving and unloading trucks. I have over fifteen years clerical and administrative experience.

Unfortunately on Monday June 4, 2010 - I was forced to visit the Fullerton Police Department regarding Bonnie threat to call the Police after I entered the building inquiring about work for the weekend while drinking a cup of coffee. I left the location and headed to the police Department where I explained my situation to Officer Nguyen, I stated to him that I filed a legitimate complaint with the Labor Ready Branch along with the Orange County's District Attorneys Office in a calm professional demure and was rudely and abruptly asked to leave by Bonnie. Officer Nguyen explained that if this happens again to call the police and they will respond to negotiate the situation at Labor Ready on site. Ladies and Gentlemen I just want to work and better myself out of a situation in which I am in; at no fault of my own. To my knowledge I have never shown a history of not wanting to work. I have been in the office faithfully by 9-10 a.m. and I have been deployed within minutes before 6:30 a.m. Recently I had an assignment that called on me to be in the office by 8:00 a.m. of the client and I did so without incident. I will do my part henceforth to make an earlier attempt to be in the office to be deployed. I am confident that you are aware that filing a legitimate complaint about discrimination on any level is protected under California Labor Code Section 96(k),230(c) & Section 230.1. Denial of the right to work by an employer who a complaint is filed against in good faith is considered Retaliation to an employee. TrueBlue/ Labor Ready is not a private corporation it is on the New York Stock Exchange which means it must operate under even more strict guidelines, and the penalties for not doing so are very severe. Thank you for your time and efforts.

Sincerely,
Azael D. Perales



1

Mr. Azael D. Perales
Post Office Box 501
Fullerton , CA 92836-0501
(714) 507-9318

Tuesday, January 26, 2010

World Health Organization
Avenue Appia 20
1211 Geneva 27
Switzerland

**Subject: Adulterated Pharmaceutical Drugs**
**RE: United States of America - Violations of Declaration of Alma-Ata, International
Conference on Primary Health Care, Alma-Ata, USSR, 6-12 September 1978**
Dear Honorable Director General Dr. Margret Chan & Honorable Members of the World
Health Organization:

Thank you for your service to the United States of America and the distinguished
countries whom are members of the World Health Organization. It is with deep regret
that I file this formal complaint against the United States of America for violations of the
Declaration of Alma-Ata , International Conference on Primary Health Care, Alma-Ata ,
USSR , 6-12 September 1978 Declaration. The violations occurred by allowing the sale
and continued usage of adulterated drugs sold by United States largest retailer Wal- Mart.
To my knowledge there was no major recall in the United States of two of the most
widely prescribed prescription drugs given to me in July of 2009 which was Ibuprofen
600 MG TAB LEG, Generic for Motrin 600 MG TAB and Carisoprodol 350 MG,
Generic for Soma 350 MG Tab. Three months later I received another adulterated
prescription for Ibuprofen 600 MG TAB LEG, Generic for Motrin 600 MG TAB from a
different Wal-Mart location while in a Homeless Intervention Shelter. As medical
professionals we are aware how and why these drugs are prescribed to patients and that is
for severe pain and fever in which I was in for days after I took almost the entire two
prescriptions and found that they were adulterated and useless. I and The United States
Senate moved quickly by passing legislation and banning all imported pharmaceutical
drugs in the United States. I placed the U.S. Department of Drug Enforcement Agency ,
and the United States Food and Drug Administration along with a **Red Alert** to all U.S.
Senators ,key U.S. Congressional Committees and I alerted all 50 U.S. Governors
warning of the danger that we have adulterated drugs in our pharmacies.
Honorable members I would like to formally request an investigation into how and who
placed the adulterated drugs in the United States , and I am asking the World Health
Organization to please follow the trail of these drugs to remove them from all countries.
As humanitarians we are aware that all life is precious and no one should be subjected to

adulterated drugs which places innocent lives on the line, in addition to ruining the lives and reputations of Doctors around the world who are being accused of malpractice. Honorable Members of the World Health Organization as a result of the ongoing sale and usage of adulterated drugs in the marketplace after I specifically placed a Red Alert on Wal-Mart pharmaceuticals and they were allowed to continue to sale these drugs in addition to our safety net in the United States of discovery and prevention of adulterated drugs in the United States pharmaceutical industry. The United States violated the Declaration of Alma-Ata, International Conference on Primary Health Care, Alma-Ata, USSR, 6-12 September 1978 Declaration.

( I ) The Conference strongly reaffirms that health, which is a state of complete physical, mental and social wellbeing, and not merely the absence of disease or infirmity, is a fundamental human right and that the attainment of the highest possible level of health is the most important world-wide social goal whose realization requires the action of many other social and economic sectors in addition to the health sector.

( II ) The existing gross inequity in the health status of the people particularly between developed and developing countries as well as within countries is politically, socially and economically unacceptable as is , therefore, of common concern to all countries.

( III ) Economic and social development, based on a New International Economic Order, Is of basic importance to the fullest attainment of health for all and to the reduction of the gap between the health status of the developing and developed countries. The United States violated the promotion and protection of the health of the people, which is essential to sustained economic and social development which facilitated there failure to contribute to a better quality of life for U.S. citizens and to world peace.

( V ) Governments have a responsibility for the health of their people which the United States failed by allowing these adulterated drugs to continue to be sold in the medical field. This provision can only be fulfilled by the previsions of adequate health and social measures which are in place that was ignored by the United States Government. A main social target of governments, international organizations and the whole world community in the coming decades should be attainment by all people of the world by the year 2000 of a level of health that will permit them to lead a socially and economically productive life. Primary healthcare is the key to attaining this target as part of development in the spirit of social justice.

The United States have not achieved this year 2000 goal and I am confident that several people have suffered and perhaps perished because of the United States violations of the Declaration of Alma-Ata , International Conference on Primary Health Care, Alma-Ata , USSR , 6-12 September 1978 Declaration.

I ask that the World Health Organization to please recognize me as a State Party in this matter and represent me and the people of the United States . Thank you for your time and efforts.

Sincerely,
Azael Dythian Perales

Mr. Azael D. Perales
Post Office Box 501
Fullerton , CA 92836-0501
(714) 507-9318

Sunday, February 22, 2009

**Office of the Spokesman for the Secretary-General**
United Nations, S-378
New York , NY 10017

**Subject: Economic Sanctions, Oil Embargo & International Trade Tariffs - Against The United States of America / Citing Global Extortion, Violations of the United Nations General Assembly Universal Declaration of Human Rights, Violation of the International Covenant on Civil & Political Rights, Violations of the Charter of the United Nations, Violation of the Helsinki Accord, Violation of American Convention on Human Rights, Treason of The Allied Forces( NATO- North Atlantic Treaty Organization) & Crimes Against Humanity- Citing Global Government Induced Poverty & War caused by United States of America ongoing Criminality**

Dear Honorable Secretary General of The United Nations, Mr. Ban Ki-moon:

Thank you for your service to the United Nations and to the United States of America . It is with deep regret that I your office to investigate the following allegations of violations against me as a United States Citizen. I am asking for you and your office of the Secretary General of the United Nations to represent me in criminal and civil litigation against the United States . I am alleging that the United States of America are guilty of the following crimes.

## *Universal Declaration of Human Rights*

*\* Violation of Article One - All Human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*\*Violation of Article Two - Everyone is entitled to all the rights and freedom set forth in this Declaration, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status. Furthermore, no distinction shall be made on the basis of the political, jurisdiction or international status of the country or territory to which the person belongs, whether it be independent, trust, non-self-governing or under any other limitation of sovereignty. As*

1

*a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

***\*Violation of Article Three*** *- Everyone has the right to life, liberty and security of person. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

***\*Violation of Article Four*** *– No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

***\* Violation of Article Five*** *– No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

***\* Violation of Article Six*** *– Everyone has a right to recognition everywhere as a person before the law. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

***\* Violation of Article Seven*** *– All is equal before the law and is entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

***\* Violation of Article Eight –*** *Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the Constitution or by law. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

***\* Violation of Article Nine*** *– No one shall be subjected to arbitrary arrest detention or exile. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

**\* Violation of Article Ten** – *Everyone is entitled in full equality to a fair and public hearing by an independent and impartial tribunal, in the determination of his rights and obligations and of any criminal charges against him. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

**\* Violation of Article Eleven- Part - (1.One)** *Everyone charged with a penal offence has the right to be presumed innocent according to law in a public trial at which he has all the guarantees necessary for his defense.-( **The California Department of Motor Vehicles violated this article by not having a impartial Judge , Jury, Referee or Commissioner to hear all evidence submitted to the State of California regarding the allegations of my being above the legal limit of alcohol consumption of .08 blood alcohol concentrate on this said date and time of my arrest incarceration and seizing of automobile , license and property in The City of  Garden Grove California and Buena Park Corporation- California. )  As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual including the  loss of my second Job at the Twelve and Five convenience store in Fullerton California which I was employed as a Cashier at the time of the arrest and incarceration. After I was released from jail, I was forced to bicycle four hours at night daily to arrive at my primary job at Albertson's at   4: 00 a.m. which was my scheduled shift as a General Warehouse Receiver. My Department of Motor Vehicle hearing with a officer of the Department of Motor Vehicles  suppressed over 60 pages of evidence sent to the DMV official prior to my hearing including eye witnessing at the Garden grove Police Station which I asked to appear including both arresting officers and the officer who alleged that I refused chemical testing. As a result of this policy , practices and procedures by the State of California, The United States Federal Government and the California Department of Motor Vehicles- I was found  guilty of the charges of Refusal to take a Breathalyzer Blood Alcohol Concentrate Test and a Blood Test by withdrawal of Blood by syringe at the Police Station during my detainment and incarceration of less than 48 hours. My Drivers License was immediately suspended for One year. I was unable to receive a restricted Drivers License to drive to and from work in order to survive due to limited public transportation, this action resulted in the loss of my home and 99% of my personal possessions and my maternal mother Dorothy Clover Thomas  possessions including 99 % of  all family photographs that I was able to retain after my false incarceration and loss of home of 13 years in 2003 . The Actions of the Garden Grove Police department and The California Department of Motor Vehicles criminality cost me severe years of pain and suffering including loss of blood, while in a accident with traffic several months later on my way to work. The California Department of Motor Vehicles, The Garden Grove Police Department and The Buena Park Police Department loss there Jury Trial in which I convened after I was detained and my automobile a Toyota MR2 was confiscated for a second time by the Buena Park Police Department for my driving  the automobile on a suspended license while on appeal to the California Governor's Office for over nine months. I did not drive the automobile for over 6 months after the initial illegal suspension. . As a result of this violation; The United States Of America facilitated*

*injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Article Eleven- Part (2.Two) No one shall be held guilty of any penal offence on account of any act of omission which did not constitute a penal offense, under national or International law, at the time when it was committed. Nor shall a heavier penalty be imposed than the one that was applicable at the time the penal offense was committed. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

***\*Violation of Article Twelve** – No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attack upon his honor and reputation. Everyone has the right to the protection of the law against such interference or attacks. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

***\* Violation of Article Thirteen | Part (1. One)** - Everyone has the right to freedom of movement and residence within the borders of each state. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Article Thirteen - Part (2.Two) Everyone has the right to leave any country, including his own, and to return to his country ( **i.e. With-holding my Passport after I have complied with all appropriate documentation proving my citizenship on 10-03-08 & 2-12-2009**).My Passport was received on or Around March 10, 2009. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

***\* Violation of Article Fourteen- Part (1. One)** - Everyone has the right to seek and to enjoy in other countries **asylum from persecution ( i.e. I have asked all fifty states for help for several years and my request have been denied – I want to leave the United States of America Indefinitely due to there actions.)** As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

***\* Violation of Article Fifteen – Part (1. One)** - Everyone has the right to a nationality. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country*

4

*Violation of Article Fifteen –  Part ( 2.Two)* - *No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

**\* Violation of Article Seventeen – Part ( 1. One)** - *Everyone has the right to own property alone as well as in association with others ( **i.e. Due to the lack of Fiduciary responsibility of the State and Federal Government to me regarding my Civil litigations and judgments; I have no resources to continue to lawfully own or inhabit my home in Philadelphia, Pennsylvania that was left to me by my mother Dorothy Clover Thomas, the home is currently boarded up and is  un-inhabitable**). As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Article Seventeen (Part 2. Two)* - *No one shall be arbitrarily deprived of his property (i.e. my property is located in Philadelphia Pennsylvania at 2746 North 23rd Street. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

**\* Violation of Article Eighteen** – *Everyone has the right to freedom of thought, conscience and religion; this right includes freedom to change his religion or belief, and freedom, either alone or in a community with others and in public or private, to manifest his religion or belief in teaching, practice, worship and observance. ( **i.e. I am a victim along with my former friends and acquaintances of sexual exploitation. I have also been a victim of several hate crimes by the United States due to my Christian beliefs and my belief of the Judaism laws of Moses i.e. The Ten Commandments Exodus:20, which our country the United States of America was founded upon.**) As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

**\* Violation of Article Nineteen** - *Everyone has the right to freedom of opinion and expression; this right includes freedom to hold opinions without interference and to seek, receive and impart information and ideas through any media and regardless of frontiers. ( **i.e. my electronic mail through Yahoo and Gad-Ball  was destroyed and manipulated by the United States of America in the year 2006).** As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and*

*produced unfriendly relations in other countries around the world including States within our country.*

***\* Violation of Article Twenty One –Part (1. One )*** *- Everyone has the right to take part in the government of his country, directly or through freely chosen representatives. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Article Twenty One –Part (2.Two) - Everyone has the right to equal access to public service in his country. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Article Twenty One –Part (3.Three) - The will of the people shall be the basis of the authority of government; this will shall be expressed in periodic and genuine elections which shall be by universal and equal suffrage and shall be held by secret vote or by equivalent voting procedures. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

***\* Violation of Article Twenty Two*** *– Everyone, as a member of society, has the right to social security and is entitled to realization, through national effort and international co-operation and in accordance with the organization and resources of each State, of the economic, social and cultural rights indispensable for his dignity and the free development of his personality. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

***\* Violation of Article Twenty Three – Part (1. One)*** *- Everyone has the right to work, to free choice of Employment, to just and favorable conditions of work and to protection against unemployment. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Article Twenty Three – Part (2. Two) - Everyone, without any discrimination, has the right to equal pay for equal work. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Article Twenty Three – Part (3. Three) - Everyone who works has the right to just and favorable remuneration ensuring for himself and his family an existence worthy of human dignity, and supplemented, if necessary , by other means of social protection.* ***( i.e. I was a victim of forgery and fraudulent behavior by the California Employment***

*Development Department, all of my documentation and testimony was disallowed by the State of California Governor's office and the Federal Government, All pertinent evidence to prove my case was destroyed. On Jan 12, 2009 after producing over thirty pages of documentation proving my innocence by the Presiding Judge; charged with upholding the law of the Crime that is alleged another lawsuit by the California Employment Development Department was filed for $ 85.00. My California State Tax Return will be stolen by the State of California based on the ongoing criminality of this case. ) As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

***\* Violation of Article Twenty Four*** *– Everyone has the right to rest and leisure, including reasonable limitation of working hours and periodic holidays with pay. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

***\* Violation of Article Twenty Five*** *– (1.) Everyone has the right to a standard of living adequate for the health and well –being of himself and of his family, including food , clothing , housing and medical care and necessary social services, and the right to security in the event of un-employment, sickness, disability, widowhood, old age or lack of livelihood in circumstances beyond his control, ( i.e. I was a victim of forgery and fraudulent behavior by the California Employment Development Department, all of my documentation and testimony was disallowed by the State of California Governor's office and the Federal Government, All pertinent evidence to prove my case was destroyed. On Jan 12, 2009 after producing over thirty pages of documentation proving my innocence by the Presiding Judge; charged with upholding the law of the Crime that is alleged another lawsuit by the California Employment Development Department was filed for $ 85.00. My California State Tax Return will be Stolen by the State of California based on the ongoing criminality of this case. ) As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

## *International Covenant On Civil And Political Rights*

## *Part One*

***\* Violation of Article One Section 1.*** *– All people have the right of self determination. By virtue of that right they freely determine their political status. As a result of this violation; The United States Of America facilitated injurious acts upon me as an*

7

*individual and produced unfriendly relations in other countries around the world including States within our country.*

## *Part Two*

**\* *Violation of Article Two – Part (1. One)*** *Each State Party to the present Covenant undertakes to respect and to ensure to all individuals within its territory and subject to its jurisdiction the rights recognized in the present Covenant, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Article Two – Part (2. Two) Where not already provided for by existing legislative or other measures , each State Party to the present Covenant, to adopt such legislation or other measures as may be necessary to give effect to the right s recognized in the present Covenant undertakes to take the necessary step, in accordance with it's constitutional process and with the previsions of the present Covenant, to adopt such legislative or other as may be necessary to give effect to the rights recognized in the present Covenant, to adopt such legislative or other measures as may be necessary to give effect to the rights recognized in the present Covenant. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Article Two – Part (3. Three) Each State Party to the present Covenant undertakes.*

*Section: (B) To ensure that any person claiming such a remedy shall have his right thereto determined by competent judicial, administrative or legislative authorities. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Section: (C) To ensure that the competent authorities shall enforce such remedies when granted. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

8

*__* Violation of Article Three__* – The States parties to the present Covenant undertake to ensure the equal right of men and women to the enjoyment of all civil and political rights set fourth in the present Covenant. . As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*__* Violation of Article Five Section Two __- There shall be no restriction upon the derogation from any of the fundamental human rights recognized or existing in any State Party to the present Covenant pursuant to law, conventions regulations or custom on the pretext that the present Covenant does not recognize such rights or that it recognizes them in a lesser extent. . As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

## __Part Three__

*__* Violation of Article Six Section One __ - Every human being has the inherent right to life. This right shall be protected by law. No one shall be arbitrarily deprived of his life. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*__* Violation of Article Seven __- No one shall be subjected to torture or to cruel, inhumane or degrading treatment or punishment. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*__* Violation of Article Eight Section Three __– Part:(a) No one shall be required to perform forced or compulsory labour. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*__* Violation of Article Nine Section One__ - Everyone has a right to liberty and security of persons. No one shall be subjected to arbitrary arrest or detention. No one shall be deprived of his liberty except on such grounds and in accordance with such procedure ass are established by law. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Article Nine Section Five - Anyone who has been victim of unlawful arrest or detention shall have an enforceable right to compensation. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*__* Violation of Article Ten Section One__ - All persons deprived of their liberty shall be treated with humanity and with respect for the inherent dignity of a human person. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*__* Violation of Article Fourteen Section One__ – All persons shall be equal before the courts and tribunals. In the determination of any criminal charge against him or his right and obligations in a suit of law, everyone shall be entitled to a fair and public hearing by a competent, independent and impartial tribunal established by law. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Article Fourteen Section Two - Everyone charged with any criminal offense shall have the right to be presumed innocent until proven guilty according to law. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Article Fourteen Section Three – In the determination of any criminal charges against him, everyone shall be entitled to the following minimum guarantees, in full equity. As a result of this violation; The United States Of America facilitated*

10

*injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Article Fourteen Section Three/ Part: (e) To examine, or have examined the witnesses against him and to obtain the attendance and examination of witnesses on his behalf under the same conditions and witnesses against him. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Article Fourteen Section Five – Everyone convicted of a crime shall have the right to his conviction and sentence being reviewed by a higher tribunal according to law. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Article Fourteen Section Six – When a person by a final decision been convicted has been reversed or he has been pardoned on the grounds that a new or newly discovered fact shows conclusively that there has been a miscarriage of justice, the person who has suffered punishment as a result of such conviction shall be compensated according to law, unless it is proved that he non-disclosure of the unknown fact in time is wholly or partly attributed to him. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Article Fourteen Section Seven – No one shall be liable to be tried or punished again for an offense for which he has been finally convicted or acquitted in accordance with the law and penal procedures of each country. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country*

 *** Violation of Article Fifteen Section One** – No one shall be held guilty of any criminal offense on account of any act or omission which did not constitute a criminal offense, under national or international law, at the time when it was committed. Nor should a*

11

heavier penalty be imposed than the one that was applicable at the time when the criminal offense was committed. If subsequent to the commission of the offence, provision is made by law for the imposition of a lighter penalty, the offender shall benefit thereby. _As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country._

**\* _Violation of Article Sixteen_** –Everyone shall have the right to recognition everywhere as a person before the law. _As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country._

**\* _Violation of Article Seventeen (1.)_** – No one shall be subjected to arbitrary or unlawful interference with his privacy, family home or correspondences, nor to unlawful attacks on his honour and reputation. _As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country._

_Violation of Article Seventeen (2.)_ – Everyone has the right to the protection of the law against such interferences or attacks. _As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country._

**\* _Violation of Article Nineteen_** – (1.) Everyone shall have the right to hold opinions without interference. _As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country._

_Violation of Article Nineteen_ – (2.)Everyone shall have the right to freedom of expression; this right shall include freedom to seek, receive and impart information and ideas of all kinds, regardless of frontiers, either orally, in writing or in print, in a form of art, or thought any other media of his choice. _As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country._

**\* _Violation of Article Twenty Six_** – All persons are equal before the law and are entitled without any discrimination to the equal protection of the law. In this respect, the law shall prohibit any discrimination and guarantee to all persons equal and effective protection against discrimination on any ground such as race, colour, sex, language,

12

*religion, political or other opinion, national or social origin ,property, birth or other status. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

- Honorable Committee it is with deep regret that I ask for your consideration of the above violations of The International Covenant on Civil and Political Rights under; **Article 41 (1.)** The State party to the present covenant may at any time declare under this article that it recognizes the competence of the Committee to receive and consider communications to the effect that a State Party claims that another State Party is not fulfilling its obligation under the present Covenant.

- I ask that I Azael Dythian Perales receive unanimous consent of the Present Committee without objection to act as a State Party and represent myself as an individual and my Country, The United States of America on behalf of the best interest of our citizens and The United States Constitution citing the following violations to me as an individual personal rights; Violation to the United States Constitution Amendment (1) The freedom of religion, speech, press assembly and peaceful protest. Violation to the United States Constitution Amendment (2) The right to bear arms. Violation to the United States Constitution Amendment (4) Freedom from search and seizure without probable cause. Violation to the United States Constitution Amendment (5) The requirement of Grand Jury indictments for all but military crimes, freedom from double jeopardy and judicial self-incrimination, and the guarantee of legal due process, as well as just compensation publicity appropriated private party. Violation to the United States Constitution Amendment (6) The right to a speedy, public and impartial trial, with the right to know the charges against one, the right to compel witnesses for the defense, and the right to have legal counsel. Violation to the United States Constitution Amendment (7)The right to jury trial for civil matters concerning $20.00 or more, and he prohibition of judicial review of such trials except in accordance with civil law. Violation to the United States Constitution Amendment (8) Prohibition of excessive bail or fines and of cruel and unusual punishment as I am currently a victim of. Violation of the U.S. Constitution Bill Of Rights (1st)Amendment- Religious establishment prohibited. Freedom of speech, of press, right to assemble and to petition. Violation of the( 2nd )Amendment- Right to bear Arms. Violation of the( 3rd )Amendment- Conditions for quarters for soldiers. Violation of the (4$^{th)}$ Amendment-Protection from unreasonable search and seizure. Violation of the ( 5th) Amendment-Provisions concerning prosecution and due process of law. Double Jeopardy restrictions. Private property not to be taken without compensation, Violation of the (6th) Amendment- Right to a speedy trial, witnesses etc. ,Violation of the ( 7th ) Amendment- Right of trial by jury . Violation of the (8th) Amendment-excessive bail or fines: cruel and unusual punishment. Violation of the (9th ) Amendment-Rule of construction of Constitution, Violation of the ( 10th ) Amendment-Rights of States under the Constitution , Violation of the (13th )

Amendment -Outlawed slavery- which I was a victim of in several companies which I worked for including Lowe's , Target & Albertson's Corporations, Violation of the (14th) Amendment/ The fourteenth Amendment is familiar to most American citizens because of it's due process of law language. Such language has been utilized by the Supreme Court frequently in extending protection afforded under the first ten amendments to the states, particularly in criminal procedure cases. Although it is clear the Fourteenth Amendment was drafted with the slavery issue and the Civil War in mind, it was not utilized to any great extent by the Supreme Court for 50 years after its ratification in 1868. When it was used , it was generally in an economic context in relationship to corporations claiming due process for business purposes. Section (1) of the Fourteenth Amendment In which I was violated  has a familiar phrase" nor shall any state deny to any person within its jurisdiction the equal protection of the laws" The State of California is the primary violator of this constitutional statue towards me on a daily basis for failing to adjudicate and award me any civil damages as they have in several similar cases before them in the State of California claiming that I have Whistle Blower Protection under California Law, however the same law continues to jeopardize my life by violating the  14th Amendment Section 1 and impedes on my right under Equal protection and  Right to Privacy, Violation of the (15th ) Amendment prohibited interference with the right to vote as did the Anaheim Police Department did in my case outlined before the office of the California Secretary of State in 2005 ,Violation of the (16th) Amendment, Violation of Article ( 1) Section  2,7,8,9 & 10, Violation of Article  (3) Section 1,2, & 3 , Violation of Article (4) Section 1- Is primarily aimed at recognition of court judgments. It provides that "full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state. " This section also gives Congress the authority to enact legislation providing for the authentication and implementation of documents and records in which I have provided to all 50 states via The Governors office and the State Attorney Generals office. Violation of Article (4) Section 2- deals with the protection accruing to citizenship at the state level, and the rendition of fugitives. It provides citizens of each state shall be entitled to all privileges and immunities of citizens in the several states. Violation of Article (4) Section 3- Gives power over any territories in the U.S. Congress- Several Congressmen and Women litigation was thwarted by the current leadership of both parties in The U.S. Congress. Violation of Article (4) Section 4- Contains language known as the guarantee. " It states that the United States " shall guarantee to every state in this Union a Republican form of Government. This clause protects citizens such as myself from Invasion and "Domestic" violence. See. December 2003 criminal lawsuit and jury transcripts of Perales v. Anaheim Police Department(2003). Violation of Article (6) All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be valid against the United States and this Constitution, as under the Confederation. This Constitution, and the Laws of The United States which shall be made in Pursuance thereof: and all treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound

14

thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. The Senators and Representatives before mentioned , and the members of the State Legislatures , and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath of Affirmation, to support the Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

- **Violation of The Federal Commerce Power Clause/ Gibbons v. Ogden ( 9 Wheaton 1: 1824 )** This was the first commerce landmark decision case. This case provided Chief Justice John Marshall with the opportunity to establish some basic principles. Commerce was not to be narrowly interpreted. Commerce is more than interstate traffic; it is all commercial "intercourse" concerning more than one state. When commercial activity is interstate in character such as Perales v. Albertson- Super-Valu, Perales v. Lowe's Corporation, Perales v. Disney Company & Perales v. Target Corporation it it's the exclusive domain of the federal government. Chief Justice Marshall allowed however, that states retain authority to control activities wholly internal to the state. However the federal government remained the successive force in federal regulations in all areas of commerce. State regulations, however, cannot be incompatible with federal law or they are invalid on supremacy clause grounds. As long as commerce was in progress, it was subject to federal regulation. Once the commerce had concluded, items became subject to regulatory authority of the states. In the companies in which I worked for mentioned above, all are subject to federal regulation in which I brought to the attention of the federal government starting in or around 2005 to present because they violated several laws concerning commerce. I went to the U.S. Department of Commerce, U.S. Trade Commission and the U.S. Department of Treasury Financial Crimes Taskforce to head up the criminal investigations because I personally observed and was a victim to these violations to the law. I provided documentation and sworn statements to the Financial Crimes Taskforce to began an investigation into there (SARS)-suspicious activity reports within the Federal Treasury Financial Crimes Taskforce that were observed concerning banking and commerce activities. To my knowledge the federal government and all fifty States within the United States failed to represent me in my matters concerning commerce and trade violations of the law brought before them starting in 2005 to Present due to arbitrary, discriminatory and capricious laws within the United States of America . The federal and states government failed to regulate these companies allowing ongoing injurious acts to me as an individual, there employees, corporate shareholders, State & Federal Commerce, United States Internal Revenue Service, United States Securities and exchange Commission & United States Department of The Treasury.

- **Violation of The Federal Commerce Power Clause/ Labor Management Regulation/ National Labor Relations Board v. Jones and Laughlin Steel Corporation, 301 U.S. 1, 57 S.Ct. 615, 81 L.Ed. 893 (1937)** This decision upheld federal regulation of labor relations through the exercise of the commerce power. *National Labor Relations Board v. Jones and Laughlin Steel Corporation*

15

considered the constitutionality of the National Labor Relations Act (NLRA) of 1935, which was also known as the Wagner Act. The act was designed to protect the rights of workers to organize into labor unions such as I did by joining the United Food and Commercial Workers Union who failed to represent me in several grievances brought before them while I was employed at Albertson's – Sav-On Drugs. I brought the matter of the conduct of the United Food and Commercial Workers Union to the National Labor Relations Board and they also failed to represent me due to arbitrary ,discriminatory and capricious laws within the NLRA . I provided documentation and sworn statements the National Labor Relations Board and the  Financial Crimes Taskforce to began an investigation into there (SARS)-suspicious activity reports within the Federal Treasury Financial Crimes Taskforce that were observed concerning banking and commerce activities within Albertsons and it's affiliates. To my knowledge the federal government and all fifty States within the United States and The National Labor Relations Board failed to represent me in my matters concerning commerce, labor and trade violations of the law brought before them starting in or around 2005 to Present due to arbitrary, discriminatory and capricious laws within the United States of America. The federal and states government failed to regulate Albertsons-Supervalu- Sav-On Drugs, allowing ongoing injurious acts to me as an individual, there employees, corporate shareholders, United States Department of Commerce, United States Internal Revenue Service, United States Securities and Exchange Commission, United States Department Of The Treasury, U.S. Federal Trade Commission and the average American consumer of goods by facilitating unnecessary taxes to our United States gross domestic products.

- **Violation of The Federal Taxing and Spending Power (Borrowing Power)** Legal Tender Cases (Knox v. Lee and Parker v. Davis ), 12 Wallace 457, 20 L.Ed.287 (1871). This case and its decision established broad congressional monetary power. The Federal Reserve has violated the federal tax and spending power of the Congress by not adjudicating my civil damages to be paid under the government exercise of "self –preservation". The court developed a broad aggregate power position for the Congress in fiscal matters, especially at a time of national stress. This decision arose out of the Civil War and attempts by the Congress to finance that effort. Article 1, Section 8 authorizes Congress to coin money, regulate its value and borrow on the credit of the United States which Congress is currently trying to do in my cases. I am willing to take an emergency line of credit in order to stop the hemorrhaging in my and the American people cases.

- **Violation of The Federal Taxing and Spending Power/ Social Security Act / Stewart Machine Company v. Davis, 301 U.S. 548, 57 S.Ct. 883, 81 L.Ed. 1279 (1937)** This decision upheld a federal tax on employers used to finance unemployment compensation costs in which I am entitled to.

- **Violation of The Federal Taxing and Spending Power (Regulation of State Banks** (Veazie Bank v. Frenno, 8 Wallace 533, 19 l.Ed. 482 (1869). Upheld a federal regulatory tax on state banks notes. The tax allowed in *Veazie Bank v. Fenno* was justified essentially because it bore a reasonable relationship to other legitimate policy objectives of Congress. The tax in question was enacted in 1866. It imposed a 10 percent on notes of state banks and banking association. Both the Federal Reserve Chairman Mr. Bernanke and California State Treasurer Mr. Lockyer have ignored this 10 tax in relation to State banks and banking associations such as city ,state and federal credit unions. There actions have facilitated a multi billion dollar deficit to the Federal Depository Insurance Corporation; A United States government sponsored corporation that insures accounts in national banks and other qualified institutions against bank failures. - As you are aware Honorable Secretary and State party of the present covenant, the United States banking and financial institutions are almost insolvent. An average of one bank per month and financial institution has closed in 2008 because the Federal Depository Insurance Corporation cannot cover the deposit of innocent investors. Federal Reserve Chairman Mr. Bernanke and State Treasurer Mr. Lockyer have opted to ignore there fiduciary responsibilities of there respected positions and institutions and ignore this legitimate 10 percent tax and regulation by the U.S. Congress. Although the separation of power allows the Department of the Treasury to be an independent legislator and executive branch apart from the U.S. Congress, U.S. Senate and the President, it does not have the broad authority to ignore statues and a decisions established by the Supreme Court. The opinion of the court was delivered by Chief Justice Chase. He began his discussion by establishing an important historical perspective. Government under the articles of Confederation had been "reduced to the verge of impotency" because it does not directly generate revenues. The "leading object" in the adoption of the Constitution was to relieve the federal government from this condition and confer "ample power" to levy taxes. Judicial review of the legislative exercise of taxing power must, then, allow Congress to make the "fullest" use of the power. Furthermore Chief Justice Chase indicated that courts should not prescribe "limitations upon the exercise of Congress's acknowledge power." Courts may not invalidate a tax even if it is burdensome or even oppressive. Having the broad power of taxation vested in the Congress. The decision validated that even though the Federal Reserve is independent from the legislative body it does not generate revenue, that power is the sole responsibility of the U.S. Congress elected by the people of the United States under the Constitution. On October 14, 2008 the U.S. Treasury announces it will purchase an unprecedented $250 billion dollars of shares in U.S. banks, on this same day in a published interview with the New York Times, then U.S. Secretary of the Treasury Mr. Paulson stated **" I could have seen the subprime problem coming earlier, but I'm not saying I would have done anything differently."** Honorable Secretary and State party the American people were disgusted and dismayed by Secretary Paulson comments and failure to regulate these predatory lenders and financial institutions and according to the data I received more than 70,000 business are expected to go out

17

of business in the United States by 2010 due to the Secretary Paulson's lack of leadership and the current economic policy in the United States.

- **Violation of The Federal Legislative Supremacy Statue (McCulloch v. Maryland, 4 Wheaton 316, 4 L.ED.579 (1819)** This Decision by the Supreme Court established the principle of national supremacy that requires federal law to prevail over conflicting state law. *McCulloch v. Maryland* also contains a powerful articulation of the implied power doctrine. The opinion of the court was issued by Chief Justice Marshall. The decision broke into two major components. The first revolved around the question of whether Congress had the power to establish a second bank of the United States . In addressing this question, Marshall developed two propositions. One was that the Constitution" proceeds directly" from the people. The conventions that ratified the Constitution were instruments of the people, and from those conventions that the power of the federal government" derives its whole authority". This conclusion allowed Chief Justice Marshall to fully reject Maryland 's contention that the powers of the federal government were derived from the states as sovereign entities. The second major issue posed in this case was whether Maryland could levy a tax on the bank. Chief Justice Marshall and the court rejected these arguments. Since the bank had been established through lawful exercise of power implied from the Constitution, the federal law had to prevail over the state ;aw attempting to tax the bank.

- **Violation of Local Assessment for Improvements** / Davidson v. New Orleans , 96U.S. 97, 6 Otto 97, 24 L.Ed.616 (1878). I am alleging that California U.S. Representatives with malice and forethought did not give the Two or more Appropriation bills before The U.S. Congress a fair and impartial vote in order to lend New Orleans the money to secure the levees before the Hurricane Katrina disaster, several state and federal agencies forewarned the U.S. Congress of the catastrophic consequences,. The State of California had several hundred Billion dollars in the bank and begrudged New Orleans the 200 Million dollars to secure the levis and to save innocent lives California Representatives went out of there way to obstruct this Bill from a fair and impartial vote and thwarted Representatives from having the appropriate time to solicit help. Even if there was problems with raising State revenues in New Orleans at that point of catastrophic consequences, **the federal government is the successive force who is ultimately responsible and must borne all costs due to the gross negligence of the State in order to save innocent lives**. There actions facilitated the largest debt to the Tax Payer in United States history, Hurricane Katrina took over 1,833 innocent lives and over 125 billion dollars in damages to Louisiana and the United States are the current statistics caused by California U.S. Representatives criminality in this case.

- **Violation of The United States Fair Labor Standards Act 1938** ( United States v. Darby Lumber Company (312 U.S. 100: 1941). ( Violation of Ex Post Facto) The ex post facto prohibition is intended to prevent abusive or vindictive

18

exercises of legislative power and to assure "fair warning" of the effects of legislation. Calder v. Bull (Dallas 386: 1798)

- **Violation of The United States Freedom of Information Act** (National Labor Relations Board v. Robbins Tire & Rubber Co., (437 U.S. 214, 242 (1978) Established in 1966 The Freedom of Information Act established for the first time an effective statutory right to access government information in which I am currently being denied by the U.S. Congress , U.S. Senate, Department of Justice , The United States Attorneys Office  the Administrative Office of The U.S. Courts. The principle underlying the Freedom of Information Act, however is Honorable United Nations State Party  is the inherent democratic ideal; "The basic purpose of the Freedom of Information Act is to ensure an informed citizenry, vital to the functioning of a democratic society, needed to check against corruption and hold the governors responsible to the governed",. Our founders of the United States greatest concern was the power in which they placed upon  the average U.S. citizen which could perhaps become complacent and un informed of the government in which serves them. They knew this would end the United States in which they founded because there was no responsibility placed upon anyone. It would become an orgy of misconduct by our government officials as the United States is in it's current capacity. My particular case is a prime example of how the U.S. government purposely can persecute an individual for no other reason other than there race, political affiliation and financial resources.

- **Violation of Habeas Corpus**. This law was designed to prevent governmental misconduct.

- **Violation of the Guarantee Clause Provision in the U.S. Constitution Article IV in which the Federal Government assures the states that each will retain a "republican" form** (Luther v. Borden. (7 Howard 1: 1849)

- **Violation of the Impeachment Clause Under Article II.   Violation of the Independent Regulatory Commission (Federal Power Commission v. Natural Gas Pipeline Company** (315 U.S. 575: 1942).

- **Violation of Inherent Power** (135 U.S. 1: 1890).**Failure to Exercise Interposition**; A theory that suggest that a state may interpose itself between its citizens and the Federal Government the former from enforcement of federal law in the interest of justice.

- **Refusal of Legislative Investigations by State and Federal Legislators**; Refusal to cooperate may result in witnesses being cited for legislative contempt. (Watkins v. United States (354 U.S. 178: 1957).

-  **Failure to Exercise Mandamus;** An extraordinary writ issued by a court under its equity jurisdiction to require a public official to perform a specified official act. Failure to comply is an automatic contempt of court.

19

- **Failure to Exercise Obiter Dictum;** Remarks contained in courts opinions that are incidental to the disposition of the case/ The majority of my cases were already heard in Supreme Court. The Lower Courts should of exercised Obiter Dictum and dispose of my cases citing the severity of my particular case i.e. unprecedented civil damages for refusal to act in good faith and taking up the courts time unnecessarily.

- **Failure to Exercise the Preemption Doctrine** This Doctrine holds that federal laws supersede or preempt state laws in certain policy areas. This Doctrine should of long been enacted in my California Employment Development Department cases against the State of California . This Doctrine if it were enacted on in a professional and timely basis in 2006 would have saved Employers several Billion dollars in Pay roll taxes and several billion dollars to state and federal tax payers as individuals. Currently the California Employment Development Department is headed towards Bankruptcy; it is solely funded by Employers until federal revenues are earmarked to keep it solvent due to my cases. This is why the **Preemption Doctrine** is a extremely important procedure to stop the hemorrhaging of a State policy, practice or procedure which continues to bring undo harm to a plaintiff. In my particular case I am a qualified beneficiary to receive Un-Employment benefits based on Federal and State law , however apparently the State's decision not to dismiss the fraudulent overpayment based on proven criminality by the State on several claim forms in which my numerical numbers were forged. I brought forth my claims of misconduct by the state over five years ago and still they refuse to adjudicate my back benefits.

- **Violation of Section 1983 of Title 42 of The United States Code( Maine v. Thiboutot), 448 U.S. 1, 100 S.Ct. 2502, 65 L.Ed. 2d 555 (1980)** This code entitles persons and attorneys charged with representing me to bring suit against state and local governments for denial of rights under any federal law. Maine v. Thiboutot expanded the right to sue state and local governments such as I am currently doing. Section 1983 allows civil action against officials acting under "color" of law to deprive a citizen of rights secured by the Constitution and the laws of the United States . The California Governors office, The Office of U.S. Senator Mrs. Feinstein and U.S. Senator Mrs. Boxer are prime examples in my cases as public officials who are acting under "color "of law to deprive me of my un-employment insurance benefits and or any information. The Thiboutots won their cases against Maine and the decision opened the prospect of a broader range of lawsuits that might be brought by citizens claiming injury under federal law. Given the extent to which federal statues, especially those involving entitlement programs, intertwine with state governmental activities, state official now such as Governor Schwarzenegger, U.S. Senator Mrs. Feinstein and Mrs. Boxer now become subject to direct legal action as a result of the Thiboutot case as they should be. Thus state governments and their officials have become subject to a greater degree of federal court power. This is why I am now utilizing the District Courts in all 50 states to possibly relieve my suffering and that of the American

people thus facilitating the **broad authority** of U.S. District Court Judges and their staffs.

- **Violation Under 42 USCS Section 1983 /** I am alleging that the two Sacramento Judges who presides over the Office of Unemployment Appeals Board of California cases who refused to overturn Judge Hazel Cash's decision because she was not privileged to all of the information regarding the criminality and misconduct by the California Employment Development Department be held criminally and financially responsible for their actions in my Employment Development Department cases that was before them on February 17, 2008. Both Judges had broad authority in the California EDD courts. Because of there defiance to ignore federal law and the criminality by the state in which was before them, I ask that they be held financially and criminally responsible because both judges with malice and forethought violated my Constitutional right under The United States Constitution Amendment (5)The requirement of Grand Jury indictments for all but military crimes, freedom from double jeopardy and judicial self-incrimination, and the guarantee of legal due process, as well as just compensation publicity appropriated private party. They failed to exercise Habeas Corpus, failed to exercise Obiter Dictum, failed to exercise Interposition, failed to exercise Original Jurisdiction and failed to exercise Jurisprudence. Both Judges sent only instructions to me a person who at the time had barely enough to eat with no legal knowledge to file a writ in Superior court, this according to the Appeals board Judges in Sacramento was my only option to eradicate the criminality in my case with the California Employment Development Department and they were citing California Attorney General Law. I am asking due to the gross negligence of these Judges that they do not receive immunity from civil and criminal litigation in my cases in the United States or the United Nations Criminal & Civil Courts.

- **Failure to Exercise Original Jurisdiction**; This act usually extends to civil litigation which was the primary charges I had placed upon the U.S. Courts two years ago.

- **Violation of The Federal Election Campaign Act of 1974.( Buckley v. Valeo) 424 U.S. 1, 96 S. Ct 612, 46 L Ed. 2d 659 (1976)** This law was designed to regulate the Federal Electoral Process. (1.) It limits political campaign contributions, (2) It established ceilings on several categories of campaign expenditures,(3) It requires extensive and regular disclosure of campaign contributors and expenditures,(4) It provides public financing for presidential campaigns & (5) It created the Federal Election Commission to administer the act. California Medical Association v. Federal Election Commission, 453 U.S. 182, 101 S. Ct. 2712, 69 L.Ed. 2d 567 (1981) upheld the**( Buckley v. Valeo) 1976 ruling in favor of the Federal Election Commission.**

- **Failure to Exercise Equity Jurisdiction;** This is a task that has been failed to be exercised by the Court to grant relief or remedy to a party being myself, seeking court assistance outside principles of common law. Equity jurisdiction permits judgments based on perceptions of fairness that supplement common law doctrine. Equity Jurisdiction in the United States is placed in the same courts that posses jurisdiction over statutory and common law.

- **Violation of The Congressional Power to Protect Civil Rights**, United States v. Guest, 383 U.S. 745, 86 S.Ct. 1170, 16 L.Ed. 2d 239 (1966) This act upheld congressional power to punish individual conspiracies that violate Fourteenth Amendment rights. *Unites States v. Guest* permitted application of provisions of the *Enforcement Act of 1870* (currently refereed to section 241 of the Title 18 of The U.S. Code) against violations of a person such as myself civil rights. Section 241 provides for fines and imprisonment of persons who conspire to "injure, oppress, threaten or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him by the U.S. Constitution or Laws of The United States." The *Guest* case involved the murder of a black citizen on a Georgia highway. Guest was one of two persons allegedly involved in the conspiracy who was acquitted in a state murder proceeding. Subsequently, Guest and others were indicted for conspiracy to violate Section 241. I am alleging that currently all U.S. California Representatives and both U.S. California Senators are guilty of violation of Section 241 in my cases.

- **Violation of the Voting Rights Act of 1965/**
  **South Carolina v. Katzenbach,383 U.S. 301, 86 S.Ct. 803, 15 L.Ed.2d 769 (1966)** Upheld the Voting Rights Act of 1965, South Carolina v. Katzenbach explored how the Fifteenth Amendment protects the right to vote and provide Congress with authority to enact appropriate legislation to further that objective. The Voting Rights Act of 1965 abolished devices to disqualify citizens such as me from voting. I was a victim of disqualification from voting in 2005 thru 2006, in spite of my efforts to correctly register at the California Department of Motor Vehicles and my status at that time to have a permanent residence. I name and information was routinely kicked out of the system of the Orange County Registrar of Voters database disqualifying me to vote. Because of my disqualification I received no literature on candidates, local and state propositions, proposed legislative action on the ballot and I had no information as to where to cast my vote. My formal complaint is a matter of record on file with the Orange County Registrar of Voters and The Secretary of State drafted and sent to them in the year 2006.

- **Violation of the Civil Rights Act of 1964**
  The United States Congress failed to uphold the Courts ruling in *Fitzpatrict v. Bitzer* (427 U.S. 448: 1976) in all fifty states in my cases. This ruling

22

protected individuals such as myself from rapacious injustice outside of the state where the individual is living, it also allowed civil, criminal and punitive damages to officials who violated the 1964 Act. The ruling stated that Congress could authorize suits against states and state officials to enforce provisions of the Civil Rights Act of 1964.

- **Violation of Whitney v. California , 274 U.S. 357, 47 S. Ct. 641, 7 L.Ed. 1095 ( 1927)** Upheld a state criminal syndicalism statue making it a crime to belong to an organization advocating use of unlawful force to achieve its political objectives. I am alleging that several members of the Republican and Democratic party are guilty of this violation upon me as an individual from the year 2003 to Present. See Former Majority Leader Dr. Frisk response to me in 2006 of economic sanctions to my cases due to Hurricane Katrina. I am alleging that U.S. Senator Mrs. Feinstein and U.S. Senator Mrs. Boxer are guilty of 1 count each upon me as an individual and the State of California in violating Whitney v. California , 274 U.S. 357, 47 S. Ct. 641, 7 L.Ed. 1095 ( 1927) thus causing me as an individual and The Honorable Governor of California Mr. Schwarzenegger undo harm.

- **Violation of Right to Privacy- Griswold v. Connecticut (381 U.S. 479, 85 S. Ct. 1678, 14 L.Ed.2d 510 (1965)** Defined privacy as a constitutionally protected right . The court enlarged upon the privacy protection defined in Griswold, particularity as it affected procreation. The Federal Bureau of Investigation and The Central Intelligence Agency & The Anaheim Police Department had no warrant to bug and monitor my bedroom. They listened in on me having sex in the privacy of my own home for years.

- **Violation of the Due Process Clauses/** This constitutional provision was designed to ensure that laws will be reasonable both in substance and in means of implementation. Due process language is contained in two clauses of the Constitution of the United States . The Fifth provision prohibits deprivation of "life, liberty, or property, without due process of law" It sets a limit on arbitrary and unreasonable actions by the Federal Government which I have been a victim of for over 6 calendar years. Due process required that actions of government occur through ordered and regularized process, which has not occurred in my cases under the Fourteenth Amendment a post civil war amendment added to the constitution in 1868. The amendment was also aimed at forcing southern compliance with newly established political rights for blacks. The fourteenth Amendment brought a federal presence to the protection of civil rights.

- **Violation of the Preferred Position Doctrine/ United States v. Carolene Products Company ( 304 U.S. 144: 1938)** Holds that legislative enactments

23

that effect the First Amendment of the U.S. Constitution rights must be
scrutinized  more carefully than legislation that does not.


• **Violation of The Grand Jury Statue/ Costello v. United States,350 U.S.**
**359, 76 S.Ct. 406,100 L.Ed.397 (1953)** This case established and examined
whether grand juries must utilize the same procedural and evidentiary rules as
are required for jury trials. *Costello*, an organized crime figure, was indicted by
a grand jury for tax evasion. The significance of Costello v. United States (350
U.S. 359: 1953)  graphically demonstrated the **broad operating latitude**
**and  broad authority the Supreme Court has typically extended to grand**
**juries**. *Costello* reflects the categorical distinction between the changing
process and processes designated to adjudicate guilt. This case solidified
without any question that a Grand Jury can operate more informally than as a
jury trial. Procedural and evidentiary rules were referred to as possible
"impediments" to a charging role of Grand Juries. Although decided in 1953,
the position of Costello remains virtually unaltered, and the consequences of the
case are apparent in at least three ways. **First**, Costello underscored the
investigative function of grand juries as is there broad authority in investigating
such associations as the  National Association for the Advancement of Colored
People are in my cases and the courts view that grand juries must be exposed to
the widest range of information in performing the accusatorial function as I am
now facing in my National Association for the Advancement of Colored People/
NAACP v. Perales cases. All other interest are generally subordinate to this end.
**Second**, because of the primacy of the investigatory role, *Costello* enhances the
influence of the prosecutor being me and the United States Internal Revenue
Service in guiding the operation of a grand jury. The greater the level of
informality allowed in grand jury proceedings, the greater the discretion that can
be utilized by the prosecutor being myself and the United States Internal
Revenue Service- in selecting witnesses and other evidence for grand jury
consideration. *Costello* allowed my cases against the National Association for
the Advancement of Colored People / (NAACP) to take on a broad range
of  authority allowing the grand jury to consider all Presidents and Board of
Directors including high profile celebrities who where affiliated with the
National Association for the Advancement of Colored People / (NAACP) at the
time in which the National Association for the Advancement of Colored People
( NAACP) were alerted of violations to the law and was solicited for help by the
victim being myself initially in 2003.  The *Costello* case also allowed broad
authority on investigatory powers in how the National Association for the
Advancement of Colored People ( NAACP) functioned regarded there treatment
towards me and my impending cases in the State and Federal government and
the money that my cases generated to there association. The *Costello* case also
allowed the broad investigatory scope of a grand jury of the National
Association for the Advancement of Colored People / (NAACP) tax exempt
status in the United States and the fiduciary responsibility under Internal
Revenue laws and guidelines that it must bring to the people of the United

States being the Federal Government in order to claim tax exempt status as well as it's fiduciary and ethical responsibilities to past members such as my-self. **Third,** Costello emphasis on informality, it raises certain question regarding protection of witnesses rights of assistance of counsel. No President or Board members on the National Association for the Advancement of Colored People ( NAACP) from 2003 to 2009 should be immune from the broad authority of the grand jury charges allegations that I am alleging against them. Other problems have been noted related to the immunity and the threat of the contempt power. The latter can be seen in *Branzburg v. Haynes* **(408 U.S.   665: 1972),**where a reporter was compelled to disclose information to a grand jury or be subjected to penalties for contempt.

- **Violation of the Double Jeopardy Statue/ Waller v Florida ,397 U.S. 387, 90 S.Ct. 1184,25 L.Ed.2d 435(1970) See.- Azael D.  Perales v. The California Department of Motor Vehicles License Suspension of A2093574**
- This case examined the question of whether a state and a municipality are separate sovereign entities, each able to prosecute criminal offenses bases on the same act.  Waller was convicted of for destruction of city property, The Supreme Court vacated the second conviction by the state of theft of city property due to Waller's appeal citing double jeopardy. The Court rejected the notion that separate sovereignty  between a state and a municipality  is analogous to the relationship between the states and the federal government. The Court argued that political subdivisions of states have never been "considered as sovereign entities." Instead , they have been viewed  as "subordinate governmental instrumentalities created by the State to assists in carrying out governmental functions such as the California Department of Motor Vehicles which lost there jury trial to me on a frivolous charge of refusal to submit to a chemical test."

- **Violation of Collateral Estopppel Statue/ Ashe v. Swenson, 397 U.S. 436,90 S.Ct. 1189, 25 L.Ed. 2d 469 (1970)** This case considered whether the principal of collateral Estoppel is contained within the double jeopardy protection in state criminal proceedings. Collateral Estoppel is a legal principal that prohibits re-litigation of an issue once a valid judgment has been made on an issue . This related to my jury trial against the Buena Park Police Department and the California Department of Motor Vehicles. The California Municipal Superior Court dismissed the case which I placed in a jury trial of my peers to validate the validity of me first and foremost having my driver's license suspended and then, second driving on a suspended license. Cause and Effect. A law must not impede on your inalienable right as a free law biding citizen. A good example of this is Jim Crowe laws that were in effect in the south before the Civil Right Act of 1964. A black citizen is dehydrated and there is only one drinking fountain by law only for white citizens only. Thirsty the black citizens

drinks the water marked for white citizens only in which his tax dollars pay for, he is observed by a local police officer and now faces several charges to the Jim Crowe laws. One for drinking out of a white citizen fountain only and two for trespassing on white only citizens property. The Supreme Court reversed Ashe's conviction. If the Double jeopardy protection is intended to prohibit harassment of an accused through repeated prosecution, use of collateral Estoppel was "truly a case of expanding a sound basic principle beyond the bounds-or needs-of its rationale and legitimate objectives. The Collateral Estopppel Statue help negate the effect of public discrimination and a network of state segregation statues or Jim Crowe laws that were enacted. The Court found the segregative approach to be constitutional in *Plessy v. Ferguson* (163 U.S. 537, 16 S.Ct. 1138, 41 L.Ed.256 (1896) This case established the doctrine of separate but equal. The sole dissent in the case was entered by Justice Harlan, who argued that no superior, dominant, ruling class of citizens existed under the Constitution. The Constitution did not permit caste because it is color-blind and cannot tolerate classes among citizens. **To segregate on the basis of race is "a badge of servitude wholly inconsistent with the civil freedom and the equity before the law established by the Constitution. It cannot be justified on any legal ground".** Brown v. The Board of Education I,347 U.S. 483, 74 S.Ct. 686, 98 L.Ed. 873 (1954) Overruled  the separate but equal doctrine and held racial segregation in public schools tot be unconstitutional. Opening the door to dismantling the networks of public and private discrimination in the United States especially for black citizens.

- **Violation of the Confrontation Clause/ Pointer v. Texas,380 U.S. 400, 85 S.Ct. 1065 , 13 L.Ed.2d 923 (1965)** Considered the Applicability to the states of the Confrontation Clause of the Sixth Amendment, which requires that the accused being me  in my cases be confronted by the Garden Grove Police Department and The Buena Park Police Department with the witnesses against him being the arresting officers. They did not prove there case and still they were able to register a criminal offense on my Drivers Record as a One year suspension and place a SR22 file required for me and my Insurance carrier to buy for the frivolous charges, this brought undo harm to me for prospective employment, credit worthiness including a increase on my automobile insurance premium and I could face a repeat offense sentencing according to State law. At Pointer's trial the prosecution used only transcripts of the testimony of a witness from a preliminary hearing because the witness had moved to another state. In my case, I had limited financial resources and could not afford the  $ 200.00 plus out of pocket expense to subpoena the arresting Garden Grove Police officers who initially suspended my license. At my California Department of Motor Vehicle Suspension Hearing, they used only the police report generated by the arresting officers. A unanimous Supreme Court reversed the conviction of Pointer, saying the right to cross examine a witness was a central aspect of confrontation.

- **Violation of the Confrontation Clause/ Chambers v. Mississippi , 410 U.S. 284, 93 S.Ct. 1038,35 L.Ed.2d 297 (1973)** Considered the effect of state rules of evidence on the exercise of the right to cross examination. Defendant Chambers was charged with a murder. He called a particular witness in order to introduce the witness's written confession to the crime. His request was denied, as was other efforts to use the witness, because of hearsay limitations. In my case the California Department of Motor Vehicles limited my request to cross examine my witness by using my limited financial resources against me and citing prima facie evidence, a state law used as adequate to establish a fact or raise a presumption of fact unless refuted. The Supreme Court reversed Chamber's conviction. Stating "Defendants must be able fully to explore testimony from all witnesses including their own because" in modern criminal trials defendants are rarely able to select their witnesses; they must take them where they find them.

- **Violation of the Statue Prohibiting Racial Discrimination in Employment under Title VII of The Civil Right s Act of 1964 / Washington v. Davis, 426 U.S. 229, 96 S.Ct. 200, 48 L.Ed.2d 597 (1976)** This statue required demonstration of intent in order to prove employment discrimination. I furnished proof to the employers in question during my tenure and the Equal Employment Opportunity Commission of my application of work performance, standards, conduct and experience to be considered in a position of management in all three companies in which I am alleging Violation of the Statue Prohibiting Racial Discrimination in Employment under Title VII of The Civil Right s Act of 1964. They are Lowe's, Target and Albertson's Corporations. I showed to the employers an unequal and disproportionate impact towards me in their handling of my cases due to my race. The employer in all three cases failed to demonstrate a relationship between the challenged practice and job performance. There actions of discrimination towards me resulted in a loss to the company's revenues and solidified my cases of Violation of the Statue Prohibiting Racial Discrimination in Employment under Title VII of The Civil Right s Act of 1964.

- **Violation of the Federal Judicial Supremacy Clause/ Martin v. Hunter's Lessee, 1 Wheaton 304, 4 Led. 97 (1816)** The framers of the United States Constitution anticipate that cases within the judicial cognizance of the United States would necessarily arise in state courts as those courts exercised their "ordinary jurisdiction". It is for those reasons Article VI; Certain debts etc. declared valid . Supremacy of Constitution ,treaties, and laws of the United States Oath to support the Constitution, by whom taken No religious test.- contains the supremacy clause that directs that judges in every state "shall be bound thereby" notwithstanding state laws to the contrary. The language of the Judiciary Act of 1789 granting concurrent jurisdiction must be seen in this context. Similarity, any cases arising under the Constitution, laws, and treaties

of the United States addressed by state courts must be subject to the appellate jurisdiction of the Supreme Court. The federal Courts may revise the proceedings of state executives and legislative authorities if they are contrary to the Constitution. With regard to powers granted by the United States ' they are not independent; they are expressly bound to obedience by the letter of the Constitution. Several California Judges including the All of the judges of my California Employment Development Department cases including the Appeals process were indeed in Violation of the Federal Judicial Supremacy Clause. They allowed a state executive in my case the former Attorney General Mr. Lockyer draft laws that impeded the Article VI apparently I was subjected to a horrendous game facilitated by California Attorneys being those whom I also placed on retainer who failed to challenge the law. I am still to this day five years later receiving injurious acts by the state. State executives and legislative authorities revised the majority of federal proceedings although they were not originally contrary to the Constitution as they are at current, the current Attorneys in the United States as a whole lack the morale conscious or compass to practice law. Attorneys feel that they must not get involved with a client who has limited resources however they are exceptions. At this moment a very large Civil Jury Trial is taking place here in Orange County, I am loosely acquainted with one of the Plaintiffs, who I ask not to disclose any details of her case but asked about her attorneys, she stated her Attorney knew she was in a homeless situation the Plaintiffs attorney bought her a few nice outfits to wear to the Civil Jury proceedings and gave her names and contacts to food and shelter networks in the area. That is all any attorney is morally obligated to do for a client. Not one of my attorneys or any elected or appointed official ever offered any form of help to me. That is why they all were relieved of duty in 2007, and I now have absolute power of all of my litigation with the exception of Federal appointed District Judges and there staffs.

- **Failure to Exercise the Judicial Review Constitutional Statue/ Marbury v. Madison , 1 Cranch 137, 2 L.Ed. 60 (1803)** This case set judicial precedence in which the United States Supreme Court asserted itself as being the institution that logically must be the ultimate authority in interpreting the federal Constitution. *Marbury v. Madison* was the first case in which the U.S. Supreme Court in a published opinion invalidated an act of Congress on the ground that it violated the Constitution. Thus the Court enunciated the doctrine judicial review, and formally established its policy making function. This case primarily focused on resolving a situation where a law" be in opposition with the Constitution ...is in essence of judicial duty" If the Constitution is superior to legislative enactments, the Constitution rather than statue," must govern the case to which they both apply was the final opinion by then Chief Justice John Marshall and it is in effect this very day. *Marbury v. Madison* made use of the following *syllogism*; The law of a nation are to be interpreted by its court, and the Constitution is a law of the United States . In conclusion the Constitution is to be interpreted by the federal courts, the U.S. Supreme Court being the

ultimate interpreter with broad authority over the U.S. Congress relating to the law.

• **Violation to Exercise Certiorari** / This is a extremely important process within our higher courts that must be exercised. A *Certiorari* is a writ or order to a court whose decision is being challenged to send up the records of the case so a higher court can review a lower-court decision. California Appeals court, the U.S. Congress and the U.S. Senate routinely fail to file a *Certiorari to the higher courts in which they descended in my cases. Several legislators and judges failed to file a **certiorari certification to the Court**, this is a process by which a lower court can request a higher court to resolve certain issues in a case while the case is still pending in the lower courts- the higher courts needs your information that you have been able to receive and generate. U.S. Court of the Federal Claims should of received dozens of certiorari certifications in my cases due to the sensitivity and broad range of monetary compensation that my cases have generated over the course of six years. Example my Target Corporation cases are landmark in nature, they are literally thousand of lawsuits I have against Target Corporation- by way of bank fraud, credit card fraud, weights and measures, labor law violations, discrimination etc .only a court such as the U.S. Courts of the Federal Claims has the broad authority to access movement within our federal enforcement authorities which is crucial is resolving this case, in essence not only is this case in the billions of dollars that must be awarded to me and the United States it also encompasses thousands of criminal laws that were broken by Target Corporation executives in all fifty states .Certiorari means" **to be informed**". Certiorari allows the Supreme Court to enter the Policy-making process virtually at any point it chooses, thus why this judicial exercise is very important for both parties to be placed permanently on the record. The Certiorari power is the Supreme Court's principal means of keeping abreast of it's work. It can be an effective administrative tool in the hands of a skilled chief justice. The Court received hundreds of Certiorari in the Roe v. Wade landmark case that is still being challenged in our Courts today.*

• **Failure to Exercise Scope of Executive Power- President George W. Bush & Barrack Obama/ In Re Neagle, 135 U.S. 1, 10 S.Ct. 658, 34 L.Ed. 55 (1890)** This Constitutional statue Ruled that the President may act even in the absence of explicit constitutional or statutory authority. Justice Miller's opinion of the court fully embraced the view that Presidents must possess certain prerogatives or inherent power to allow response to particular situations. We are six years into my particular cases-the Presidents failed to act immediately to protect the morale stature of the United States and it's financial institutions as well as protect our countrymen. The Court upheld the enforcement activities taken by the executive even in the absence of authorizing legislation. The executive must be able to "command obedience" to law by drawing upon whatever power is required to **"keep the peace"** . According to this view as it should be, the President possesses inherent power that permits virtually any response to national

29

needs so long as the action is not expressly forbidden. Inherent powers simply provides the President with the capacity to discharge the executive function, which has been impeded by the U.S. Congress and the U.S. Senate in my cases. Executive orders by the President must be signed into law to allow my case to have the appropriate monetary compensation prescribed by law immediately in order to protect our country and the executive office.

- **Appointment & Removal Statue Myers v. United States , 272 U.S. 52, 47 S.Ct. 21, 71 L.Ed. 160 (1926)** *Obiter Dictum-are normally directed at issues upon which no formal arguments have been heard. The positions represented by obiter dicta are therefore non bind on later cases. Dicta are not considered to be precedent and should be distinguished from ratio decidendi, which provides the basis of the court's ruling. I am citing this case because it is very applicable to the power of the executive that has thus far been highly neglected: The decision not to remove Former Secretary of Labor Mrs. Elaine L. Chao was an egregious miscarriage of justice to me, the working class people of our country and the executive office.* Myers v. United States held that Presidents posses virtually unlimited power to remove appointed officials while the U.S. Senate may be reasonably able to assess the fitness of a nominee at the appointment stage, it is not able to assess actual performance. The President or his subordinates are best able to make that judgment. Thus the "power of removal is incident to the power of appointment, not to the power of advising and consenting to appointment. Not only had Congress impermissibly limited the president's power to remove exclusively executive officers such as *Myers* but Chief Justice Taft-former U.S. President suggested that even quasi-judicial officers; i.e. appointees having a legal status only by operation or construction of law without reference to intent may be removed at the pleasure of the president if such officers render a decision with which a presidents disagrees. You are only as good as your people!

- **Violation of the Executive Privilege Statue( George W. Bush) United States  v. Nixon, 418 U.S. 683, 94 S.Ct. 3090, 41 L.Ed.2d 1039 (1974)** Ruled that Presidents cannot withhold information from a grand jury proceeding. United States v. Nixon is the Supreme Court's major ruling on the matter of executive privilege. Nixon had also asserted absolute privilege on separation of power grounds, i.e. the separation of executive, legislative power. The opinion of the Court was delivered by Chief Justice Berger; The decision of executive privilege began with consideration of absolute privilege. The court rejected Nixon arguments, however indicating that neither the doctrine of separation of powers, nor the need of confidentiality of high-level communications, by themselves sustain an "absolute ,unqualified" presidential privilege. Only if the President could show a need to protect" military, diplomatic, or sensitive national security secrets" could it claim of privilege prevail. President Bush abused this statue repeatedly  during my request to utilize the Office of the United States Attorney in 2006 & 2007. The U.S. Attorney discovered that all of my allegations were true and correct, however the President was not forthcoming with the information in which he was provided by the U.S. Attorneys Office to the U.S. Congress and The

U.S. Senate. He utilized the former Attorney General Alberto Gonzales as his personal attorney to protect him from the U.S. Congress and Senate from any wrongdoing since most of the criminality was under his administration. The President is not responsible for a persons wrongdoing while in office he is only responsible to uphold the law and discharge them accordingly President Bush did not do this in my case. The Attorney General Mr. Gonzalez ill advised the President on this issue allowing the U.S. Senate and U.S. Congress to impede his work on my behalf because he removed U.S. Attorneys that were not adhering to the Presidents policies and standards. Eventually the U.S. Senate and U.S. Congress received the information they needed to formally prosecute the appointed and elected officials surrounding my cases however they opted to ignore the "Purple Elephant In The Room" and allow the issues and officials to remain in office and allow there criminality to fester to the harm of me and the American people. The only decision that the U.S. senate made was try to protect the U.S. attorneys that were confirmed by them based on their parties' political agenda not according to the law and the American people's welfare. The President also failed to exercise his executive power in protecting the working class people once he received my complaint to the United States Economic Council Committee dated April 2006 outlining the injustices of the new California Employment Development Department under Governor Schwarzenegger policies, practices and procedures. It was erased from my email database azaelperales@yahoo.com in or around June 2006 from an unknown force. U.S. Senator Mr. George V. Voinovich was courtesy copied on a revised version of this complaint sent to the White House on or around April 2006.The executive office abuse of the executive privilege(disclosure) and the failure of the U.S. Congress and Senate to uphold the impeachment clause- violated my Constitutional right under the ( 5th) Amendment-Provisions concerning prosecution and due process of law. Double Jeopardy restrictions. Private property not to be taken without compensation, the President decision not to intervene in the my Employment Development Department case in a professional and timely manner, Violated the Due Process Clause of the U.S. Constitution. To date the California Employment Development Department owes me more than $ 60.000.00 in back benefits in which I am entitled to receive over the last five years that this case has been pending.(**In Justice** a book written **by David Iglesias Former U.S. Attorney** outlined inside details leading up to his termination, one of nine within the Department of Justice and how the Purple Elephant in the Room was ignored and the scandal of that decision rocked the Bush administration and the nation from within.)

- **Violation of The Freedom of information Act, 5 U.S.C. s552, As Amended by Public Law No. 99-570,ss1801-1804(1986) on The U.S. Congress , U.S. Senate, U.S.   Federal Bureau Of Investigation, U.S. Central Intelligence Agency, U.S. Department of Commerce, U.S. Department of Transportation , U.S. Securities and Exchange Commission , U.S. Attorneys Offices Executive ,U.S. Department of Labor** – I am citing violation of the following Freedom of Information Act Rules and Procedures according to

U.S .law. (a) Each agency shall make availible to the public information as follows (1) Each agency shall separately state and currently publish in the Federal Register for the guidance of the public-. (A) description of its central and field organization and the established places at which, the employees (and in the case of a uniformed service, the members) from whom, and the methods whereby, the public may obtain information, make submittals or requests, or obtain decisions; (B) (C) (D) .I am alleging that Orange County Superior Courts, my private and public appointed attorneys including the California State Assembly Judicial Committee that presided over my cases failed to comply with the Freedom of Information Act and failed to provide information to me or the public as I requested to them from 2006 to Present on agencies in which I am in litigation with. All Courts and attorneys including publicly elected and appointed officials, failed to post and make public information regarding opinions, records and proceedings in my cases to me or the general public as prescribed by law under the Freedom of Information Act.

• **Failure to Exercise Jurisprudence;** The science of law. Jurisprudence has evolved to include the examination and classification of legal ideas, theories, and analyses based on lines of inquiry developed in anthropology, philosophy, politics, psychology, and sociology. Jurisprudence as a mode of thought has its genesis in Plato and Aristotle, neither of whom distinguished between legal and social theory. They said without law there could be no polity: Political or governmental organazation. It is apparent that the lack of Jurisprudence from the Mayor to the President of the United States from the local County Commissioner to our Supreme Court Chief Justice all failed to practice Jurisprudence in my cases, unbelievable but true. We are now all victims to there lack of Jurisprudence.

## *Violations of California Rules of Court (State) - 2009*

• **Violation to California Rules Applicable to All California Courts**

*Violation of California Rule 1.4. (c)* – **(Ethics Standards for Neutral Arbitrators in Contractual Arbitrations)** I am citing the violation of The California Rules of Court which includes Ethics Standards and Neutral Arbitration in Contractual Arbitration adopted by the Judicial council under the authority of the Code of Civil Procedures section 1281.85. This rule applies to me under employer , employee relations contract and several contractual banking rules in which California businesses has violated under the Federal Trade Commission and California Department of Weights and Measures suits in which I filed .

• *Violation of California Rule 1.5. (a)* – **(Construction of Rules and Standards)**

I am citing violation of the Construction Rules-The rules and standards of the California Rules of Court must be liberally construed to ensure the just and speedy determination of the proceedings that they govern.

- *Violation of California Rule 1.21. (a)* – **(Service on a party or Attorney)**
  I am citing violation of the service Rule- Whenever a document is required to be served on a party, the service must be made on a party's attorney if the party is represented. To my knowledge my attorneys never notified me of Ford Motor Company & Todd McDowell & Associates of New Port Beach, California frivolous lawsuit that garnished my preset employer at that time Home Depot U.S.A. payroll account and my payroll check for hundreds of dollars. The judgment was over $ 18.000..00 on me and my employer and it took only a couple of weeks for the California Treasury Department to facilitate there crime for a nine year old car loan that was six weeks late. North Court Berkley Justice Center of Fullerton, California known as the infamous **North Court** , adjudicated the case while Los Angeles Sheriffs Department served a fraudulent notice to a wrong address in Garden Grove California given to them by the Garden Grove Police Department.

- *Violation of California Rule 1.150.(e) Public Access to Court Proceedings – (Media Coverage )* I am citing violation to the media coverage rule. Media coverage may be permitted only on written order. However the court proceedings were admonished by the California State Assembly, California State Senate and the California Governors Office therefore they were not notified on a just and timely basis in order to file a written order to cover any judicial hearings.

- *Violation of California Rule 2.1 & 2.2 Title and Applications – (Title and Applications)* I am citing that I was deprived of due process under Title and Applications California rule 2.1 & 2.2. Rule 2.1 Give preferences to me as a California citizen to be placed under California Trial Rules in which I was violated from the year 2003 to present in criminal and civil proceedings before California municipal Superior Courts. I was also deprived of due process under California Rule 2.2 (Application) The Trial courts rules in which were violated apply in all superior courts in California in which I am and were in from the year 2003 to Present.

- *Violation of California Rule 2.30. (a) (b)& (c) Sanctions for Rules Violations in Civil Cases – (Application)* I am citing violation to sanction rule in California Rules of Court relating to general civil cases, unlawful detainer cases, probate proceedings, civil proceedings in the appellate division of the superior court, and small claim cases. California executive sanctions and legislative sanctions against my cases were unlawful and oppressive and in violation of the U.S. Constitution. They **Failed to Exercise Equity Jurisdiction**; This is a task that has been failed

by the violation of the California Rule to be exercised by the Court to grant relief or remedy to a party being myself, seeking court assistance outside principles of common law. Equity jurisdiction permits judgments based on perceptions of fairness that supplement common law doctrine. Equity Jurisdiction in the United States is placed in the same courts that posses jurisdiction over statutory and common law. The violation rule also **Violated the Due Process Clauses of the U.S. Constitution/** This constitutional provision was designed to ensure that laws will be reasonable both in substance and in means of implementation. Due process language is contained in two clauses of the Constitution of the United States . The Fifth provision prohibits deprivation of "life, liberty, or property, without due process of law" It sets a limit on arbitrary and unreasonable actions by the Federal Government which I have been a victim of for over 6 calendar years. Due process required that actions of government occur through ordered and regularized process, which has not occurred in my cases under the Fourteenth Amendment a post civil war amendment added to the constitution in 1868. In addition the violation of California Rule 2.30. (a) & (b) **Violated the Civil Rights Act of 1964,**. This ruling protected individuals such as myself from rapacious injustice inside and outside of the state where the individual is living, it also allowed civil, criminal and punitive damages to officials who violated the 1964 Act. The ruling stated that Congress could authorize suits against states and state officials to enforce provisions of the Civil Rights Act of 1964.Whats equally important that should be noted is that when California legislators and the executive power violated this rule they violated a written notice and opportunity to be heard, to pay reasonable monetary sanctions to the court or to an aggravated person me the plaintiff in this case. They failed to comply with both equities in the law on a State and Federal case due to corruption in the California executive branch of judiciary starting with the California Governor, State Treasurer and State Controller, all key conspirators in my case- violating this rule and continuing to cause injurious acts upon me as an individual, the facts are very clear in this case. Lowe's is a prime example in my case that was relentless in breaking California Labor laws and this Rule of 2.30. and was continually permitted by this day to aggravate me the victim while building new Lowe's locations causing undo harm to me and the state. Regrettably I would like to note the most egregious of violations to the **California Rule 2.30.(c)** An order imposing sanctions must be in writing and recite in detail the conduct of circumstances justifying the order of sanctions. By violating this California rule it automatically violated my **Constitutional Right under the United States Fair Labor Standards Act 1938** (United States v. Darby Lumber Company (312 U.S. 100: 1941). ( It also Violated the Ex- Post Facto Constitutional Statue) The ex post facto statue prohibition is intended to prevent abusive or vindictive exercises of legislative power such as the U.S. Congress and the U.S. Senate enacted in my cases with Lowe's, and to assure "fair warning" which was not given to me in 2006 of the effects of legislation. – See. --Calder v. Bull (Dallas 386: 1798) for details of the Courts decision citing my legitimate complaint against the U.S. Senate . U.S. Congress and Lowe's Home Improvement. The U.S. Congress and the U.S. Senate gave Lowe's Home Improvement a Washington Corporation

34

status a legal arbitrary status given to Lowe's Corporation set forth by our federal and State legislators in order protect Lowe's financial empire from a legitimate Plaintiff and my attorneys at that time from civil responsibility- **it was by far was the most in-appropriate egregious decisions of injustice by any State and the Federal Government within our country to date on any one citizen of the United States of America.** The monetary damages I am seeking for these violations are around 14.25 Billion dollars in damages to the United States Department of Revenue-Treasury/ Financial Crimes Division , Federal Trade Commission, Internal Revenue Service, United states Securities and Exchange Commission and me as an individual who is seeking over 7.5 Billion Dollars in monetary compensation from Lowe's a Washington Corporation. The Court should only intervene where legislatures clearly "transgress the boundaries" of the legislative authority or where legislative actions " violate fundamental law" as in my cases with Lowe's Home Improvement.

- ***Violation of California Rule 3.505.– (Appellate Review)*** I am citing violation of actions by my attorneys- that should have been coordinated within the jurisdiction of more than one reviewing court, California State Assembly, California State Senate and The California Governors office failed to appoint a coordinating motion judge . As a result no petition in accordance with Code of Civil Procedures section 404.2 giving the court appellate jurisdiction of the coordinated actions deemed necessary in my cases in order for them to be resolved. In accordance with ***Rule 1.5. (a)* – (Construction of Rules and Standards)**

     The rules and standards of the California Rules of Court must be liberally construed to ensure the just and speedy determination of the proceedings that they govern.

- ***Violation of California Rule 3.506.– (Liaison Counsel)*** I am citing violation of *California Rule 3.506.–*(a) Selection and appointment was not done by the appointed judge at any time during the time my cases were on the calendar. The judge is to request by this rule at anytime a court appointed liaison counsel if both parties are unable to agree. I am unaware of any settlement offer and I contacted several California Bar Associations including the American Bar Association who apparently declined my legitimate cases. With four of the best law firms on retainer who failed to contact me to establish an Attorney client relationship and refuse to return my retainer. I had no options but to try and remain calm and patient and better myself. The Cochran Law Firm- Los Angeles , Fulbright & Jowarski- New York , Hogan & Hartson-Washington D.C. & Philadelphia & Gibson Dunn & Crutcher- San Francisco all received a retainer and hundreds of documents on my behalf of litigation. Hogan & Hartson-Philadelphia returned my retainer & my documents. However Hogan & Hartson Washington D.C. did not. I did much research before I placed these law firms on retainer over the course of four years and according to legal history and there work in all areas of the law these are the best law firms in our country. You can see why with there behavior towards me; I opted not to continue to waste my time or money placing anyone

else on retainer. It was therefore the role of our elected State and Federal officials to appoint a judge and counsel on my behalf.

*   ***Violation of California Rule 3.514.– (Evidence Presented At Court Hearings)*** I am citing violation of California Rule State – 3.514. *Evidence Presented At Court Hearings*, I am alleging that the district courts, my private and public appointed attorneys that presided over my cases failed to present evidence at my hearings on my behalf in my cases against the California Employment Development Department, California Department of Motor Vehicles, The California Department of Labor Standards and the California Attorney General's office as well as many others. I compiled hundreds of documents to all major state agencies with request for investigations, appeals, notices sent to me for hearings, sworn statements, judgments and thanks to my request for information and California Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the state of California in which they maliciously generated. I upheld all legal responsibilities to the district court, my private and public attorneys by submitting evidence for them to present to the court hearings on my behalf which was not done. As a result of there actions to date May 03, 2009- I am a indigent homeless person who sleeps in my car with 3 cans of food given to me by my church to sustain life.

*   ***Violation of California Rule 3.520.– (Motion filed In The Trial Court)***
I am citing violation of California Rule State – 3.520. *Motion filed In The Trial Court*, I am alleging that the district courts, my private and public appointed attorneys that presided over my cases failed to file motions in the Trial Court on my behalf in my cases against the California Employment Development Department, California Department of Motor Vehicles, The California Department of Labor Standards and the California Attorney General's office as well as many others. I compiled hundreds of documents to all major state agencies with request for investigations, appeals, notices sent to me for hearings, sworn statements, judgments and thanks to my request for information and California Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the state of California in which they maliciously generated. I upheld all legal responsibilities to the district court, my private and public attorneys by submitting evidence for them to present to the court hearings on my behalf which was not done. As a result of there actions to date May 04, 2009- I am a indigent homeless person who sleeps in my car with 1 can of food given to me by my church to sustain life.

*   ***Violation of California Rule 3.521.– (Petition For Coordination)***
I am citing violation of California Rule State – 3.521. *Petition for Coordination.*, I am alleging that the district courts, my private and public appointed attorneys including the California State Assembly Judicial Committee that presided over my cases failed to file a Petition for Coordination to the Chair of the Judicial Council for the assignment of a judge to determine whether the coordination of certain actions is appropriate, or request a coordinating judge deemed appropriate for my cases against the California Employment Development Department, California Department of Motor Vehicles, The California

Department of Labor Standards and the California Attorney General's office as well as many others. I compiled hundreds of documents to all major state agencies with request for investigations, appeals, notices sent to me for hearings, sworn statements, judgments and thanks to my request for information and California Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the state of California in which they maliciously generated. I upheld all legal responsibilities to the district court, my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present to the court hearings and petition for coordination on my behalf which was not done. As a result of there actions to date May 11, 2009- I am a indigent homeless person who sleeps in my car depending on local churches for food.

- *__Violation of California Rule 3.522.__ – ( __Notice of Submission of Petition For Coordination__)*

I am citing violation of California Rule State – 3.522. *Notice of Submission of Petition For Coordination*, I am alleging that the district courts, my private and public appointed attorneys including the California State Assembly Judicial Committee that presided over my cases failed to file a Notice of Submission of Petition for Coordination to the Chair of the Judicial Council for the assignment of a judge to determine whether the coordination of certain actions is appropriate, or request a coordinating judge deemed appropriate for my cases against the California Employment Development Department, California Department of Motor Vehicles, The California Department of Labor Standards and the California Attorney General's office as well as many others. I compiled hundreds of documents to all major state agencies with request for investigations, appeals, notices sent to me for hearings, sworn statements, judgments and thanks to my request for information and California Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the state of California in which they maliciously generated. I upheld all legal responsibilities to the district court, my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present to the court hearings and petition for coordination on my behalf which was not done. As a result of there actions to date May 11, 2009- I am an indigent homeless person who sleeps in my car depending on local churches for food.

- *__Violation of California Rule 3.523.__ – (__Service Of Notice Of Submission On Party__)*

I am citing violation of California Rule State – 3.523. *Service of Notice of Submission on Party*, I am alleging that the district courts, my private and public appointed attorneys including the California State Assembly Judicial Committee that presided over my cases failed to file a Service of Notice on Party for Coordination to the Chair of the Judicial Council for the assignment of a judge to determine whether the coordination of certain actions is appropriate, or request a coordinating judge deemed appropriate for my cases against the California Employment Development Department, California Department of Motor Vehicles, The California Department of Labor Standards and the California Attorney General's office as well as many others. I compiled hundreds of documents to all major state agencies with request for investigations, appeals, notices sent to me for hearings, sworn statements, judgments and thanks to my request for information and

California Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the state of California in which they maliciously generated. I upheld all legal responsibilities to the district court, my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present to the court hearings and petition for coordination on my behalf which was not done. As a result of there actions to date May 11, 2009- I am an indigent homeless person who sleeps in my car depending on local churches for food.

- ***Violation of California Rule 3.524.– (Order Assigning Coordinating Motion Judge)***

I am citing violation of California Rule State – 3.524. *Order Assigning Coordinating Motion Judge*, I am alleging that the district courts, my private and public appointed attorneys including the California State Assembly Judicial Committee that presided over my cases failed to file a Service of Notice on Party for Coordination to the Chair of the Judicial Council for the assignment of a judge to determine whether the coordination of certain actions is appropriate, or request a coordinating judge deemed appropriate for my cases thus violating California Rule 3.524 of Order Assigning a Coordinating Motion Judge to in my cases against the California Employment Development Department, California Department of Motor Vehicles, The California Department of Labor Standards and the California Attorney General's office as well as many others. I compiled hundreds of documents to all major state agencies with request for investigations, appeals, notices sent to me for hearings, sworn statements, judgments and thanks to my request for information and California Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the state of California in which they maliciously generated. I upheld all legal responsibilities to the district court, my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present to the court hearings and petition for coordination on my behalf which was not done. As a result of there actions to date May 11, 2009- I am an indigent homeless person who sleeps in my car depending on local churches for food.

- ***Violation of California Rule 3.550.– (General Administration By The Administrative Office Of The Courts)***

I am citing violation of California Rule State – 3.550. *General Administration By The Administrative Office Of The Courts*, I am alleging that the district courts, my private and public appointed attorneys including the California State Assembly Judicial Committee that presided over my cases, failed to uphold the necessary administrative functions and rules of the administrative office of the California Courts performed at the direction of the Chair of the Judicial Council by a coordinating attorney in the administrative office of the California and U.S. Courts. I upheld all legal responsibilities to the district court, my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present to the court hearings and petition for coordination to the Chair of Judicial Council on my behalf which was not done. As a result of there actions to date May 11, 2009- I am an indigent homeless person who sleeps in my car depending on local churches for food.

## *Violations of California Rules of Court (Federal) – 2009*

- *Violation of California Rule Frap1. – (Scope of Rules;)* I am citing violation of California Rules federal Frap1. – (a) Scope of rules (1)These rules govern procedure in the procedure in the United States court of appeals. I am citing violation of California rule federal Frap 1. (a) (2) The California Federal courts failed to provide a motion or other documents in the district courts in which they serve. I am currently in The Ronald Reagan Federal Courts district in Santa Ana California .

- *Violation of California Rule Frap7. – (Bond for Costs on Appeal in Civil Cases)* I am citing violation of California Rules – Federal Frap 7. - I am alleging that the district courts that presided over my cases failed to require a bond from my defendants- to ensure payment of costs on appeal. Rule 8(b) applies to a surety on a bond given under this rule. *This rule is extremely important because it guarantees the fiduciary responsibility on behalf of the party in which the judgment has been rendered against. It also thwarts frivolous appeals throughout our courts. The appeals process is a very complex and serious writ placed on the court and against the judge and or jury that decided the case. It is a legitimate venue for a case to be re-heard on the grounds that something was perhaps overlooked or the court did not see or hear all the evidence and unfortunately in some cases judicial misconduct may play part in a legitimate appeal. The appeals in my cases are simply a stall tactic which is placing a tremendous financial burden upon me and the American people. Be that as it may my Defendants have that right to file appeals in all cases, but they must place a Bond on record in the full amount of the judgment against them with the courts. If I lose the Appeal they will be refunded the money. This rule also applies to judgments against the Federal government and the State. The Federal Reserve Chairman and the California Treasurer are charged with securing bonds with the court. If the Defendants fail to comply there appeal is automatically dismissed and they can face fines and or imprisonment, you must never waste the courts time which in the United States have less than 3 million people who preside over 308.5 million Americans. The bond also can be utilized by the courts banking system to accrue interest for the courts time, efforts and expenses while the case is being resolved this places a lesser tax burden on the average taxpayer.*

- *Violation of California Rule Frap11. – (Forwarding of the Record)* I am citing violation of California Rules Federal – Frap 11. - (a) Appellant's Duty, I am alleging that the district courts that presided over my cases failed to require the Appellants the Defendants in my civil and criminal cases a notice of appeal with Rule 10(b) they must assemble all records and do whatever is necessary to enable the clerk of the court to forward the record. If they are multiple appeals from

judgments as there are in my cases the clerk must forward a single record to the 4th Appellate court of Appeals which presides over several of my cases.

- **_Violation of Title IV Review OR Enforcement of An Order of An Administrative Agency, Board of Commissioners, Or Officer – California Rule Frap 15._**

  I am citing violation of California Rules Federal – Frap 15. - (a) Petition for Review; I am alleging that the district courts that presided over my cases failed to file a petition to review my cases against the California Employment Development Department, California Department of Motor Vehicles and The California Department of Labor Standards agencies as well as many others. A review by the rule of an agency is commenced by filing, within a time prescribed by law, a petition for review with the clerk of the court of appeals authorized to review the agency order was done in my cases.

- **_Violation of Title IV Review OR Enforcement of An Order of An Administrative Agency, Board of Commissioners, Or Officer –_**
  **_California Rule Frap 16.- The Record On Review or Enforcement_**
  I am citing violation of California Rules Federal – Frap 16. – **_The Record On Review or Enforcement_** (a) Composition of the Record, I am alleging that the district courts that presided over my cases failed to file a record on review or enforcement of my cases against the California Employment Development Department, California Department of Motor Vehicles and The California Department of Labor Standards agencies as well as many others. The orders should of consisted in reviewing my cases by **_California Rule Frap 16._** must include (1) The order involved, (2) Any findings or reports on which based and (3) the pleading evidence , and other parts of the proceedings before the agency. I compiled hundreds of documents to all major state agencies with request for investigations, appeals, notices sent to me for hearings, sworn statements, judgments and thanks to my request for information and Appeals Judge Cash compliance to the law, I had evidence of misconduct and fraud by the state of California in which they maliciously generated. I upheld all legal responsibilities to the district court and the agencies involved.

- **_Violation of Title IV Review OR Enforcement of An Order of An Administrative Agency, Board of Commissioners, Or Officer –_**
  **_California Rule Frap 17.- Filing The Record_**
  I am citing violation of California Rules Federal – Frap 17. – **_Filing The Record_** (a) Agency to File: Time for Filing: Notice of Filing, I am alleging that the district courts that presided over my cases failed to file a record with the Circuit Clerk within 40 days after being served with a petition for review in my cases against the California Employment Development Department, California Department of Motor Vehicles and The California Department of Labor Standards agencies as well as many others. The filing of record to the Circuit clerk should of consisted of all documents generated in the case by both parties I compiled

40

hundreds of documents to all major state agencies with request for investigations, appeals, notices sent to me for hearings, sworn statements, judgments and thanks to my request for information and Appeals Judge Cash compliance to the law, I had evidence of misconduct and fraud by the state of California in which they maliciously generated. I upheld all legal responsibilities to the district court and the agencies involved.

- *Violation of Title IV Review OR Enforcement of An Order of An Administrative Agency, Board of Commissioners, Or Officer –*
  *California Rule Frap 19.- Settlement Of A Judgment Enforcing An Agency Order In Part*
  I am citing violation of California Rules Federal – Frap 19. – I am alleging that the district courts that presided over my cases failed to file a opinion directing entry of judgment enforcing the agency order in part the agency must within 14 days file with the clerk and serve on each party a proposed judgment conforming to the opinion. Because they violated this rule I was unable to disagree with the agencies involved proposed judgment within the 7 day time frame. The agencies that broke this rule are The California Employment Development Department, California Department of Motor Vehicles and The California Department of Labor Standards agencies as well as many others. The court if the Rule is followed will settle the judgment and direct entry without further hearings or arguments. That then gives me the opportunity to review the order and either settle or Appeal the decision to a higher court.

- *Violation of Title IV Review OR Enforcement of An Order of An Administrative Agency, Board of Commissioners, Or Officer –*
  *California Rule Frap 20.- Applicability Of Rules To The Review Or Enforcement Of An Agency Order*
  I am citing violation of California Rules Federal – Frap 20. – I am alleging that the district courts that presided over my cases failed to comply with Frap 20. In the rules "appellee" includes a respondent.

- *Violation of Title V. Extraordinary Writs*
  *California Rule Frap 21.- Writs of Mandamus And Prohibition, And Other Extraordinary Writs*
  I am citing violation of California Rules Federal – Frap 21. – I am alleging that the district courts that presided over my cases failed to comply with Frap 20. (1) The court failed to comply a party petitioning for a writ of mandamus or prohibition directed to the circuit clerk. The court and my attorneys also failed to show proof to the circuit clerk proof of service on all parties to the proceeding in the trial court or hearings. In addition the court and my attorneys failed to provide a copy of mandamus or prohibition to the trial-court judge. All parties to the proceedings in the trial order other than the petitioner are respondents for all purposes.

41

- ***Violation of Title VI. Habeas Corpus:* Proceedings In Forma Pauperis**
  ***California Rule Frap 22.*** - I am citing violation of California Rules Federal – Frap
  22. – I am alleging that the district courts and my attorneys private and public that
  presided over my cases failed to comply with Frap 22. An application for a writ of
  habeas corpus to be made in all of my cases in the appropriate circuit court, this
  was not done. I am citing my cases against the California Employment
  Development Department, California Department of Motor Vehicles, The
  California Department of Labor Standards and The California Attorney General's
  office and several others before the court. No **Habeas Corpus writs were filed in
  my cases above to my knowledge**; This law was designed to prevent
  governmental misconduct as in my cases before the courts.

- ***Violation of Title VII. General Provisions***
  ***California Rule Frap 25.- Filing And Service -*** I am citing violation of
  California Rules Federal – Frap 25. – I am alleging that the district courts and my
  attorneys private and public that presided over my cases failed to comply with
  Frap 25. **(a) (1) Filing With the Clerk** (2) Filing: Method and Timeliness (A) IN
  General (B) A Brief Appendix (i)Mailed to the Clerk of The Court (ii)
  Dispatched to a Third- party commercial carrier for delivery to the clerk within 3
  calendar days. I am also citing violation California Federal of The Courts Federal
  Frap 25. **(b)Service of All Papers Required** Unless a rule requires service by the
  clerk, a party, must, at or before the time of the filing a paper serve a copy on the
  other parties to the appeal or review, Service on a party represented by counsel
  must be made on the party counsel . Filing And Service Rules I adhered to in all
  of my cases in the appropriate circuit court, they were not. I am citing my cases
  against the California Employment Development Department, California
  Department of Motor Vehicles and The California Department of Labor Standards
  and The California Attorney General's office along with several others before the
  court.

- ***Violation of Title VII. General Provisions***
  ***California Rule Frap 27.- Motions***
  I am citing violation of California Rules Federal – Frap 27. – I am alleging that
  the district courts and my attorneys private and public that presided over my
  cases failed to comply with Frap 27. **(a) (1) Application for Relief;** An
  application for an order or other relief is made by motion unless these rules
  prescribe another form. A motion must be in writing unless the courts permit
  otherwise. I am citing violation of **(a) (2) Contents of a Motion .**

## *Violations  of Southern California Local Court Rules/ Superior Court of Orange County California- 2008*

- ***Violation of Division( 1) Court Organization and Governance/ Chapter (1) Governance ( Rule 100. Citation and Effect of Rules***

  I am citing violation of Southern California County of Orange Superior Court Rule 100. – I am alleging that Orange County Superior Courts, my private and public appointed attorneys including the California State Assembly Judicial Committee that presided over my cases failed to comply with Rule 100.*Citation and Effect of the Orange County Superior Court Rules and Effect.* I compiled hundreds of documents to all major State agencies with request for investigations, appeals, notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate adherence to Court Organization and Governance and Citation and Effect of Rules for Orange County Courts California which was not done. As a result of there actions to date May 13, 2009, I am an indigent homeless person who sleeps in my car depending on local churches for food.

- ***Violation of Chapter - ( 2.) Presiding Judge And Assistant Presiding Judge (Selection And Authority)***

  I am citing violation of Southern California , County of Orange Superior Court Rule 152. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 152. *Nomination and Election Process-Presiding Judge and assistant Presiding Judge.* I compiled hundreds of documents to all major State agencies with request for investigations, appeals, notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate Election for a Presiding Judge and assistant presiding Judge for Orange County Courts California which was not done. As a result of there actions to date May 13, 2009, I am an indigent homeless person who sleeps in my car depending on local churches for food.

- ***Violation of Division( 2) Superior Court Personnel***
  I am citing violation of Southern California , County of Orange Superior Court Rule 200. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule

200.*Appiontmet of a Qualified Executive Officer -Clerk Of the Court.* I compiled hundreds of documents to all major State agencies with request for investigations, appeals, notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate filing to the Executive Officer/ Clerk of The Court for Orange County Courts California which was not done. As a result of there actions to date May 13, 2009, I am an indigent homeless person who sleeps in my car depending on local churches for food.

- ***Violation of Division( 2) Superior Court Personnel / Chapter (4) Disciplinary / Grievance Proceedings ( North Orange County Court Justice Center - North Court )***
  I am citing violation of Southern California , County of Orange Superior Court Rule 244. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 244. *Complaints Procedures Concerning Superior Court Commissioners, Referees and Temporary Judges Disciplinary /Grievance Proceedings.* I compiled hundreds of documents to all major State agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate *Disciplinary / Grievance Proceedings for( North Orange County Court Justice Center Presiding Judge - North Court* regarding my cases which was not done. As a result of there actions to date May 13, 2009, I am an indigent homeless person who sleeps in my car depending on local churches for food.

- ***Violation of Division( 2) Conflict of Interest Code***
  I am citing violation of Southern California , County of Orange Superior Court Rule 250. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 250.*Conflict of Interest Rule.* I compiled hundreds of documents to all major State

agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate *Adjudication* regarding my cases which was not done due to conflict of interest by Orange County Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date May 13, 2009, I am an indigent homeless person who sleeps in my car depending on local churches for food.

- ### *Violation of Division( 3) Practice and Rules ( Chapter (1) Civil cases Over $ 25.000*

  I am citing violation of Southern California , County of Orange Superior Court Rule 300. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 300.*Assignment of Other Matters.* I compiled hundreds of documents to all major State agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate *Assignment of Other Matters.* regarding my cases which was not done by Orange County Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date May 13, 2009, I am an indigent homeless person who sleeps in my car depending on local churches for food.

- ### *Violation of Division( 3) Practice and Rules ( Chapter (1) Civil cases Over $ 25.000*

  I am citing violation of Southern California , County of Orange Superior Court Rule 302. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 302. *Jury Venire: An entire panel in which a Jury is drawn- for Superior Court Sessions - Held Outside the County Seat.* I compiled hundreds of documents to all major State agencies including the California Commission on

Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate *Jury Venire* regarding my cases which was not done by Orange County Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date May 13, 2009, I am an indigent homeless person who sleeps in my car depending on local churches for food.

- ### *Violation of Division( 3) Practice and Rules*
  ### *( Chapter (1) Civil cases Over $ 25.000*

  I am citing violation of Southern California , County of Orange Superior Court Rule 312. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 312.*Local and Filing for Law and Motion Papers.* I compiled hundreds of documents to all major State agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate *Local and Filing for Law and Motion Papers* regarding my cases which was not done by Orange County Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date May 13, 2009, I am an indigent homeless person who sleeps in my car depending on local churches for food.

- ### *Violation of Division( 3) Practice and Rules*
  ### *( Chapter (3)  All Civil cases Over $ 25.000*

  I am citing violation of Southern California , County of Orange Superior Court Rule 360. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 360.*Alternative Dispute Resolutions (ADR).* I compiled hundreds of documents to all major State agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations,

appeals and notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate *Alternative Dispute Resolutions (ADR )*regarding my cases which was not done by Orange County Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date May 13, 2009, I am an indigent homeless person who sleeps in my car depending on local churches for food.

- ***Violation of Division( 4) Civil (Civil cases Over $ 25.000)***
  ***(Chapter (1)  General Civil Practice***
  I am citing violation of Southern California , County of Orange Superior Court Rule 400. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 400.*(Preparation of Forms for Order).* I compiled hundreds of documents to all major State agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate *Preparation of Forms for Order* for my cases which was not done by Orange County Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date May 13, 2009, I am an indigent homeless person who sleeps in my car depending on local churches for food.

- ***Violation of Division( 4) Civil (Civil cases Over $ 25.000)***
  ***(Chapter (1)  General Civil Practice***
  I am citing violation of Southern California , County of Orange Superior Court Rule 404. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 404. *( Orders to Show Cause- Disposition of Original Papers).* I compiled hundreds of documents to all major State agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent to me for hearings. I submitted sworn statements, judicial

complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate*( Orders to Show Cause-Disposition of Original Papers)* for my cases which was not done by Orange County Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date My 14, 20009, I am an indigent homeless person who sleeps in my car at no fault of my own.

- *Violation of Division( 4) Civil (Civil cases Over $ 25.000)*
  *(Chapter (1) General Civil Practice*

  I am citing violation of Southern California , County of Orange Superior Court Rule 416. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 416. *(Execution on Installment Judgments).* I compiled hundreds of documents to all major State agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate *(Execution on Installment Judgments)* for my cases which was not done by Orange County Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date My 14, 20009, I am an indigent homeless person who sleeps in my car at no fault of my own.

- *Violation of Division( 4) Civil (Civil cases Over $ 25.000)*
  *(Chapter (2) Case Management*

  I am citing violation of Southern California , County of Orange Superior Court Rule 430. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 430. *(General Case Management).* I compiled hundreds of documents to all major State agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent

to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate *(General Case Management)* for my cases which was not done by Orange County Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date My 14, 20009, I am an indigent homeless person who sleeps in my car at no fault of my own.

- ### *Violation of Division( 4) Civil (Civil cases Over $ 25.000) (Chapter (2) Case Management*

  I am citing violation of Southern California , County of Orange Superior Court Rule 431. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 431. *( Case Classification).* I compiled hundreds of documents to all major State agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate *(Case Classification)* for my cases which was not done by Orange County Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date My 14, 20009, I am an indigent homeless person who sleeps in my car at no fault of my own.

- ### *Violation of Division( 4) Civil (Civil cases Over $ 25.000) (Chapter (2) Case Management*

  I am citing violation of Southern California , County of Orange Superior Court Rule 432. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 432. *( All-Purpose Assignment to a Judge).* I compiled hundreds of documents to all major State agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of

misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate *(All-Purpose Assignment to a Judge )* for my cases which was not done by Orange County Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date My 16, 20009, I am an indigent homeless person who sleeps in my car at no fault of my own.

- **_Violation of Division( 4) Civil (Civil cases Over $ 25.000)_**
  **_(Chapter (2) Case Management_**

  I am citing violation of Southern California , County of Orange Superior Court Rule 441. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 441. *( Draft and File A Meet and Confer Statement).* I compiled hundreds of documents to all major State agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate filing of ( *A Meet and Confer Statement* ) for my cases which was not done by Orange County Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date My 16, 20009, I am an indigent homeless person who sleeps in my car at no fault of my own.

- **_Violation of Division( 4) Civil (Civil cases Over $ 25.000)_**
  **_(Chapter (2) Case Management_**

  I am citing violation of Southern California , County of Orange Superior Court Rule 441. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 441. *( Draft and File A Meet and Confer Statement).* I compiled hundreds of documents to all major State agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California

Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate filing of ( *A Meet and Confer Statement* ) for my cases which was not done by Orange County Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date My 16, 20009, I am an indigent homeless person who sleeps in my car at no fault of my own.

- **_Violation of Division( 4) Civil (Civil cases Over $ 25.000)_**
  **_(Chapter (2) Case Management_**
  I am citing violation of Southern California , County of Orange Superior Court Rule 441. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 441. *( Draft and File A Meet and Confer Statements).* I compiled hundreds of documents to all major State agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate filing of ( *A Meet and Confer Statements* ) for my cases which was not done by Orange County Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date My 16, 20009, I am an indigent homeless person who sleeps in my car at no fault of my own.

- **_Violation of Division( 4) Civil (Civil cases Over $ 25.000)_**
  **_(Chapter (2) Case Management_**
  I am citing violation of Southern California , County of Orange Superior Court Rule 442. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 442. *(Draft and File- Ex Parte Applications).* I compiled hundreds of documents to all major State agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in

Orange County Superior Court for appropriate filing of ( *Ex Parte Applications*) for my cases which was not done by Orange County Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date My 16, 20009, I am an indigent homeless person who sleeps in my car at no fault of my own.

- ### *Violation of Division( 4) Civil (Civil cases Over $ 25.000) (Chapter (2) Case Management*

  I am citing violation of Southern California , County of Orange Superior Court Rule 445. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 445. *(Case Management Statement and Conference).* I compiled hundreds of documents to all major State agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate procedures and filing of (*Case Management Statements and Conferences)* for my cases which was not done by Orange County Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date My 16, 20009, I am an indigent homeless person who sleeps in my car at no fault of my own.

- ### *Violation of Division( 4) Civil (Civil cases Over $ 25.000) (Chapter (2) Case Management*

  I am citing violation of Southern California , County of Orange Superior Court Rule 446. – I am alleging that Orange County Superior Courts and my attorneys private and public that presided over my cases failed to comply with Rule 446. *( Arbitration).* I compiled hundreds of documents to all major State agencies including the California Commission on Judicial Performance in San Francisco California- with request for investigations, appeals and notices sent to me for hearings. I submitted sworn statements, judicial complaints, judgments and thanks to my request for information and California (EDD) Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the State of California in which they maliciously generated. I upheld all legal responsibilities to the Superior Court of California Orange County - my private and public attorneys and the California State Assembly Judicial Committee by submitting evidence for them to present in Orange County Superior Court for appropriate procedures of (*Arbitration)* for my cases which was not done by Orange County

Superior Courts, the California State Assembly Judicial Committee and my attorneys private and public which presided over my cases. As a result of there actions to date My 16, 20009, I am an indigent homeless person who sleeps in my car at no fault of my own.

- If confirmed to act on behalf of the United States as a State Party- I herby recognize the current State Party to act on behalf of The United States best interest regarding The International Covenant on Civil and Political Rights violations outlined in this complaint. I ask the Present Committee to please consider my and the United States current economical and social situation. I was forced to represent myself and the American people from 2003 to Present. I ask the Present Committee to please consider my Electronic Mail Database under **Article 40-(2.) All reports shall be submitted to the Secretary General of the United Nations, who shall transmit them to the Committee for consideration. Reports shall indicate the factors and difficulties, if any affecting the implementation of the present Covenant, The reports I am formally submitting to the Secretary General for consideration are in my Electronic Mail database in Yahoo Corporation my address is** azaelperales@yahoo.com. I ask the Secretary General please consider all complaints and correspondences from the inception of my Yahoo database as discovery and evidence regarding my request to be considered as a State Party representing me as an individual and the United States of America, I give full permission for the Secretary General and his staff to retrieve and copy all e-mails in the database and consider the factors and difficulties in which the United States have imposed on me and The American People with the violations of International Covenant on Civil and Political Rights I am alleging. I am also asking the Secretary General if he wishes to please consider retrieving information that I have sent to Several State and Federal agencies requesting their assistance. I ask this only of the Secretary General due to my limited financial resources and formal education of United States Law.

- I am requesting that the Present Committee please exercise **Article 41-(1.) (b)**

  If the matter is not adjusted to the satisfaction of both State Parties.

- I am asserting that the Present Committee please exercise **Article 41-(1.) I** The Committee shall deal with the matter referred to it only after it is ascertained that all available domestic remedies have been invoked and exhausted in the matter, in conformity with the generally recognized principles of international law. This shall not be the rule where the application of the remedies is unreasonably prolonged.

- I am asserting that the Present Committee please exercise **Article 41-(1.) (d). The Committee shall hold closed meetings when examining communications under this article.**

- I ask that the Present Committee please waive **Article 41-(1.) (e) Subject to the provisions of sub-paragraph I without objection and unanimous consent due to the unfriendly manner and lack of ongoing Goodwill , Love and Discipline in which the United States of America and The International Covenant on Civil and Political Rights were founded upon. I am asking for the Present Committee to please move in a professional and timely manner to resolve these violations to The International Covenant on Civil and Political Rights.**

- I ask the Present Committee to please exercise **Article 41-(1.) (f)** In any matter referred to it, the committee may call upon the States Parties concerned, referred to in sub-paragraph (b), shall have the right to be when the matter is being considered in the Committee and to make submissions orally and / or in writing.

- I ask that the Present Secretary of State for the United States of America The Honorable Mrs. Hillary Rodham Clinton be recused from these proceedings on my and the United States behalf in the interest of justice.) I ask that Madame Secretary length of service as the First Lady of the United States and Partner and confidant to The former President of The United States The Honorable Mr. William Jefferson Clinton, and her tenure as United States Senator be considered to my request of recusal regarding these violations to The International Covenant on Civil and Political Rights.

## *American Convention on Human Rights*

*\* Violation of Article One – Obligation to respect Rights. (1.) The States Parties of this convention undertake to respect the rights and freedom recognized herein and to ensure that all persons subject to their jurisdiction the free an full exercise of those rights and freedoms, without any discrimination for reasons of race, color , sex, language, religion, political or other opinion, national or social origin, economic status, birth , or any other social condition.*

*(2.) For the Purpose of This Convention, 'Person' means every human being.*

54

**\* *Violation of Article Two* -** *Domestic Legal Effects-Where the exercise of any of the rights of freedoms referred to in Article One is not already ensured by legislative or other provisions, the State parties undertake to adopt, in accordance with their constitutional processes and the provisions of this Convention, such legislative or other measure as may be necessary to give effect to those right or freedoms.*

**\* *Violation of Article Three*** - *Right to Judicial Personality-Every person has a right to recognition as a person before the law.*

**\* *Violation of Article Four*** –

*(1.) Right to life- Every person has the right to have his life respected. This right shall be protected by law, and in general, from the moment of conception. No one shall be arbitrarily deprived of his life.*

*(4.) In no case shall capital punishment be inflicted for political offenses or related common crimes.*

**\* *Violation of Article Five* -** *Freedom from torture-*

> *(1.) Every person has the right to have his physical, mental, and morale integrity respected.*

*(2.) No one shall be subjected to torture or to cruel, inhuman, or degrading punishment or treatment. **All persons deprived of their liberty shall be treated with respect for their inherent dignity of the human person.***

*(3.) Punishment shall not be extended to any person other than the criminal.*

*(6.) Punishment consisting of deprivation of liberty shall have an essential aim to reform and social readaptation of the prisoners.*

## *Charter of the United Nations*

**\* *Violation of the United Nations Charter Article One*** – *The purpose of the United Nations are to (1.) To maintain peace and security.*
      *(2.) To develop friendly relations among nations based on respect. As a result of this violation The Unites States produced unfriendly relations in other countries around the world including States within our country. As a result of these violations; The United States Of America facilitated injurious acts upon me as an*

*individual and produced unfriendly relations in other countries around the world including States within our country.*

## *Helsinki Accord*

*Violation of Part A - Declaration on Principles Guiding Relations between Participating States. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*Violation of Part VII. - Respect for human rights and fundamental freedom, including the freedom of thought, conscious, religion or belief.*

*The United States in my case violated my right as a human being by violating my fundamental freedoms, including my freedom of thought conscience, religion based on my race, gender and political affiliation. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*The United States with malice and forethought thwarted my work throughout our country to promote and encourage the effective exercise of civil, political, economic, social, cultural and other fundamental rights and freedoms to our citizens: including my work to promote peace as well as being a Stewart of Good Government. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*The United States failed to respect my right as a minority of mixed race including my faith as a Christian-Jew. As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.*

*The United States failed to exercise my fundamental right under the Helsinki Accord of fundamental freedoms, which is an essential factor for peace and justice and the Rule of Law. As a result of this violation The Unites States produced unfriendly relations in other countries around the world including States within our country.*

*__Violation of Part VIII.__ -  __Equal rights and self determination of people.  As a result of this violation; The United States Of America facilitated injurious acts upon me as an individual and produced unfriendly relations in other countries around the world including States within our country.__*

## *__Violation of United States Codes__*

### *__Violation Of  U.S. Code ( Title 12) Subchapter I-Organization and General Provisions s24.Corporate Powers__*

The United States Federal Reserve Board headed by the Chairman, failed to coordinate the Bank supervisory functions of the system and evaluate the examination procedures of the Reserve Banks. The United States Federal Reserve Board failed to exercise general supervision of the commercial and fiduciary activities of state member Banks and there mortgages. As a result of this violation most state banks were involved in criminality by way of unsecured loans; these loans were through third party banks and individuals in which the bank s did not adhere to regulations that checked on income and secured possessions. The loans were in essence a paper trail , no secured assets were fixed. The United States Federal Reserve Division of Banking Supervision and Regulation facilitated the mortgage meltdown by not adhering to the appropriate disclosures practices policies and procedures outlined by Title 12 *Provisions s24.*of the U.S. Code, in addition The United States Federal Reserve Board failed to uphold the Securities and Exchange Act of 1934.

### *__Violation Of  U.S. Code ( Title 12) Subchapter IV-Regulation of The Banking Business; Powers And Duties OF National Banks s90.__*

The United States Federal Reserve Board headed by the Chairman, failed to comply with the Federal Property Act and Administrative Services Act of 1949, as Amended **[40 U.S.C.  471 et seq./  471 of Title 40]**  The Board failed to coordinate the Bank supervisory functions of the system and evaluate the examination procedures of the Reserve Banks. The United States Federal Reserve Board failed to exercise general supervision of the commercial and fiduciary activities of state member Banks and there mortgages. As a result of this violation most state banks were involved in criminality by way of unsecured loans; these loans were through third party banks and individuals in which the bank s did not adhere to regulations that checked on income and secured possessions. The loans were in essence a paper trail, no secured assets were fixed. The United States Federal Reserve Division of Banking Supervision and Regulation facilitated the mortgage meltdown by not adhering to the appropriate disclosures

practices policies and procedures outlined by Title 12 *Provisions s24.*of the U.S. Code, in addition The United States Federal Reserve Board failed to uphold the Securities and Exchange Act of 1934.

### *Violation Of  U.S. Code ( Title 12) Subchapter I- General Provisions s635. Powers And Functions Of Banks/ Section (a) & (b)*

#### *- (b)*

The United States Federal Reserve failed to Guarantee, insurance, and extension of credit functions: competitive with Government support- rates and terms and conditions of foreign exporting countries. In addition the Federal Reserve failed to survey and report; interest rates, private Capital and induce encouragement in the best interest of the United States determinations of delivery of services, commerce and small businesses. The Federal Reserve failed to show concern for small businesses and losses by the foreign Credit Insurance Association; loans to Union Soviet Socialist Republics for fossil fuel research, etc.; nuclear safeguards violations resulting in limitations on exports and credit; defense article credit sales to less developed countries; amount outstanding; supplementation of Commodity Credit Corporation programs and limitations on authority of Bank; prohibition relating to Angola.

### *Violation Of U.S. Code ( Title 12) Subchapter II- Board Of Governors Of The Federal Reserve System/ Section 252. (a) & (b)*

#### *-(a)*

The United States Federal Reserve failed to provide a credit availability assessment report to the United States Congress Committee on Banking, Housing and Urban Affairs.

#### *-(b)*

The United States Federal Reserve failed to utilize the existing data in which they had obtained for economic trends to forecast the credit worthiness to prospective banks and financial institutions regarding the stimulus package which they approved in the initial 800 billion dollar bailout of financial institutions in 2008 in which the **United States of America taxpayer borne all costs**.

### *Violation Of U.S. Code ( Title 12) Subchapter I-Definitions, Organization, And General Provisions Affecting System s222.Federal Reserve Districts ;Memberships of National Banks*

#### *-(h)*

The United States Federal Reserve Division of Reserve Bank Operations and  Payment Systems headed by the Director , failed to advise and assist the Board on it's oversight of Reserve Bank operations. The division also failed to be responsible to the Board for its respected division on matters concerning payments system policy, the price and level of

Federal Reserve Bank Services(check collections, funds, transfers, automated clearinghouse, net settlement, securities, and coin and currency).and improvements to efficiency of payments mechanism. In addition the Division of Reserve Bank Operations failed to maintain the role as liaison with interested parties on payments matters.

### -(i)

The United States Federal Reserve Division of Banking Supervision and Regulation headed by the Director, failed to coordinate the Bank supervisory functions of the system and evaluate the examination procedures of the Reserve Banks. The United States Federal Reserve Division of Banking Supervision and Regulation failed to exercise general supervision of the commercial and fiduciary activities of state member Banks. As a result of this violation most state banks were involved in criminality by way of unsecured loans; these loans were through third party banks and individuals in which the bank s did not adhere to regulations that checked on income and secured possessions. The loans were in essence a paper trail , no secured assets were fixed. The United States Federal Reserve Division of Banking Supervision and Regulation facilitated the mortgage meltdown by not adhering to the appropriate disclosures practices policies and procedures outlined by Title 12 of the U.S. Code, in addition The United States Federal Reserve Division of Banking Supervision and Regulation failed to uphold the Securities and Exchange Act of 1934.

### -(J)

The United States Federal Reserve Division of Consumer and Community Affairs headed by the Director failed to implement and consumer affairs legislation in cases against several Corporations Target Corporation being the main Defendant who is still using there antiquated Point of Sales System which facilitated tens of millions of dollars that were unjustly stolen from the general public and promoted bank fraud. The United States Federal Reserve Division of Consumer and Community Affairs in direct defiance of the Department of Commerce and the Department of Consumer Affairs. The United States Federal Reserve Division of Consumer and Community Affairs failed to regulate the Equal opportunity Credit act in my cases allowing my credit to be irreversibly damaged and erased and continued to allow a fraudulent garnishment by Ford Motor Company to be upheld. There actions cost me my career at Home Depot U.S.A. , I was forced to resign after my check was illegally garnished. The United States Federal Reserve Division of Consumer and Community Affairs failed to regulate the Home Mortgage Disclosure Act, The Fair billing, the Consumer leasing Act, the Federal trade improvements Act for financial institutions and other firms engaged in consume credit. As a result of these violations by the United States Federal Reserve Division of Consumer and Community Affairs the United States passed a bailout of financial institutions in 2008 in which the **United States of America taxpayer borne all costs**. The United States Federal Reserve Division of Consumer and Community Affairs failed to monitor, assist or enforce the law in my consumer complaints against Target Corporation of double charging consumers to my knowledge in spite of it effecting

millions of consumers that shopped at Target and tens of thousand of employees that were employed by Target Corporation. The United States Federal Reserve Division of Consumer and Community Affairs failed to uphold legislation passed for Community Reinvestment, Fair Credit Reporting, Fair Debt Collection Practices, Fair Housing, Flood Disaster Protection, and Real Estate Settlement Procedures Acts and Regulations. The United States Federal Reserve Division of Consumer and Community Affairs also failed to apply the appropriate interest on Deposits.

### -(m)

The United States Federal Reserve Division office of Controller headed by the boards Controller, failed to assist the Boards division and the Federal Financial Institution Examination Council in establishing and operating within their organizational structure and managing resources ensuring the propriety and accountability utilized by their budget functions of planning, executing and reporting to the Board of Governors of The Federal Reserve. The United States Federal Reserve Division office of Controller headed by the boards Controller failed top administer budget functions ,planning, formulate, consult or conduct an investigations in the priority of the Perales cases. In essence the United States Federal Reserve Division office of Controller did not care about the fiduciary responsibility of the government to me or other victims by the state. United States Federal Reserve Division office of Controller is a Confederate soldier who has opted to risk the lives of over 800.000 Americans and over 70.000 American businesses rather than do the job assigned to him or her and adjudicate the Perales Estate.

### - (o)

The United States Federal Reserve Division Office of Inspector General "The sublime leader in the Federal Reserve system" failed to act as independent office that operates under Public Law 100-504 and Board character. The United States Federal Reserve Division Office of Inspector General failed to conduct audits assigned to the Inspector General's Office. In addition The United States Federal Reserve Division Office of Inspector General failed its duties which charged the division with the oversight of operations and investigations relating to the Board of Governors. The United States Federal Reserve Division Office of Inspector General failed to make recommendations in my cases and provide leadership and coordinate activities relating to my cases and impact on the functions to the Board of Governors for the Federal Reserve. The United States Federal Reserve Division Office of Inspector General failed to promote economic efficiency and effectiveness within the Board of Governors programs and operations and keep the Honorable Chairman Mr. Barney Frank and Congress fully informed about problems and deficiencies relating to the boards programs and operations and the necessity for, and progress of, corrective actions deemed necessary.

### *Violation Of U.S. Code (Title 12) Subchapter I-Definitions, Organization, And General Provisions Affecting System s225a.*

The Federal Reserve Board of Governors failed to maintain long run growth of monetary credit aggregates; the Board failed to produce accurate reports Congress; Congressional transmittal to Congressional Committees, consult with Congressional Committees, report

to Congressional Committees on changing conditions affecting achievement of objectives and plans of the Reserve banks and the Board failed to provide a explanation for there deviation from the initial objectives and plans.

### *Violation Of U.S. Code (Title 12) Subchapter V - Miscellaneous s1752a.*

The Secretary of the Treasury failed in there role of consultation with the Board of Corporation, the Comptroller of the Currency and the Administration. The Secretary of the Treasury, failed to conduct a study and evaluation of –

(A) The oversight and supervisory practices of the administration concerning the Fund, including the treatments and amounts deposited in the Fund i.e. The National Credit Union Share Insurance Fund established under section 203 of the Federal Credit Union Act [12 U.S.C. 1783] As a result of this violation The United States Federal Reserve Comptroller of the Currency failed to utilize the existing data in which they had obtained for economic trends to forecast the credit worthiness to prospective Credit Unions thus placing state banks credit worthiness on a lower scale raising interest rates.

### *Violation Of U.S. Code (Title 12) Subchapter II- Share Insurance s1831o.Prompt and Corrective Action*

(k) & (5)

The Federal Reserve Board of Governors, Comptroller of the Currency, The Comptroller General and the U.S. Congressional Committee failed there role to facilitate prompt and corrective actions and utilize the existing data in which they had obtained for economic trends to forecast the credit worthiness to prospective State and Federal Banks thus placing state banks credit worthiness on a lower scale raising interest rates and facilitating a two trillion dollar loss in revenues to the U.S. economy in 2008.

### *Violation Of U.S. Code (Title 12) Subchapter V- Farm Credit Administration Organization/ Part E s2277a-10b. Authority to Regulate Golden Parachute and Indemnification Payments*

The Federal Reserve Board of Governors, Comptroller of the Currency, The Comptroller General and the U.S. Congressional Committee failed there role to facilitate prompt and corrective actions and utilize the existing data in which they had obtained for economic trends to forecast the credit worthiness to prospective State and Federal Banks. Thousand of top executives were allowed to leave there financial institutions in which they obtained poor credit ratings under the Farm Credit Administration Rating System. The credit rating was ignored by the Federal Reserve Board of Governors, Comptroller of the Currency, The Comptroller General and the U.S., Congressional Committee thus allowing top executives to leave there financial institutions with hundreds of millions of dollars. One top CEO of a financial institution took a golden parachute of 500 million dollars leaving the financial institution insolvent footing the bill to the taxpayer.

### *Violation Of U.S. Code (Title 15 Chapter 2) Subchapter I- Federal Trade Commission: Promotion Of Export Trade And Prevention Of Unfair Methods OF Competition s.45*

The Federal Trade Commission and the U.S. Congressional Committee on Energy and Commerce violated U.S. Code (Title 15 Chapter 2) Subchapter I- Federal Trade Commission: Promotion Of Export Trade And Prevention of Unfair Methods of Competition s.45 -by allowing my named Defendants in civil litigation my former employers which are Lowe's , Target, & Albertsons Corporations continue in there unfair practices of not paying employees for hours worked under U.S. Code Title 29 Part 785 of the Fair Labor Standards Act of 1938- when there direct competitors pay there employees. The Federal Trade Commission and the U.S. Congressional Committee on Energy and Commerce allowed these Corporations to continue to defraud the public by way of double charging the consumer for product not received. To my knowledge Lowe's, Target, & Albertsons Corporations are still in violation of U.S. Code (Title 15 Chapter 2) Subchapter I- Federal Trade Commission: Promotion of Export Trade And Prevention of Unfair Methods of Competition s.45 and are building new locations throughout the United States everyday.

### *Violation Of U.S. Code (Title 15 Chapter 2 B) - Securities And Exchange Commission Sec. s78J.-1 Audit Requirements*

(a) Securities and Exchange Commission and the U.S. Congressional Committee on Energy and Commerce violated U.S. Code Title 15 Chapter 2 B- Securities And Exchange Commission Sec. 78J.-1 Audit Requirements In general of corporation on the stock exchange trading publicly thus violating the Securities and Exchange Act of 1934 [15 U.S.C. 78c].

(b)Securities and Exchange Commission and the U.S. Congressional Committee on Energy and Commerce violated U.S. Code Title 15 Chapter 2 B- Securities And Exchange Commission Sec. 78J-1 Required response to audit discoveries on corporation trading stocks publicly thus violating the Securities and Exchange Act of 1934 [15 U.S.C. 78c].

### *Violation Of U.S. Code (Title 15 Chapter 2 B) - Securities And Exchange Commission Sec. s78g.-Margin Requirements*

(c) The Securities and Exchange Commission and the U.S. Congressional Committee on Energy and Commerce violated U.S. Code Title 15 Chapter 2 B- Securities And Exchange Commission Sec. 78g.Unlawful credit extensions to Lowe's, Target, & Albertsons Corporations my named defendants in civil litigation as past employers. The Securities Exchange Commission directly and indirectly extended credit extensions and maintained credit ratings for the Lowe's, Target, & Albertsons Corporations thus violated the (1) The Prohibition clause.

(d) The Securities and Exchange Commission and the U.S. Congressional Committee on Energy and Commerce violated U.S. Code Title 15 Chapter 2 B- Securities And Exchange Commission Sec. 78g.Unlawful credit extensions to Lowe's, Target, &

Albertsons Corporations my named defendants in civil litigation as past employers. The Securities Exchange Commission directly and indirectly extended credit extensions and maintained credit ratings for the Lowe's, Target, & Albertsons Corporations thus violated the (1) The Prohibition clause rules and regulations governing the Securities and Exchange Commission and violating the Securities and Exchange Act of 1934 [15 U.S.C. 78c].

## *Violation Of U.S. Code (Title 1) General Provisions - Written Request For Documents*

The Secretary of State, The Office of Personnel, Management And It's Director and Other Matters Under U.S. Code Title (5) Part I Section 101. Violated U.S. Code Title (1) Written Request for Documents - with several U.S. Representatives and U.S. Senators who requested information in writing regarding my cases which are being handled by there respected Executive offices. Reference violations under Pub. L. 94-59, title VIII, s801, July 25, 1975, 89 stat. 296, set out as a note under section 1317 of Title 44, Public Printing and Documents. This law is applicable in my cases because it involves Domestic and International Treaties.

## *Violation Of U.S. Code (Title 1) General Provisions - Repeal of Statues as Affecting existing Liabilities*

The Office of Personnel ,Management And It's Director and Other Matters Under U.S. Code Title (5) Part I Section 101., U.S. Congress and the U.S. Senate Violated U.S. Code Title (1) s109. Repeal of Statues as Affecting existing Liabilities in several of my cases including Civil liability on the part of the State of California and U.S. Federal Labor Regulations. The most egregious violations occurred under the current U.S. House of Representatives and U.S. Senate leadership in the Judiciary and Appropriations Committees which were charged with handling my cases from 2006 thru 2009. The U.S. Congressional Representatives that violated this U.S. Title (1) code - Repeal of Statues as Affecting existing Liabilities are as follows - U.S. Representatives .David R. Obey, Charles W. Young, J. Dennis Hastert, Henry Waxman, Nancy Pelosi, George Miller, Mike Thompson, Zane Starkewolf, Carol Wolman, Wally Herger, Jeff Morris, Dan Lungren, Bill Durston, Tom McClintock, Charlie Brown, Doris O. Matsui, Paul Smith, Lynn Woolsey, Mike Halliwell, Joel Smolen, Roger A. Peterson, Cindy Sheehan, Dana Walsh, Barbara Lee, Charles Hargrave, Ellen O. Tauscher, Nicholas Gerber, Jerry McNerney, Dean Andal, Jackie Speier, Greg Conlon, Fortney P. Stark, Raymond Chui,Anna G. Eshoo, Ronny Santana, Mike Honda, Joyce S. Cordi, Zoe Lofgren, Charel Winston, Sam Farr, Jeff Taylor , Dennis Cardoza, George P. Radanovich, Jim Costa, Jim Lopez, Devin G. Nunes, Larry Johnson, Kevin McCarthy, Lois Capps, Matt Kokkonen, Elton Gallegly, Marta A. Jorgensen, Howard P. McKeon, Jackie Conaway, David Dreier, Russ Warner, Ted Brown Brad Sherman, Navraj Singh, Tim Denton, Howard L. Berman, Adam Schiff, Charles Hahn, Xavier Becerra, Hilda L. Solis, Diane E. Watson, David Crowley, Lucille R. Allard, Christopher Balding, Maxine Waters,Ted Hayes, Jane Harman, Brian Gibson, Laura Richardson, Nick Dibs, Grace

Napolitano, Christopher Agrella, Linda T. Sanchez, Diane Lenning, Ed Royce, Christina Avalos, Jerry Lewis, Tim Prince, Gary Miller, Ed Chau, Joe Baca, John Roberts, Ken Calvert, Bill Hedrick, Mary Bono Mack, Julie Bornstein, Dana Rohrabacher, Debbie Cook, Loretta Sanchez, Rosie Avila, John Campbell, Steve Young, Darrell Issa, Robert Hamilton, Brian Bilbray, Nick Leibham, Wayne Dunlap, Bob Filner, David L. Joy, Duncan D. Hunter, Mike Lumpkin, Michael Benoit, Susan A. Davis, Michael Crimmins, John Conyers, Jesse Jackson Jr., Rahm Emanuel, Elijah Cummings, Neil Abercrombie, Mike Pence, Mario Diaz-Balart, Debbie Wasserman Schultz, Bobby Rush, Bill Cassidy, Tim Walz, Travis Childers, Ike Skelton, .Edward R. Tinsley, Bob Etheridge, Sue Myrick, Howard Coble, Mel Watt, Craig Weber, Louise M. Slaughter, Gary Ackerman, Peter King, Marcia Fudge, Tim Ryan, John Sullivan, Earl Blumenaur, Delia Lopez, Kurt Schrader, Ptrick Murphy, Robert A. Brady, Melissa Hart, Phil English, John Murtha, Joe Sestak, Tim Murphy, John Spratt Nancy Harrelson, Zach Wamp, Marsha Blackburn, Ralph Hall, Kevin Brady, Pete Sessions, Kay Granger, Sheila Jackson Lee, Kenny Merchant, Solomon Ortiz, Rob Bishop, Jim Matheson, Peter Welch, Rob Wittman, Bill Day, Glenn Nye, Thelma Drake, Frank Wolf, Judy M. Feder, Rick Bart, Jim Moran, Bobby Scott, Brian Baird, Norm Dicks, Doc Hastings, Alan Mollohan, Shelley M. Capito, Ann Barth, Nick Rahall, Marty Gearhart, Paul Ryan Tammy Baldwin, John Gard, Cynthia Lummis , Gary Trauner , Jon Porter, Shelley Berkley, Carol Shea-Porter, Paul Hodes, Eleanor Homes Norton, Frank Stalzer, Charles Rangel,Eric Massa & F. James Sensenbrenner, Jr.

The U.S. Senators that violated this U.S. Title (1) code - Repeal of Statues as Affecting existing Liabilities are as follows - U.S. Senators Theodore F. Stevens, Robert C. Byrd, Thad W. Cochran, Arlen Specter, Mitchell McConnell, Richard Shelby, Dianne Feinstein, Patrick J. Leahy, Barbara Boxer & Edward M. Kennedy. Although several other Senators were indirectly in Violation Of U.S. Code ( Title 1 ) General Provisions - Repeal of Statues as Affecting existing Liabilities in my cases, the named Senators are all Senior ranking U.S. Senators that were key members within the U.S. Senate that drafted legislation that repealed several statues and appropriate timelines to adjudicate my civil and criminal cases against said defendant outlined in a letter I sent to the U.S. Senate Appropriations Committee giving the U.S. Senate Appropriations Committee " Power of Attorney" and " **Broad Authority"** over all of my cases in 2006.

## *Violation Of U.S. Code (Title 5) Part II-Civil Service Functions And Responsibilities/ Merit Systems Protection Board – Section 204. The Special Counsel*

The Office of Personnel , Management And It's Director and Other Matters Under U.S.C. Title (5) Part I Section 101. Violated U.S. Code Title (5) Section 204. The Special Counsel (b). The Board of Civil Service Commission or Chairman failed in its duty to transfer my cases relating to the U.S. Congress and U,.S. Senate political activities under Chapter 15; (5) U.S.C. Subchapter III of Chapter 73 (Political Activities) for investigation by the Special Counsel citing U.S.C. (5) 1303, my allegations of prohibited personnel practices by law or regulation in relation to the California Employment Development Department, California Department of Motor Vehicles, The California Attorney Generals Office, The Equal Employment Opportunity Commission & The

National Labor Relations Board thus far has been relentless in there prohibited personnel practices by law or regulation relating to my cases with Several State agencies and Police Departments including The Anaheim Police Department, Buena Park Police Department, Placentia Police Department, Fullerton Police Department, Garden Grove Police Department, Lowe's Corporation, Target Corporation, Albertson's- Super Valu Corporation, Disney Company, Paul's TV & Appliances Incorporated. The violations to U.S. Code Title 5 Section 204 occurred from 2004 to Present.

## *Violation Of U.S. Code (Title 5 ) Part III-Federal Labor Relations Authority– Section 302. General Counsel.*

The Office of General Counsel established in the Executive Branch; The Federal Labor Relations Authority which appoints the General Counsel failed in his or her role as General Counsel which office is to uphold Federal labor laws and discharge and prescribe the applicable laws in which were violated in any given case or cases in which I assigned to the U.S. Secretary and Assistant U.S. Secretary of Labor. The Office of General Counsel to my knowledge failed in his or her role in all five of my employment cases against Disney Company, Paul's TV and Appliances Incorporated, Lowe's, Target, and Albertson's Corporation. All cases fall directly under Federal Labor Relations Authority. The violations to U.S. Code Title 5 Section 302 occurred from 2005 to Present.

## *Violation Of U.S. Code ( Title 28 ) Rule 44- (a)Authentication Proof of Official Record*

The Office of Personnel ,Management And It's Director and Other Matters Under U.S. Code Title (5) Part I Section 101., U.S. Congress and the U.S. Senate Violated U.S. Code Title (28) Rule 44(a) authentication. Proof of Official Records in several of my cases including Civil and Criminal liability on the part of the State of California , U.S. Federal Labor Regulations & The Federal Bureau of Investigation. The most egregious violations occurred under the current U.S. House of Representatives and current U.S. Senate leadership in the Judiciary and Appropriations Committees which were charged with handling my cases from 2006 thru 2009. The U.S. Congressional Representatives that violated this U.S. Title (28) Rule 44 (a) Authentication. Proof of Official Record – Proof of Official Record are as follows - U.S. Representatives .David R. Obey, Charles W. Young, J. Dennis Hastert, Henry Waxman, Nancy Pelosi, George Miller, Mike Thompson, Zane Starkewolf, Carol Wolman, Wally Herger, Jeff Morris, Dan Lungren, Bill Durston, Tom McClintock, Charlie Brown, Doris O. Matsui, Paul Smith, Lynn Woolsey, Mike Halliwell, Joel Smolen, Roger A. Peterson, Cindy Sheehan, Dana Walsh, Barbara Lee, Charles Hargrave, Ellen O. Tauscher, Nicholas Gerber, Jerry McNerney, Dean Andal, Jackie Speier, Greg Conlon, Fortney P. Stark, Raymond Chui,Anna G. Eshoo, Ronny Santana, Mike Honda, Joyce S. Cordi, Zoe Lofgren, Charel Winston, Sam Farr, Jeff Taylor , Dennis Cardoza, George P. Radanovich, Jim Costa, Jim Lopez, Devin G. Nunes, Larry Johnson, Kevin McCarthy, Lois Capps, Matt Kokkonen, Elton Gallegly, Marta A. Jorgensen, Howard P. McKeon, Jackie Conaway, David Dreier, Russ Warner, Ted Brown Brad Sherman, Navraj Singh, Tim Denton, Howard L. Berman, Adam Schiff, Charles Hahn, Xavier Becerra, Hilda L. Solis, Diane E. Watson, David Crowley, Lucille

R. Allard, Christopher Balding, Maxine Waters,Ted Hayes, Jane Harman, Brian Gibson, Laura Richardson, Nick Dibs, Grace Napolitano, Christopher Agrella, Linda T. Sanchez, Diane Lenning, Ed Royce, Christina Avalos, Jerry Lewis, Tim Prince, Gary Miller, Ed Chau, Joe Baca, John Roberts, Ken Calvert, Bill Hedrick, Mary Bono Mack, Julie Bornstein, Dana Rohrabacher, Debbie Cook, Loretta Sanchez, Rosie Avila, John Campbell, Steve Young, Darrell Issa, Robert Hamilton, Brian Bilbray, Nick Leibham, Wayne Dunlap, Bob Filner, David L. Joy, Duncan D. Hunter, Mike Lumpkin, Michael Benoit, Susan A. Davis, Michael Crimmins, John Conyers, Jesse Jackson Jr., Rahm Emanuel, Elijah Cummings, Neil Abercrombie, Mike Pence, Mario Diaz-Balart, Debbie Wasserman Schultz, Bobby Rush, Bill Cassidy, Tim Walz, Travis Childers, Ike Skelton, .Edward R. Tinsley, Bob Etheridge, Sue Myrick, Howard Coble, Mel Watt, Craig Weber, Louise M. Slaughter, Gary Ackerman, Peter King, Marcia Fudge, Tim Ryan, John Sullivan, Earl Blumenaur, Delia Lopez, Kurt Schrader, Ptrick Murphy, Robert A. Brady, Melissa Hart, Phil English, John Murtha, Joe Sestak, Tim Murphy, John Spratt Nancy Harrelson, Zach Wamp, Marsha Blackburn, Ralph Hall, Kevin Brady, Pete Sessions, Kay Granger, Sheila Jackson Lee, Kenny Merchant, Solomon Ortiz, Rob Bishop, Jim Matheson, Peter Welch, Rob Wittman, Bill Day, Glenn Nye, Thelma Drake, Frank Wolf, Judy M. Feder, Rick Bart, Jim Moran, Bobby Scott, Brian Baird, Norm Dicks, Doc Hastings, Alan Mollohan, Shelley M. Capito, Ann Barth, Nick Rahall, Marty Gearhart, Paul Ryan Tammy Baldwin, John Gard, Cynthia Lummis , Gary Trauner , Jon Porter, Shelley Berkley, Carol Shea-Porter, Paul Hodes, Eleanor Homes Norton, Frank Stalzer, Charles Rangel,Eric Massa & F. James Sensenbrenner, Jr.
The U.S. Senators that violated this U.S. Title (28) Rule 44(a) Authentication s – Proof of Official Record are as follows - U.S. Senators Theodore F. Stevens, Robert C. Byrd, Thad W. Cochran, Arlen Specter, Mitchell McConnell, Richard Shelby, Dianne Feinstein, Patrick J. Leahy, Barbara Boxer & Edward M. Kennedy. Although several other Senators were indirectly in Violation Of U.S. Code ( Title 28 ) Rule 44 - These Senators are all Senior ranking U.S. Senators that were key members within the U.S. Senate that drafted legislation that repealed several statues and appropriate timelines to adjudicate my civil and criminal cases against said defendant outlined in a letter I sent to the U.S. Senate Appropriations Committee giving the U.S. Senate Appropriations Committee " Power of Attorney" and **Broad Authority** over all of my cases in 2006. As a result of there violations the Administrative office of the U.S. Courts, and District Courts Commissioners and Judges appropriate codification of violations and Civil damages and Criminal charges have been unjustly blocked and hindered.

*Violation Of U.S. Code ( Title 28 ) Rule 1937- Notes On Advisory Committee on Rules 1937 Advise to Provide a Simple and Uniform Method Of Providing Public Records – Violation Of Rule [ s1733] - ( Copies of Department or Corporation Records and Papers admissibility),( Same In The Office of General Counsel to the Treasury), (Instruments and papers of Comptroller of the Currency; admissibility ),(Organization Certificates of National Banks; admissibility) (Transcripts from books of Treasury in suits against delinquents; admissibility.),( Same; certificate by Secretary or Assistant Secretary.)(Admissibility of Copies of Post Office Records and Statements and Accounts.) (Admissibility of Copies of records in General Land Office.)- Violation Of*

*Rule [s1743] –(ADMISSIBILITY OF COPIES OF STATEMTNS OF DEMANDS BY POST OFFICE DEPARTMENT.), - Violation Of Rule [s1745]- (Copies of foreign letters patent as prima facie evidence.),- Violation Of Rule[s1734]- ( Original records lost or Destroyed certified copy now admissible) ( Same when certified copy not obtainable).,- Violation Of Rule [s1738]- (Authentication of legislative acts; proof of judicial proceedings of State.) – Violation Of Rule [s1739]- (Proofs of Records in offices not pertaining to courts.) Violation Of Rule – [s1742]- (Copies of foreign Records relating to land titles.) – [s1732] – (Writings and records made in regular course of business; admissibility) & - Violation Of Rule [s1741] – (Foreign documents on record in public offices; certification.)*

The Office of Personnel ,Management And It's Director and Other Matters Under U.S. Code Title (5) Part I Section 101., U.S. Congress and the U.S. Senate Violated U.S.C Title (28) Rules s1937.,s1733.,s1743.,s1745.,s1734.,s1738.,s1739.,s1742.,s1732.,& s1741.in several of my cases including Civil and Criminal liability on the part of the State of California, U.S. Federal Labor Regulations & The Federal Bureau of Investigation. The most egregious violations occurred under the current U.S. House of Representatives and current U.S. Senate leadership in the Judiciary and Appropriations Committees which were charged with handling my cases from 2006 thru 2009. The U.S. Congressional Representatives that violated this U.S.C.. Title (28) Rules s1937.,s1733.,s1743.,s1745.,s1734.,s1738.,s1739.,s1742.,s1732.,& s1741. are as follows - U.S. Representatives .David R. Obey, Charles W. Young, J. Dennis Hastert, Henry Waxman, Nancy Pelosi, George Miller, Mike Thompson, Zane Starkewolf, Carol Wolman, Wally Herger, Jeff Morris, Dan Lungren, Bill Durston, Tom McClintock, Charlie Brown, Doris O. Matsui, Paul Smith, Lynn Woolsey, Mike Halliwell, Joel Smolen, Roger A. Peterson, Cindy Sheehan, Dana Walsh, Barbara Lee, Charles Hargrave, Ellen O. Tauscher, Nicholas Gerber, Jerry McNerney, Dean Andal, Jackie Speier, Greg Conlon, Fortney P. Stark, Raymond Chui,Anna G. Eshoo, Ronny Santana, Mike Honda, Joyce S. Cordi, Zoe Lofgren, Charel Winston, Sam Farr, Jeff Taylor , Dennis Cardoza, George P. Radanovich, Jim Costa, Jim Lopez, Devin G. Nunes, Larry Johnson, Kevin McCarthy, Lois Capps, Matt Kokkonen, Elton Gallegly, Marta A. Jorgensen, Howard P. McKeon, Jackie Conaway, David Dreier, Russ Warner, Ted Brown Brad Sherman, Navraj Singh, Tim Denton, Howard L. Berman, Adam Schiff, Charles Hahn, Xavier Becerra, Hilda L. Solis, Diane E. Watson, David Crowley, Lucille R. Allard, Christopher Balding, Maxine Waters,Ted Hayes, Jane Harman, Brian Gibson, Laura Richardson, Nick Dibs, Grace Napolitano, Christopher Agrella, Linda T. Sanchez, Diane Lenning, Ed Royce, Christina Avalos, Jerry Lewis, Tim Prince, Gary Miller, Ed Chau, Joe Baca, John Roberts, Ken Calvert, Bill Hedrick, Mary Bono Mack, Julie Bornstein, Dana Rohrabacher, Debbie Cook, Loretta Sanchez, Rosie Avila, John Campbell, Steve Young, Darrell Issa, Robert Hamilton, Brian Bilbray, Nick Leibham, Wayne Dunlap, Bob Filner, David L. Joy, Duncan D. Hunter, Mike Lumpkin, Michael Benoit, Susan A. Davis, Michael Crimmins, John Conyers, Jesse Jackson Jr., Rahm Emanuel, Elijah Cummings, Neil Abercrombie, Mike Pence, Mario Diaz-Balart, Debbie Wasserman Schultz, Bobby Rush, Bill Cassidy, Tim Walz, Travis Childers, Ike Skelton, .Edward R. Tinsley, Bob Etheridge, Sue Myrick, Howard Coble, Mel Watt, Craig Weber, Louise M. Slaughter,

Gary Ackerman, Peter King, Marcia Fudge, Tim Ryan, John Sullivan, Earl Blumenaur, Delia Lopez, Kurt Schrader, Ptrick Murphy, Robert A. Brady,

Melissa Hart, Phil English, John Murtha, Joe Sestak, Tim Murphy, John Spratt Nancy Harrelson, Zach Wamp, Marsha Blackburn, Ralph Hall, Kevin Brady, Pete Sessions, Kay Granger, Sheila Jackson Lee, Kenny Merchant, Solomon Ortiz, Rob Bishop, Jim Matheson, Peter Welch, Rob Wittman, Bill Day, Glenn Nye, Thelma Drake, Frank Wolf, Judy M. Feder, Rick Bart, Jim Moran, Bobby Scott, Brian Baird, Norm Dicks, Doc Hastings, Alan Mollohan, Shelley M. Capito, Ann Barth, Nick Rahall, Marty Gearhart, Paul Ryan Tammy Baldwin, John Gard, Cynthia Lummis , Gary Trauner , Jon Porter, Shelley Berkley, Carol Shea-Porter, Paul Hodes, Eleanor Homes Norton, Frank Stalzer, Charles Rangel,Eric Massa &  F. James Sensenbrenner, Jr.

The U.S. Senators that violated this U.S.C. Title (28) Rules

s1937.,s1733.,s1743.,s1745.,s1734.,s1738.,s1739.,s1742.,s1732.,& s1741 are as follows - U.S. Senators Theodore F. Stevens,  Robert C. Byrd, Thad W. Cochran, Arlen Specter, Mitchell McConnell, Richard Shelby, Dianne Feinstein, Patrick J. Leahy, Barbara Boxer & Edward M. Kennedy. Although several other Senators were indirectly in Violation Of U.S.C. Title (28) Rules

s1937.,s1733.,s1743.,s1745.,s1734.,s1738.,s1739.,s1742.,s1732.,& s1741  in my cases, the named Senators are all Senior ranking U.S. Senators that were key members within the U.S. Senate that drafted legislation that repealed several statues and appropriate timelines to adjudicate my civil and criminal cases against said defendant outlined in a letter I sent to the U.S. Senate Appropriations Committee giving the U.S. Senate Appropriations Committee " Power of Attorney" and **Broad Authority** over all of my cases in 2006. As a result of there violations the Administrative office of the U.S. Courts, and District Courts Commissioners and Judges  appropriate codification of violations and Civil damages and Criminal charges have been unjustly blocked and hindered.

### *Violation Of U.S. Code (Title 7 ) Agriculture – s499b. Unfair Conduct ( Albertson's SuperValu Corporation & Target Corporation)*

It shall be unlawful in or in connection with any transaction in interstate or foreign commerce-

(1) For any commission merchant, dealer or broker to engage in or use any unfair, unreasonable, discriminatory, or deceptive practice in connection with the weighing, counting, or in any way determining the quantity of any perishables agricultural commodity received bought ,sold or shipped, or handed in interstate or foreign commerce. (Albertson's Super Valu Corporation & Target Corporation) violated title (7) s499b. (1) by having deceptive Point of Sales systems from the year 2005 to 2007.Target Corporation was found upon my  request for investigations to be selling counterfeit merchandise mainly women apparel and accessories to the public selling name brand products labels on counterfeit inferior clothing and merchandise.

I alerted the California Department of Weights and Measures-San Diego/ California, The District Attorney of Orange County/ California, Members of the  of The U.S. Senate Committee on Agriculture, Nutrition and Forestry, Members on The U.S. Congressional Committee on Agriculture ,U.S. Department of Commerce, U.S. Department of Justice – Washington D.C. &  Department of Justice California and California Department

of Consumer Affairs in 2006 with formal complaints detailing the criminality relating to these merchants Point of Sales system and how it was a detrimental force and concern in my position as an hourly customer service representative while I was employed with these companies.

(2) For any dealer to reject or fail to deliver in accordance with the terms of the contract without reasonable cause any perishable agricultural commodity bought or sold or contracted to be bought, sold or consigned in interstate of foreign commerce by such dealer. (Albertson's SuperValu Corporation & Target Corporation) violated title (7) s499b. (1) by having deceptive Point of Sales systems from the year 2005 to 2007, and generating millions of dollars in waste of vendor's products.

While I was employed at Albertson's as a Receiver I alerted Management about the Out of date dairy refrigeration that was spoiling product on a daily basis, nothing was done about the situation during my tenure. On any given day I destroyed over 50 gallons of milk and hundreds of dollars in dairy products. At Target Corporation ( Garden Grove , California ) the Point of Sales system purposely overcharged customers with an additional high intensity inferred beams and extra mirrors in the scanners to trigger the sale. I alerted Management of the extra beams of light and mirrors I observed in the system, it was honestly frightening to the naked eye to see an manufacturing error on this scale which the public was victim - and I was the facilitator of the criminality.( I finally got the attention of top store Management who promised to investigate the situation, Mrs. Patti Gulltrapp of Human Resources headed up the investigation for me.) I routinely saw over thirty shopping carts daily filled with returns off the shelves. Many of the items were damaged and unable to be re-stocked. Target Corporation was found upon my request for investigations to be selling counterfeit merchandise mainly women apparel and accessories to the public- selling name brand products labels on counterfeit inferior clothing and merchandise. I alerted the California Department of Weights and Measures- San Diego/ California, The District Attorney of Orange County/ California, Members of the of The U.S. Senate Committee on Agriculture, Nutrition and Forestry, Members on The U.S. Congressional Committee on Agriculture ,U.S. Department of Commerce, U.S. Department of Justice –Washington D.C. & Department of Justice California and California Department of Consumer Affairs in 2006 with formal complaints detailing the criminality relating to these merchants Point of Sales systems, waste, fraud and abuse of company profits and how it was a detrimental force and concern in my position as an hourly customer service representative while I was employed with these companies.

(3) For any commission merchant to discard, dump, or destroy without reasonable cause, any perishable agricultural commodity received by such commission merchant in interstate or foreign commerce. While I was employed at Albertson's as a Receiver I alerted Management about the out of date dairy refrigeration that was spoiling product on a daily basis, nothing was done about the situation during my tenure. On any given day I destroyed over 50 gallons of milk and hundreds of dollars of dairy products. At Target Corporation ( Garden Grove , California ) the Point of Sales system purposely overcharged customers with an additional high intensity beams and extra mirrors in the scanners to trigger the sale. I alerted Management of the extra inferred beams of light and mirrors I observed in the system, it was honestly frightening to the naked eye to see a

manufacturing error on this scale which the public was victim - and I was the facilitator of the criminality. Target Corporation was found upon my request for investigations to be selling counterfeit merchandise mainly women apparel and accessories to the public-selling name brand products labels on counterfeit inferior clothing and merchandise. I alerted the California Department of Weights and Measures-San Diego/ California, The District Attorney of Orange County/ California, Members of the of The U.S. Senate Committee on Agriculture, Nutrition and Forestry, Members on The U.S. Congressional Committee on Agriculture ,U.S. Department of Commerce, U.S. Department of Justice – Washington D.C. & Department of Justice California and California Department of Consumer Affairs in 2006 with formal complaints detailing the criminality relating to these merchants Point of Sales systems, waste, fraud and abuse of company profits and how it was a detrimental force and concern in my position as an hourly customer service representative while I was employed with these companies.

(4) For any commission merchant, dealer or broker to make, for a fraudulent purpose, any false or misleading statement in connection with any transaction involving any perishable agricultural commodity which is received in interstate or foreign commerce by such commission merchant, or bought or sold , or contracted to be bought, sold or consigned, in such commerce by such dealer, or the purchase sale of which in such commerce is negotiated by such broker; or to fail or refuse truly and correctly to account and make full payment promptly in respect to any transaction in any such commodity to the person with whom such transaction is had; or to fail, without reasonable cause, to perform any specification or duty, express or implied, arising out of any undertaking in connection with any such transaction; or to fail to maintain the trust as required under section 499(e)Regulations (c) Reimbursement -of this title. Target Corporation was found upon my request for investigations to be selling counterfeit merchandise mainly women apparel and accessories to the public- selling name brand products labels on counterfeit inferior clothing and merchandise. I alerted the California Department of Weights and Measures-San Diego/ California, The District Attorney of Orange County/ California, Members of the of The U.S. Senate Committee on Agriculture, Nutrition and Forestry, Members on The U.S. Congressional Committee on Agriculture ,U.S. Department of Commerce, U.S. Department of Justice –Washington D.C. & Department of Justice California and California Department of Consumer Affairs in 2006 with formal complaints detailing the criminality relating to these merchants Point of Sales systems, waste, fraud and abuse of company profits and how it was a detrimental force and concern in my position as an hourly customer service representative while I was employed with these companies.

(5) For any commission merchant, dealer or broker to misrepresent by word, act, mark, stencil, label, statement, or deed, the character ,kind ,grade, quality, quantity, size , pack, weight , condition, degree of maturity ( i.e. New Angus Beef ),or state, country or region of origin of any perishable agricultural commodity received ,shipped or sold or offered to be sold in interstate or foreign commerce.

While I was employed at Albertson's as a Receiver I alerted Management about the

Out of date dairy refrigeration that was spoiling product on a daily basis, nothing was done about the situation during my tenure. On any given day I destroyed over 50 gallons of milk and hundreds of dollars in dairy products. At Target Corporation ( Garden Grove , California ) the Point of Sales system purposely overcharged customers with an additional high intensity inferred beams and extra mirrors in the scanners to trigger the sale. I alerted Management of the extra beams of light and mirrors I observed in the system, it was honestly frightening to the naked eye to see a manufacturing error on this scale which the public was victim - and I was the facilitator of the criminality. Target Corporation was found upon my request for investigations to be selling counterfeit merchandise mainly women apparel and accessories to the public- selling name brand products labels on counterfeit inferior clothing and merchandise. I alerted the California Department of Weights and Measures-San Diego/ California, The District Attorney of Orange County/ California, Members of the of The U.S. Senate Committee on Agriculture, Nutrition and Forestry, Members on The U.S. Congressional Committee on Agriculture ,U.S. Department of Commerce, U.S. Department of Justice –Washington D.C. & Department of Justice California and California Department of Consumer Affairs in 2006 with formal complaints detailing the criminality relating to these merchants Point of Sales systems, waste, fraud and abuse of company profits and how it was a detrimental force and concern in my position as an hourly customer service representative while I was employed with these companies.

### *Violation Of U.S. Code (Title 7 ) Agriculture – s499b. (e)Regulation, (b)Penalties, (d)Prohibition( Albertson's Super Valu Corporation & Target Corporation)*

The Secretary of Agriculture Ann M. Veneman and her administration violated U.S.C. Title (7) s499b. (e) Regulations. Madame Secretary Ms. Venema failed in her role as Secretary of Agriculture to promulgate regulations to carry out this section. (Pub. L. 101-624, Title XIII s1309, Nov. 28, 1990, 104 Statt.3562)

The Secretary of Agriculture Ann M. Veneman and her administration violated U.S.C. Title (7) s499b. (b) Penalties. Madame Secretary Ms. Venema failed in her role as Secretary of Agriculture to promulgate regulations to carry out this section. (Pub. L. 101-624, Title XIII s1309, Nov. 28, 1990, 104 Statt.3562)
The Secretary of Agriculture Ann M. Veneman and her administration violated U.S.C. Title (7) s499b. (d) Prohibition. Madame Secretary Ms. Venema increased fees charged under the Perishable agricultural Commodities Act [7 U.S.C. 499a. etseq.] to offset cost associated with the operation of this section and her administrations willfully ignorant and incompetent behavior towards these named Corporations. (Pub. L. 101-624, Title XIII s1309, Nov. 28, 1990, 104 Statt.3562)

- I ask the Honorable State Party to **challenge Title (7) s499b.(c) Reimbursement.** According to this section and the laws written in which my resources can reference U.S. Code 1994 Edition, A person bringing a complaint under this section shall reimburse the Secretary of Agriculture for any and all cost associated with the enforcement of this section. This law is unconscionable, unreasonable and unjust to demand the reimbursement of a whistleblower and victim such as

me. I personally suffered emotion and financial losses associated with these corporations criminality in order to survive. I alerted management promptly jeopardizing my position to discharge appropriate laws which I observed were being broken due to the waste, fraud and abuse of company revenues and trust of the general public which placed a burden on the average tax payer by destroying revenues for the federal government by way of appropriate taxation which pays the Secretary of Agriculture and her administration to enforce and discharge the laws appropriately. This law simply victimizes the victim such as my self and tries to place a burden upon the person bringing the complaint. It relieves the fiduciary and inherent role of governing our country's Agriculture which we elect the U.S. Congress Committee on Agriculture and Appropriations Committees to do. These Committees consider all legislation relating to agriculture, conservation, the food supply, nutrition and surplus food, marketing and rural certification and consider resources for agencies such as the Department of Agriculture and the President's annual budget. If we need more resources in a particular area it is the role of the Secretary to lobby Congress and the Senate and they are therefore charged to request more resources from there constituents. Be that as it may what I commanded to do at this point is to ask the Honorable State Party and those affiliated with my cases to file the appropriate language in District Circuit Courts, State Supreme Courts, Supreme Court and International Courts challenging Title (7) s499b.(c) Reimbursement under the following writs and statues they are as follows. **Habeas Corpus**. This law was designed to prevent governmental misconduct. **Mandamus;** An extraordinary writ issued by a court under its equity jurisdiction to require a public official to perform a specified official act. Failure to comply is an automatic contempt of court. **Failure to Exercise Original Jurisdiction;** This act usually extends to civil litigation which was the primary charges I had placed upon the U.S. Courts two years ago regarding Albertsons & Target Corporation. If the Honorable State Party or the Courts find that  California Department of Weights and Measures-San Diego/ California, The District Attorney of Orange County/ California, Members of the  of The U.S. Senate Committee on Agriculture, Nutrition and Forestry, Members on The U.S. Congressional Committee on Agriculture ,U.S. Department of Commerce, U.S. Department of Justice –Washington D.C. &  Department of Justice California and California Department of  Consumer Affairs did not conduct an investigation or refused  to investigate a situation that effects tens of millions of people annually we have this statue to file -**Refusal of Legislative Investigations by State and Federal Legislators;** Refusal to cooperate may result in witnesses being cited for legislative contempt. (Watkins v. United States (354 U.S. 178: 1957). And my final argument relates to **Violation of the Due Process Clauses/** This constitutional provision was designed to ensure that laws will be reasonable both in substance and in means of implementation. Due process language is contained in two clauses of the Constitution of the United States . The Fifth provision prohibits deprivation of "life, liberty, or property, without due process of law" It sets a limit on arbitrary and unreasonable actions by the Federal Government which I have been a victim of for over 6 calendar years. Due process required that actions of government occur through ordered and regularized process, which has

not occurred in my cases under the Fourteenth Amendment a post civil war amendment added to the constitution in 1868. The amendment was also aimed at forcing southern compliance with newly established political rights for blacks. The fourteenth Amendment brought a federal presence to the protection of civil rights. I ask that I be compensated and awarded damages for pain and suffering relating to the named corporations criminality and violation of U.S.C. Title (7).

## *Violation Of U.S. Code (Title 8 ) Aliens and Nationality – s1324. (a)Unlawful Employment of Aliens (Albertson's Super –Valu Corporation, Target Corporation& Carl Karcher Enterprises)*

(a) Making employment of unauthorized aliens unlawful.

(1) In General: It is unlawful for any person or other entity-(A) to hire, or to recruit or refer for a fee, for employment in the United States an alien knowing the alien is an unauthorized alien (as defined in U.S.C. Title (8) s1324. subsection (h) Miscellaneous provisions (3) Definition of unauthorized alien) of this section with respect to such employment, or (B)Documents establishing both employment authorization and identity (I) Contains a photograph of the individual or such other personal identifying information relating to the individual as the Attorney General finds by regulation, sufficient for purposes of this subsection and (II) is evidence of authorization of employment in the United States. I received information from employees personally while employed with Albertson's SuperValu Corporation, Target Corporation& Carl Karcher Enterprises that the company knew that they were aliens who were unauthorized to work in the United States . When I brought this to the attention of my supervisors in all companies all management had the similar responses that stated there is nothing they can do about undocumented aliens in the company because the company failed to use the National Social Security Database program that checks Social Security numbers along with date of birth. As a experienced customer service associate the result of this violation was a diminution of my earnings, benefits and opportunity for advancement within the company. According to U.S. Department of Homeland Security in 2007 statistics over 2,840.000 unauthorized aliens reside in the state of California , 8,460.000 unauthorized aliens reside in the U.S. nationwide. According to published reports in the Los Angeles Times and Orange County Register in 2006 a respected census study concluded that over five million unauthorized aliens reside in f the State of California .

(2) Continuing Employment: It is unlawful for a person or other entity, after hiring an alien for employment in accordance with paragraph (1), to continue to employ the alien in the United States knowing the alien in the United States has established an affirmative defense that the person or entity has not violated (1) (A) with respect to such hiring recruiting, or referral. I received information from employees personally while employed with Albertson's SuperValu Corporation, Target Corporation& Carl Karcher Enterprises that the company knew that they were aliens who were unauthorized to work in the United States . When I brought this to the attention of my supervisors in all companies all management had the similar responses that stated there is nothing they can do about undocumented aliens in the company because the company failed to use the National Social Security Database program that checks Social Security numbers along with date of

birth. As a experienced customer service associate the result of this violation was a diminution of my earnings, benefits and opportunity for advancement within the company. According to U.S. Department of Homeland Security in 2007 statistics over 2,840.000 unauthorized aliens reside in the state of California , 8,460.000 unauthorized aliens reside in the U.S. nationwide. According to published reports in the Los Angeles Times and Orange County Register in 2006 a census study concluded that over five million unauthorized aliens reside in the State of California .

### *Violation Of U.S. Code (Title 9 ) Arbitration Chapter 1 s5. appointment of arbitrators or umpire*

If in the agreement provision be made for a method of naming or appointing an arbitrator or arbitrators or an umpire, such method shall be followed; but if no method be provided and any party thereto shall fall to avail himself or such method, or in any other reason there shall be lapse in the naming of an arbitrator or arbitrators or umpire, or in fill in a vacancy, then upon the application of either party to the controversy the court shall designate and appoint an arbitrator or arbitrators or umpire, as the case may require, who shall act under the said agreement with the same force and effect as if he or they had been specifically named therein; and unless otherwise provided in the agreement the arbitration shall be by a singe arbitrator. The United States Senate on Appropriations failed in their duty and violated U.S. Code (Title 9) Arbitration Chapter 1 s5. appointment of arbitrators or umpire which was assigned by me to them to have Power of Attorney and broad authority to act as arbitrators for me and the United States best interest. I am confident as that according to U.S. law and our founding fore-fathers code of ethics, there is no more a noble appointment than that of the U.S. Senate to act on behalf of a law biding tax paying citizen who private counsel has failed them on all issues relating to the rule of law and the U.S. Constitution.

### *Violation Of U.S. Code (Title 10 ) Chapter 81 Civilian Employees s1587. Employees of nonappropriated fund instrumentalities*

(a) In this Section:

(1) The term "nonappropriated fund instrumentality employee" means a civilian employee who is paid from nonappropriated funds of Army and Air Force Exchange Service, Navy Resale and Services Support Office, Marine Corps exchanges, or any other instrumentality of the United States under the jurisdiction of the armed forces which is conducted for the comfort, pleasure, contentment, or physical or mental improvement of members of the armed forces. Since the inception of these cases to re-instilled responsibility of good government and patriotism in the United States of America . I have single handily thwarted an attack which could of killed several thousand people in an instant with my work in the Central Intelligence Agency which would have caused a tremendous amount of resources of the armed forces to address if the attack was carried out. I have raised awareness of our brave men and women who were being mistreated in the U.S. Military bringing the appropriate medical and mental needs to them and their families. I and the American people would like to thank the Honorable U.S. Senator    Mr. Dole and Honorable former Secretary of Health & Human Services Ms. Shalala for there work in this area. I have also raised millions of dollars for our military personnel once out of the military in order for them to gain employment and help feed there families. I am

74

saddened that The Secretary of Defense, Chairman of the Joint Chiefs of Staff, The Vice Chairman, The Chief of Staff of the Army, The Chief of Naval Operations, The Chief of Staff of the Air Force & The Commandant of the Marine corps found me ineligible to receive any compensation under U.S. Code (Title10) Chapter 81 Civilian Employees s1587.Employees of nonappropriated fund instrumentalities.

### *Violation Of U.S. Code (Title 11 ) Bankruptcy- Subchapter IV-Administrative Powers s361.Adequate Protection( All Judgments, Debtors To The Perales Estate)*

When adequate protection is required under Section 362,363, or 364 of this title of an interest of an entity in property, such adequate protection may be provided by – **(1) requiring the trustee to make a cash payment or periodic cash payments to such entity**, to the extent that the stay under section 362 of this title, or any grant of a lien under section 363 of this title, or any grant of a lien under section 364 of this title results in a decrease of value of such entity's interest in such property. Several Corporations and individuals in my cases under U.S. and International law have or will receive judgments in the tens of millions of dollars. It is imperative that all assets including property be secured under U.S.C. Title (11) s361. At current to my knowledge the U.S. Department of the Treasury has appointed a trustee acting on my behalf as an entity; (A) General Provisions/entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities(ii) solely to secure a debt, if such entity has not in fact exercised such power to vote.

### *Violation Of U.S. Code (Title 11 ) Bankruptcy - Subchapter IV-Administrative Powers s362.Automatic Stay( All Judgments, Debtors To The Perales Estate)*

(a) Except as provided in subsection (b) of this section, a petition filed under section 301,302, or 303 of this title or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970 operates as a stay, applicable to all entities of -

 (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceedings against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against a debtor that arose before the commencement of the case under this title.

 (2) the enforcement , against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

(3) any act to obtain possession of property of the estate, or of property from the estate or exercise control over property of the estate;

(4)any act to create, perfect or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor nay lien to the extent that such lien secures a claim that arose before the commencement of the case under title;

(6)any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7)the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and (8)the commencement or continuation of a proceeding before the United States Tax court concerning the debtor.

Several Corporations and individuals in my cases under U.S. and International law have or will receive judgments in the tens of millions of dollars. It is imperative that all assets including property be secured with an automatic stay under U.S.C. Title (11) s362. At current to my knowledge the U.S. Department of the Treasury has appointed a trustee acting on my behalf as an entity; (A) General Provisions/entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities (ii) solely to secure a debt, if such entity has not in fact exercised such power to vote.

### *Violation Of U.S. Code (Title 11 ) Bankruptcy- Subchapter IV-Administrative Powers s363.Use,sale or lease of property( All Judgments, Debtors To The Perales Estate)*

(a) In this section" cash collateral" means cash, negotiable instruments, documents of title, securities, deposit accounts, or other cash equivalents whenever acquired in which the estate and an entity other than the estate have an interest and includes proceeds, products, offspring, rents, or profits of property and the fees, charges, accounts or other lodging properties subject to a security interest as provided in section 552(b)of this title, whether existing before or after the commencement under this title.

(b)(1) The trustee, after notice and a hearing may use ,sell or lease, other than the ordinary course of business, property of the estate.

Several Corporations and individuals in my cases under U.S. and International law have or will receive judgments in the tens of millions of dollars. It is imperative that all assets including property be secured with the use, sale, or lease of property and began liquidation under U.S.C. Title (11) s363. At current to my knowledge the U.S. Department of the Treasury has appointed a trustee acting on my behalf as an entity; (A) General Provisions/entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities (ii) solely to secure a debt, if such entity has not in fact exercised such power to vote.

### *Violation Of U.S. Code (Title 11 ) Bankruptcy –Chapter 5- Subchapter I- Creditors And Claims s501. Filing of proofs of claims or interest ( All Judgments, Debtors To The Perales Estate)*

(a) A creditor or an indenture trustee may file a proof of claim. An equity security holder may file a proof of interest. Several Corporations and individuals in my cases under U.S. and International law have or will receive judgments in the tens of millions of dollars. It is imperative that all judgments have filing of proofs of claims or interest under U.S.C. Title (11) s501. At current to my knowledge the U.S. Department of the Treasury has appointed a trustee acting on my behalf as an entity; (A) General Provisions/entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities (ii) solely to secure a debt, if such entity has not in fact exercised such power to vote.

-

### *Violation Of U.S. Code (Title 28) Appendix- Rules Of Appellate Procedure Title V. Extraordinary Writs; Rule 21 Writs of Mandamus and Prohibition Directed to a Judge*

### *or Judges and Other Extraordinary Writs - District Courts, Cochran Law Firm, Fulbright & Jaworski Law Firm, Hogan & Hartson Law Firm, Gibson, Dunn & Cruthcher Law Firm, my Public Appointed Attorneys& The California State Assembly Judicial Committee*

(a) Mandamus or prohibition to a judge or judges; petition for a writ of mandamus or of prohibition directed to a judge or judges shall be made by filing therefore with the clerk of the court of appeals with proof of service on the respondent judge or judges and on all parties to the action in the trial court. The petition shall contain a statement of the facts necessary to an understanding of the issues presented by the application; a statement of the issues presented and of the relief sought; a statement of the reasons why the writ should issue; and copies of any order or opinions or parts of the record which may be essential to the understanding of the matters set forth in the petition. Upon receipt of the prescribed docket fee, the clerk shall docket the petition and submit it to the court. I am alleging that the District Courts, Cochran Law Firm, Fulbright & Jaworski Law Firm, Hogan & Hartson Law Firm, Gibson, Dunn & Cruthcher Law Firm, my Public Appointed Attorneys & The California State Assembly Judicial Committee that presided over my cases failed to present evidence under U.S. Code (Title 28) Appendix- Rules Of Appellate Procedure Title V. Extraordinary Writs; Rule 21 Writs of Mandamus and Prohibition Directed to a Judge or Judges and Other Extraordinary Writs at my hearings on my behalf in my cases against the California Employment Development Department, California Department of Motor Vehicles, The California Department of Labor Standards and the California Attorney General's office as well as many others. I compiled hundreds of documents to all major state agencies with request for investigations, appeals, notices sent to me for hearings, sworn statements, judgments and thanks to my request for information and California Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the state of California in which they maliciously generated. I upheld all legal responsibilities to the district court, my private and public attorneys by submitting evidence for them to present to the court hearings on my behalf which was not done. As a result of there actions to date May 29, 2009- I am an indigent homeless person who sleeps in my car with no food. *( Note: A person of my weight can live more than forty days without any food*) I gave a $ 200.00 a deposit to HK Auto Master of Fullerton on May 27, 2009 for ongoing repairs for California Smog Certification. Smog repairs to date total over $ 1,100.00 – without private transportation I cannot make it to work and be productive and eligible for promotion.*( Poverty In America by Catherine Reef )*

### *Violation Of U.S. Code (Title 28) Appendix- Rules Of Appellate Procedure Title VII General Provisions Rule 25. Filing and Service - District Courts, Cochran Law Firm, Fulbright & Jaworski Law Firm, Hogan & Hartson Law Firm, Gibson, Dunn & Cruthcher Law Firm, my Public Appointed Attorneys& The California State Assembly Judicial Committee*

*(a) Filing*.- A paper required or permitted to be filed in a court of appeals must be filed with the clerk. Filing may be accomplished by mail addressed to the clerk, but filing is not timely unless the clerk receives the papers within the time fixed for filing, except special delivery, is used. If a motion request relief that may be granted by a single judge, the judge may permit the motion to be filed with the judge, in the event the judge shall

note thereon the filing date and thereafter give it to the clerk. A court of Appeals may, by local rule permit papers to be filed by facsimile or other electronic means, provided such means are authorized by and consistent with standards established by the Judicial Conference of the United States**. The clerk must not refuse to accept filing any paper presented for that purpose solely because it is not presented in proper form as required by these rules or by any local rules or practices.** I am alleging that the District Courts, Cochran Law Firm, Fulbright & Jaworski Law Firm, Hogan & Hartson Law Firm, Gibson, Dunn & Cruthcher Law Firm, my Public Appointed Attorneys & The California State Assembly Judicial Committee that presided over my cases failed to present evidence under U.S. Code (Title 28) Appendix- Rules Of Appellate Procedure Title VII. General Provisions; Rule 25. Filing and Service on my behalf in my cases against the California Employment Development Department, California Department of Motor Vehicles, The California Department of Labor Standards and the California Attorney General's office as well as many others. I compiled hundreds of documents to all major state agencies with request for investigations, appeals, notices sent to me for hearings, sworn statements, judgments and thanks to my request for information and California Appeals Judge Ms. Cash compliance to the law, I had evidence of misconduct and fraud by the state of California in which they maliciously generated. I upheld all legal responsibilities to the district court, my private and public attorneys by submitting evidence for them to present to the court hearings on my behalf which was not done. As a result of there actions to date May 29, 2009- I am an indigent homeless person who sleeps in my car with no food. *( Note: A person of my weight can live more than forty days without any food)* I gave a $ 200.00 a deposit to HK Auto Master of Fullerton on May 27, 2009 for ongoing repairs for California Smog Certification. Smog repairs to date total over $ 1,100.00 – without private transportation I cannot make it to work and be productive and eligible for promotion.*( Poverty In America by Catherine Reef ).*Thank you for your time and efforts, with best wishes I am.

Sincerely,

Azael Dythian Perales
SSN 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
CDL – A2093574

## GRAND JURY COMPLAINT FORM

| GRAND JURY USE ONLY: |
|---|
| Date Received: |
| Number: |
| Subject: |
| |
| |
| |

**PERSON OR AGENCY ABOUT WHICH COMPLAINT IS MADE**

NAME: California State Personnel Board

ADDRESS: 801 Capitol Mall
Sacramento, CA 95814

TELEPHONE NUMBER: 866 844-8671

**NATURE OF COMPLAINT** (Describe events in the order they occurred as clearly and concisely as possible. Use extra sheets if necessary and attach copies of any correspondence you feel is pertinent. Documentation becomes the property of the Grand Jury and will not be returned. *Please note: The Sacramento County Grand Jury has no jurisdiction over state or federal agencies, the courts, judicial officers, private companies or most organizations.)*

The Defendants are guilty of California Penal Codes GOVERNMENT CODE SECTION 820-823
820. (a) Except as otherwise provided by statute (including Section 820.2), a public employee is liable for injury caused by his act or omission to the same extent as a private person.
(b) The liability of a public employee established by this part (commencing with Section 814) is subject to any defenses that would be available to the public employee if he were a private person.
820.9. Members of city councils, mayors, members of boards of supervisors, members of school boards, members of governing boards of other local public entities, members of locally appointed boards and commissions, and members of locally appointed or elected advisory bodies are not vicariously liable for injuries caused by the act or omission of the public entity or advisory body. Nothing in this section exonerates an official from liability for injury caused by that individual's own wrongful conduct. Nothing in this section affects the immunity of any other public official.
This section shall become operative January 1, 2000.
The Defendants are guilty of the following crimes, Other Offenses against Public Justice > California Penal Codes § 137.(b), § 140. (a), § 142.(4), § 145., § 146.(g), § 147., § 148.,§ 148.1, § 149., § 151., § 153., § 154., § 155., § 155.5., § 165., § 166., § 181., § 188. & § 401. § 362. & § 166.(4) , Violation of California Civil Code Section 52.3 (a) No Governmental authority, or agent of a governmental authority, or person Acting on behalf of a governmental authority, Shall engage in a pattern or practice of conduct by law enforcement Officers that deprives any person of rights, privileges, or Immunities secured or protected by the Constitution or laws of the United States or by the Constitution or laws of California, Thank you

**WHAT PERSONS OR AGENCIES HAVE YOU CONTACTED ABOUT YOUR COMPLAINT?**

| Person or Agency | Address | Date of Contact | Result |
|---|---|---|---|
| Suzanne Ambrose | 801 Capitol Mall Sacramento, CA 95814 | 1/12/2012 | Complaint Rejected |
| Richard E. Silva | 801 Capitol Mall Sacramento, CA 95814 | 1/12/2012 | Complaint Rejected |
| Jason X. Hamilton | 1730 M St, N.W. Wash, D.C. 20036 | 02/16/2012 | Complaint Rejected |

**WHO SHOULD THE GRAND JURY CONTACT ABOUT THIS MATTER?**

| Person or Agency | Address | Telephone No. |
|---|---|---|
| Jason X. Hamilton | 1730 M St, N.W. Wash, D.C. 20036 | (800) 872 – 9855 |
| Carolyn Lerner | 1730 M St, N.W. Washington D.C. 20036 | (800) 872 - 9855 |
| Suzanne Ambrose | 801 Capitol Mall Sacramento, CA 95814 | (916) 653-0799 |

**YOUR NAME:** Azael Dythian Perales

**DRIVER'S LICENSE NO.:** A2093574

**ADDRESS:** P.O. Box 501 Fullerton, CA 92836

**TELEPHONE NO.:** (714) 732-8532

The information I have submitted on this form is true, correct and complete to the best of my knowledge.

Complainant's Signature

Date March 2, 2012

(This blank form may be duplicated.)                    8/99

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Azael Dythian Perales et al.,

## DEFENDANTS

California State Personnel Board et al., The Superior Court of Orange County et al.,California
Administrative Office of The Courts et al., State of California Employee Development Department et al.,
California Unemployment Insurance Appeals Board et al.,State of California et al., United States of
America et al., & All Related Defendants

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** ___Orange, CA___
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___Sacramento, CA___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Azael Dythian Perales
P.O. Box 501 (Homeless)
Fullerton, CA 92836
(714) 732-8532

ATTORNEYS (IF KNOWN)

Kamala Devi Harris - California Attorney General

Edmund Gerald "Jerry" Brown, Jr. - California
Governor

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

O  1 U.S. Government
Plaintiff

O  3 Federal Question
(U.S. Government Not a Party)

⊙  2 U.S. Government
Defendant

O  4 Diversity
(Indicate Citizenship of
Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ⊙ 1 | O 1 | Incorporated or Principal Place of Business in This State | O 4 | ⊙ 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated and Principal Place of Business in Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

● **A. Antitrust**

☐ 410 Antitrust

O **B. Personal Injury/
Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

O **C. Administrative Agency
Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
Administrative Agency is Involved)

● **D. Temporary Restraining
Order/Preliminary
Injunction**

Any nature of suit from any category may
be selected for this category of case
assignment.

*(If Antitrust, then A governs)*

O **E. General Civil (Other)**          **OR**          ⊙ **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☒ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or
defendant
☐ 871 IRS-Third Party 26
USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure
of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
Rates/etc.
☐ 460 Deportation

☒ 470 Racketeer Influenced &
Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
Exchange
☐ 875 Customer Challenge 12 USC
3410
☐ 900 Appeal of fee determination
under equal access to Justice
☐ 950 Constitutionality of State
Statutes
☐ 890 Other Statutory Actions (if
not administrative agency
review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 875 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
California Penal Codes GOVERNMENT CODE SECTION 820-823,820.2,Offenses against Public Justice > California Penal Codes § 137.(b), § 140. (a).

**VII. REQUESTED IN COMPLAINT** ☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  **DEMAND $** Unspecified  Check YES only if demanded in complaint **JURY DEMAND:** YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☒ NO ☐ If yes, please complete related case form.  GO46026, FLB95849

**DATE** 03/02/2012  **SIGNATURE OF ATTORNEY OF RECORD**

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

✕
✕

| **FW-001** **Request to Waive Court Fees** | **CONFIDENTIAL** |
|---|---|

If you are getting public benefits, are a low-income person, or do not have enough income to pay for household's basic needs and your court fees, you may use this form to ask the court to waive all or part of your court fees. The court may order you to answer questions about your finances. If the court waives the fees, you may still have to pay later if:
• You cannot give the court proof of your eligibility,
• Your financial situation improves during this case, or
• You settle your civil case for **$10,000** or more. The trial court that waives your fees will have a lien on any such settlement in the amount of the waived fees and costs. The court may also charge you any collection costs.

*Clerk stamps date here when form is filed.*

*Fill in court name and street address:*

(1) **Your Information** *(person asking the court to waive the fees)*:
Name: AZAEL DYTHIAN PERALES
Street or mailing address: P. O. BOX 501
City: FULLERTON State: CA Zip: 92836
Phone number: (714) 732-8532

*Fill in case number and name:*

**Case Number:**

(2) **Your Job,** if you have one *(job title)*: UNEMPLOYED
Name of employer: _____
Employer's address: _____

**Case Name:**

(3) **Your lawyer,** if you have one *(name, firm or affiliation, address, phone number, and State Bar number)*:
_____

a. The lawyer has agreed to advance all or a portion of your fees or costs *(check one)*: Yes ☐ No ☐
b. *(If yes, your lawyer must sign here)* Lawyer's signature: _____
*If your lawyer is not providing legal-aid type services based on your low income, you may have to go to a hearing to explain why you are asking the court to waive the fees.*

(4) **What court's fees or costs are you asking to be waived?**
☒ Superior Court (See *Information Sheet on Waiver of Superior Court Fees and Costs* (form FW-001-INFO).)
☐ Supreme Court, Court of Appeal, or Appellate Division of Superior Court (See *Information Sheet on Waiver of Appellate Court Fees and Costs* (form APP-015/FW-015-INFO).)

(5) **Why are you asking the court to waive your court fees?**
a. ☒ I receive *(check all that apply)*: ☐ Medi-Cal ☒ Food Stamps ☐ SSI ☐ SSP ☐ County Relief/General Assistance ☐ IHSS (In-Home Supportive Services) ☐ CalWORKS or Tribal TANF (Tribal Temporary Assistance for Needy Families) ☐ CAPI (Cash Assistance Program for Aged, Blind and Disabled)

b. ☒ My gross monthly household income (before deductions for taxes) is less than the amount listed below. *(If you check 5b you must fill out 7, 8 and 9 on page 2 of this form.)*

| Family Size | Family Income | Family Size | Family Income | Family Size | Family Income | *If more than 6 people at home, add $412.50 for each extra person.* |
|---|---|---|---|---|---|---|
| 1 | $1,163.55 | 3 | $1,988.55 | 5 | $2,813.55 | |
| 2 | $1,576.05 | 4 | $2,401.05 | 6 | $3,226.05 | |

c. ☒ I do not have enough income to pay for my household's basic needs *and* the court fees. I ask the court to *(check one)*: ☒ waive all court fees ☐ waive some of the court fees ☐ let me make payments over time *(Explain)*: _____ *(If you check 5c, you must fill out page 2.)*

(6) ☒ Check here if you asked the court to waive your court fees for this case in the last six months.
*(If your previous request is reasonably available, please attach it to this form and check here: ☒ )*

I declare under penalty of perjury under the laws of the State of California that the information I have provided on this form and all attachments is true and correct.

Date: March 2, 2012
AZAEL DYTHIAN PERALES
*Print your name here*

▶ _____
*Sign here*

Judicial Council of California, www.courts.ca.gov
Revised February 15, 2012, Mandatory Form
Government Code, § 68633
Cal. Rules of Court, rules 3.51, 8.26, and 8.818

**Request to Waive Court Fees** FW-001, Page 1 of 2

Your name: Azael Dythian Perales

Case Number: _____

*If you checked 5a on page 1, do not fill out below. If you checked 5b, fill out questions 7, 8, and 9 only. If you checked 5c, you **must** fill out this entire page. If you need more space, attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.*

(7) ☐ Check here if your income changes a lot from month to month. Fill out below based on your average income for the past 12 months.

(8) **Your Monthly Income**

a. Gross monthly income *(before deductions):* $ 564 00
List each payroll deduction and amount below:
(1) Unemployment Ins. $ 564 00
(2) _____ $ _____
(3) _____ $ _____
(4) _____ $ _____

b. Total deductions *(add 8a (1)-(4) above):* $ _____
c. Total monthly take-home pay *(8a minus 8b):* $ 564.00
d. List the source and amount of <u>any</u> other income you get each month, including: spousal/child support, retirement, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest, trust income, annuities, net business or rental income, reimbursement for job-related expenses, gambling or lottery winnings, etc.
(1) Food Stamps $ 60.00
(2) Charity Church $ 40.00
(3) _____ $ _____
(4) _____ $ _____

e. Your total monthly income is *(8c plus 8d):* $ 664 00

(9) **Household Income**

a. List all other persons living in your home and their income; include only your spouse and all individuals who depend in whole or in part on you for support, or on whom you depend in whole or in part for support.

| Name | Age | Relationship | Gross Monthly Income |
|------|-----|-------------|----------------------|
| (1) | | | $ |
| (2) | | | $ |
| (3) | | | $ |
| (4) | | | $ |

b. Total monthly income of persons above: $ _____

**Total monthly income and household income** *(8e plus 9b):* $ 664.00

To list any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc., attach form MC-025. Or attach a sheet of paper, and write Financial Information and your name and case number at the top. Check here if you attach another page. ☒

*Important!* If your financial situation or ability to pay court fees improves, you must notify the court within five days on form FW-010.

(10) **Your Money and Property**

a. Cash .................................................. $ 9.00
b. All financial accounts *(List bank name and amount):*
(1) Bank of America EDD $ 217.00
(2) _____ $ _____
(3) _____ $ _____
(4) _____ $ _____

c. Cars, boats, and other vehicles

| Make / Year | Fair Market Value | How Much You Still Owe |
|-------------|-------------------|------------------------|
| (1) N/A | $ | $ 0 |
| (2) | $ | $ |
| (3) | $ | $ |

d. Real estate

| Address | Fair Market Value | How Much You Still Owe |
|---------|-------------------|------------------------|
| (1) N/A | $ | $ 0 |
| (2) | $ | $ |
| (3) | $ | $ |

e. Other personal property (jewelry, furniture, furs, stocks, bonds, etc.):

| Describe | Fair Market Value | How Much You Still Owe |
|----------|-------------------|------------------------|
| (1) N/A | $ | $ |
| (2) | $ | $ |
| (3) | $ | $ |

(11) **Your Monthly Expenses**
*(Do not include payroll deductions you already listed in 8b.)*

a. Rent or house payment & maintenance $ _____
b. Food and household supplies $ 300.00
c. Utilities and telephone $ 10.00
d. Clothing $ 0
e. Laundry and cleaning $ 20.00
f. Medical and dental expenses $ 0
g. Insurance (life, health, accident, etc.) $ 0
h. School, child care $ 0
i. Child, spousal support (another marriage) $ 0
j. Transportation, gas, auto repair and insurance $ 55.00
k. Installment payments (list each below):
Paid to:
(1) LA Fitness Gym $ 19.00
(2) Radio Shack Credit $ 14.00
(3) Court Admin, Postage, Copy $ 100.00
l. Wages/earnings withheld by court order $ _____
m. Any other monthly expenses *(list each below).* $ _____
Paid to: | How Much?
(1) _____ $ _____
(2) _____ $ _____
(3) _____ $ _____

**Total monthly expenses** *(add 11a–11m above):* $ 518.00

7024      A. PERALES          SSA# 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 / WEEK PAID      01-21-12  $141.00
          CLAIM EXPIRES        08-27-11                          01-28-12  $141.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS  $1269.00
UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK          DETACH THIS STUB FOR YOUR RECORD

## CONTINUED
## CLAIM

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  08-29-10

A. PERALES                                          92115684781008291202040000021202l2   AWA

|  |  | 1ST WEEK | 2ND WEEK |
|---|---|---|---|
| ANSWER ALL QUESTIONS. SEE SECTION A. ON BACK FOR EXAMPLES OF HOW TO COMPLETE YOUR ANSWERS. Each question is explained in your booklet, A Guide to Benefits and Employment Services. | Begins / Ends | Begins 01-29-12 / Ends 02-04-12 | Begins 02-05-12 / Ends 02-11-12 |

COMPLETE AND MAIL THIS FORM ON      02-12-12

|  | 1ST WEEK YES | 1ST WEEK NO | 2ND WEEK YES | 2ND WEEK NO |
|---|---|---|---|---|
| 1. Were you too sick or injured to work? ..................................... > | ☐ | ☐ | ☐ | ☐ |
| If yes, enter the number of days (1 through 7) you were unable to work. ......... > | | (1 - 7) | | (1 - 7) |
| 2. Was there any reason (other than sickness or injury) that you could not have accepted full-time work each workday?.................................... > | ☐ | ☐ | ☐ | ☐ |
| 3. Did you look for work? ..................................................... > | ☐ | ☐ | ☐ | ☐ |
| ☐ <— IF MARKED 'X', YOU MUST COMPLETE SEC. B., WORK-SEARCH RECORD, ON REVERSE | | | | |
| 4. Did you refuse any work? ................................................ > | ☐ | ☐ | ☐ | ☐ |
| 5. Did you begin attending any kind of school or training? ..................... > | ☐ | ☐ | ☐ | ☐ |
| 6. Did you work or earn any money, WHETHER YOU WERE PAID OR NOT? ...... > (If yes, you MUST COMPLETE items a. and b. below.) | ☐ | ☐ | ☐ | ☐ |
| a. Enter earnings before deductions here. ..................... > | $ | | $ | |
| b. Report employment or 'source' of earnings information below: | | | | |

| | DATE LAST WORKED | TOTAL HOURS WORKED | EMPLOYER NAME AND MAILING ADDRESS - INCLUDE ZIP CODE | REASON NO LONGER WORKING (OR WRITE "STILL WORKING") |
|---|---|---|---|---|
| 1ST WEEK | | | | |
| 2ND WEEK | | | | |

7. If you want federal income tax withheld for the week(s) shown above, mark this block. ............................................................ > ☐

8. If you had a change of mailing address or phone number, mark this block and complete Sec. D on reverse. .......................... > ☐

NORCAL AUTHORIZATION CENTER
PO BOX 989057
WEST SACRAMENTO CA  95798-9057

I understand the questions on this form. I know the law provides penalties if I make false statements or withhold facts to receive benefits, my answers are true and correct. I declare under penalty of perjury that I am a U.S. citizen or national; or an alien in satisfactory immigration status and permitted to work by USCIS. I signed this form after the latest date for which I am claiming benefits.

X
(your signature is required)

DE 4581CTO Rev. 6 (5-04)  CU/PA866

DETACH AND DISCARD

SOCAL AUTHORIZATION CENTER
PO BOX 19007
SAN BERNARDINO  CA  92423-9007

EDD  Serving the People of California

A D PERALES
PO BOX 501
FULLERTON CA   92836-0501

---

## Cold Weather Armory

**Azael Perales**

Date of Birth:      04/16/1971

Issue Date:        01/27/2011

2883



COPY B
FOR RECIPIENT

Employment Development Department
Unemployment Insurance Integrity and Accounting
Division MIC 16A
P.O. Box 2408
Rancho Cordova, CA 95741-2408

**FORM 1099G CERTAIN GOVERNMENT PAYMENTS**

REPORT OF TAXABLE UNEMPLOYMENT COMPENSATION PAYMENTS FROM THE STATE OF CALIFORNIA

OMB NO. 1545-0120
**2011**
Form 1099G Rev. 28

Payer's Federal ID No. 94-2650401

Recipient's Name

AZAEL D PERALES

Social Security Number
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

| | | |
|---|---|---|
| **T** | | |
| **A** | 1. Unemployment Compensation (UC) $7,383 | 2. State or Local Income Tax Refunds, Credits, or Offsets | 3. Box 2 Amount is For Tax Year |
| **B** | | Type of UC Payments UI $ 7,383 | 2011 Benefits Repaid (a) $0.00 |
| **L** | | | Prior Year(s) Benefits Repaid (b) $0.00 |
| **E** | | | 4. Federal Income Tax Withheld $0.00 |
| **A** | | | |

This is important tax information and is being furnished to the Internal Revenue Service (IRS). If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

EDD Employment Development Department State of California

PO Box 826880, Sacramento, CA 94280-0001
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

AZAEL D PERALES
PO BOX 501
FULLERTON CA 92836-0501

**Important Tax Information - Keep for your records.**
*See Reverse Side for Easy Open Instructions.


$ 00.45

You may qualify for the Earned Income Tax Credit (EITC). The EITC is a refundable federal income tax credit for low to moderate income working individuals and families...

3/2/2012 11:22 AM

# Sacramento Grand Jury

**"RELATED CASES"**

## California Superior Court Case No. FL895849, G046026 ,U.S. Court of Appeals For The 7th Circuit,

U.S. Tax Court, Case No. 765.10W, 28980-11 & 292-12,28980-11,028184-11,05664-10,26975-09-24597-09 & 24593-09

Perales v. US Secret Service et al

Filed: February 28, 2012 as 1:2012cv00026 Updated: February 28, 2012 22:05:42

Plaintiff: Azael Dythian Perales

Defendants: US Secret Service, United States of America, State of Iowa, All Named Defendants and All Related Defendants

Cause Of Action: Civil Rights Act

Court: Eighth Circuit > Iowa > Northern District Court

Type: Civil Rights > Other Civil Rights

Perales v. Internal Revenue Service et al

Filed: February 24, 2012 as 5:2012cv00028 Updated: February 25, 2012 01:04:47

Plaintiff: Azael Dythian Perales

Defendants: Internal Revenue Service, State of California, UNITED STATES OF AMERICA, U.S. Court of Federal Claims, State of West Virginia and others

Cause Of Action: Forfeiture

Court: Fourth Circuit > West Virginia > Northern District Court

Type: Forfeiture / Penalty > Other

Perales v. TrueBlue, Inc. et al

Filed: February 24, 2012 as 4:2012cv00097 Updated: February 25, 2012 01:04:51

3/2/2012 11:22 AM

Plaintiff: Azael Dythian Perales

Defendants: TrueBlue, Inc., Labor Ready Fullerton, Central Intelligence Agency, Federal Bureau of Investigation, Federal Bureau of Investigation / U.S. Department of Justice and others

Cause Of Action: Racketeering (RICO) Act

Court: Tenth Circuit > Oklahoma > Northern District Court

Type: Other Statutes > Racketeer Influenced and Corrupt Organizations

Perales v. United States of America

Filed: February 13, 2012 as 1:2012cv00036 Updated: February 16, 2012 00:07:34

Plaintiff: Azael Dythian Perales

Defendant: United States of America

Cause Of Action: Prisoner Civil Rights

Court: Fifth Circuit > Mississippi > Northern District Court

Type: P. Petitions > Civil Rights

Azael Dythian Perales v. Bank of America et al et al

Filed: February 9, 2012 as 8:2012cv00221 Updated: February 11, 2012 01:04:10

Plaintiff: Azael Dythian PeralesDefendants: All Named in Defendants, Bank of America et al, Opus Bank et al, U.S Tax Court et al, U.S. Internal Revenue Service et al and othersCourt: Ninth Circuit > California > Central District Court

Type: Other Statutes > Other

PERALES et al v. UNITED STATES OF AMERICA et al

Filed: February 9, 2012 as 2:2012cv00704 Updated: February 10, 2012 22:06:34

Plaintiffs: AZAEL DYTHIAN PERALES, BARACK HUSSEIN OBAMA and DANIEL KEN "DAN&q INOUYE

Defendants: UNITED STATES OF AMERICA, U.S. PENTAGON, U.S. SECRET SERVICE, U.S. HOMELAND SECURITY, U.S. DEPARTMENT OF LABOR and others

3/2/2012 11:22 AM

Cause Of Action: Civil Rights Act

Court: Third Circuit > Pennsylvania > Eastern District Court

Type: Civil Rights > Other Civil Rights

PERALES v. AMERICAN BANKERS ASSOCIATION

Filed: January 25, 2012 as 1:2012cv00446 Updated: February 1, 2012 23:33:39

Petitioner: AZAEL DYTHIAN PERALES

Respondent: AMERICAN BANKERS ASSOCIATION

Presiding Judge: Renee Marie Bumb

Cause Of Action: Petition for Writ of Habeas Corpus (federa

Court: Third Circuit > New Jersey > District Court

Type: P. Petitions > Habeas Corpus (General)

Perales v. USA

Filed: January 13, 2012 as 1:2011fp00583 Updated: January 15, 2012 02:31:50

Petitioner: Azael Dythian Perales

Respondent: USA

Cause Of Action: Petition for Writ of Habeas Corpus (federal)

Court: First Circuit > New Hampshire > District Court

Type: P. Petitions > Habeas Corpus (General)

Perales v. United States of America et al

Filed: January 5, 2012 as 3:2012cv00007 Updated: January 12, 2012 06:02:20

Petitioner: Azael Dythian Perales

Respondents: Barack H. Obama, Daniel M. Gallagher, Elisse B. Walter, Hilda L. Solis, Linda Chapman and others

Presiding Judge: James R. Spencer

3/2/2012 11:22 AM

Cause Of Action: Petition for Writ of Habeas Corpus (Federal)

Court: Fourth Circuit > Virginia > Eastern District Court

Type: P. Petitions > Habeas Corpus (General)


Perales v. City of Anaheim et al. et al

Filed: December 29, 2011 as 1:2011cv09666 Updated: January 12, 2012 23:01:38

Plaintiff: Azael Dythian Perales

Defendants: 320 S. Beach Blvd, 8201 E. Santa Ana Canyon Rd, Anaheim Police Department et al., Belinda Brewer, Bob Conklin and others

Presiding Judge: Unassigned

Cause Of Action: Federal Question: Other Civil Rights

Court: Second Circuit > New York > Southern District Court

Type: Civil Rights > Civil Rights: Other


Perales v. ID Biomedical Corp et al

Filed: December 20, 2011 as 1:2011cv12274 Updated: December 22, 2011 04:34:32

Petitioner: Azael Dythian Perales

Respondents: ID Biomedical Corp and Vetcom

Presiding Judge: Patti B. Saris

Cause Of Action: Petition for Writ of Habeas Corpus (federa

Court: First Circuit > Massachusetts > District Court

Type: P. Petitions > Habeas Corpus (General)


Perales v. USA

Filed: December 19, 2011 as 1:2011fp00583 Updated: December 22, 2011 04:05:07

3/2/2012 11:22 AM

Petitioner: Azael Dythian Perales

Respondent: USA

Cause Of Action: Petition for Writ of Habeas Corpus (federal)

Court: First Circuit > New Hampshire > District Court

Type: P. Petitions > Habeas Corpus (General)


In Re: Order of Return Azael Dythian Perales `

Filed: December 12, 2011 as 1:2011mc00123 Updated: December 13, 2011 05:30:15

Presiding Judge: Lincoln D. Almond

Court: First Circuit > Rhode Island > District Court

Type: Other Statutes > PERALES v. USA ET AL

Filed: December 8, 2011 as 1:2011cv00468 Updated: December 12, 2011 20:03:53


Petitioner: AZAEL DYTHIAN PERALES

Respondent: USA ET AL

Presiding Judge: D. BROCK HORNBY

Referring Judge: MARGARET J. KRAVCHUK

Cause Of Action: Civil Rights Act

Court: First Circuit > Maine > District Court

Type: Civil Rights > Civil Rights: Other


PERALES v. HOLDER

Filed: November 22, 2011 as 1:2011cv01030 Updated: December 13, 2011 04:34:07

Plaintiff: AZAEL DYTHIAN PERALES

Defendant: ERIC H. HOLDER

Presiding Judge: UNASSIGNED

3/2/2012 11:22 AM

Cause Of Action: Civil Rights Act

Court: Fourth Circuit > North Carolina > Middle District Court

Type: Civil Rights > Civil Rights: Other

PERALES v. USA

Filed: November 16, 2011 as 1:2011cv01029 Updated: December 13, 2011 04:34:12


Petitioner: AZAEL DYTHIAN PERALES

Respondent: USA

Presiding Judge: UNASSIGNED

Cause Of Action: Petition for Writ of Habeas Corpus (Federal)

Court: Fourth Circuit > North Carolina > Middle District Court

Type: P. Petitions > Habeas Corpus (General)


Azael Dythian Perales v. US Marshall Service et al et al

Filed: November 7, 2011 as 8:2011cv01699 Updated: December 5, 2011 23:34:53

Plaintiff: Azael Dythian PeralesDefendants: Arthur Nakazato, Brian Salt, Erithe Smith, Gary L Taylor, General Services Administration GSA et al and othersPresiding Judges: James V. Selna and J

Referring Judge: Alicia G. Rosenberg

Court: Ninth Circuit > California > Central District Court

Type: Other Statutes > Azael Dythian Perales v. Barack H Obama et al

Filed: November 2, 2011 as 8:2011cv01678 Updated: November 30, 2011 16:19:28


Plaintiff: Azael Dythian PeralesDefendants: Barack H Obama, Douglas H Schulman, Emily C Hewitt, Francis M Allegra and Lawrence M BaskirPresiding Judge: Unassigned

Referring Judge: Alicia G. Rosenberg

Court: Ninth Circuit > California > Central District Court

3/2/2012 11:22 AM

Type: Other Statutes > Azael Dythian Perales v. Virgin Mobile USA et a

Filed: October 27, 2011 as 8:2011cv01656 Updated: December 3, 2011 02:38:54

Plaintiff: Azael Dythian PeralesDefendants: Aurthur Kern, Barack H Obama, Barclays, BBVA, BNP Paribas and othersReferring Judge: Alicia G. Rosenberg

Court: Ninth Circuit > California > Central District Court

Type: Other Statutes >

U.S. Supreme Court 2005,2006,2007,2008,2009,2010,2011 Decisions

California Superior Court Case No. 03NM11477,03NM11329 & FL895849

Utah Supreme Court November , December 2010 Decisions

California Court of Appeal First Appellate District

California Court of Appeal Second Appellate District

California Court of Appeal Third Appellate District

California Court of Appeal Fourth Appellate District

### U.S. Tax Court et al., Case No. 245593-09, 24597-09,26975-09 & 00765-10

U.S. Office Of Special Council / 2007, 2008//2011/2012 Complaints Filed

**PERALES V US**

Filed: August 3, 2010 as 10-5145 Updated: November 30, -0001 00:00:00

**Plaintiff-appellant:** Azael Dythian Perales

**Court:** Federal Circuit > Circuit Court

**Type:** Other Statutes >

**In Re: Azael Dythian Perale**

Filed: December 9, 2010 as 10-4558 Updated: December 9, 2010 14:01:30

**Petitioner:** DYTHIAN AZAEL PERALES

**Court:** Third Circuit > Circuit Court

**Type:** Other Statutes >

Azael Dythian Perales v. Orange County Sheriffs Department et al

Filed: May 31, 2011 as 8:2011cv00824 Updated: August 23, 2011 23:03:29

**Petitioner:** Azael Dythian Perales

**Respondents:** Arnold Schwarzenegger, Art Brown, Barack H Obama, Barbara Boxer, Ben S Bernanke and others

**Referring Judge:** Alicia G. Rosenberg

**Court:** Ninth Circuit > California > Central District Court

## 3/2/2012 11:22 AM

Type: Other Statutes >

PERALES v. UNITED STATES POST OFFICE FULLERTON MPO et al

Filed: October 5, 2011 as 2:2011cv06251 Updated: November 2, 2011 20:06:28

Plaintiff: AZAEL DYTHIAN PERALES

Defendants: DOLLAR TREE INC., U.S. COURT OF FEDERAL CLAIMS, U.S. FEDERAL BUREAU OF INVESTIGATION, U.S.

INTERNAL REVENUE SERVICE, UNITED STATES DEPARTMENT OF LABOR and others

Presiding Judge: CYNTHIA M. RUFE

Cause Of Action: Civil Rights Act

Court: Third Circuit > Pennsylvania > Eastern District Court

Type: Civil Rights > Civil Rights: Other

### PERALES v. UNITED STATES POST OFFICE FULLERTON MPO et al

Filed: October 5, 2011 as 2:2011cv06250 Updated: November 2, 2011 20:06:28

Plaintiff: AZAEL DYTHIAN PERALES

Defendants: UNITED STATES POST OFFICE, UNITED STATES POST OFFICE FULLERTON MPO and UNITED STATES

POSTAL SERVICE

Presiding Judge: CYNTHIA M. RUFE

Cause Of Action: Civil Rights Act

Court: Third Circuit > Pennsylvania > Eastern District Court

Type: Civil Rights > Civil Rights: Other

Perales v. US Marshals Service

Filed: September 16, 2011 as 1:2011fp00443 Updated: October 20, 2011 00:28:24

Plaintiff: Azael Dythian Perales

Defendants: US Marshals Service and US Marshals Service, Employees

Cause Of Action: Civil Rights Act

Court: First Circuit > New Hampshire > District Court

Type: Civil Rights > Civil Rights: Other

Perales v. US Marshals Service, Director

Filed: September 16, 2011 as 1:2011fp00450 Updated: October 22, 2011 02:03:00

Petitioner: Azael Dythian Perales

Respondent: US Marshals Service, Director

Cause Of Action: Petition for Writ of Habeas Corpus (federal)

Court: First Circuit > New Hampshire > District Court

Type: P. Petitions > Habeas Corpus (General)

3/2/2012 11:22 AM

RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es)s

below.]

[x] (a) relates to common property              Azael Dythian Perales / Signature : _____

[x] (b) involves common issues of fact             P.O. Box 501 (Homeless)

[x] (c) grows out of the same event or transaction     Fullerton , CA 92836

[x] (d) involves the validity or infringement of the same patent   (714) 404-2434

[x] (e) is filed by the same pro se litigant            Date: March 2, 2012 _____

"RELATED CASE"

# 4th Appellate District Division 3

Change court ▼

Court data last updated: 03/02/2012 11:05 AM

**Case Summary   Docket   Scheduled Actions   Briefs**
**Disposition   Parties and Attorneys   Trial Court**

## Parties and Attorneys

**Perales v. Wilshire Restaurant Group**
**Case Number G046026**

| Party | Attorney |
|-------|----------|
| Perales, Azael Dythian : Petitioner<br>P.O. Box 501<br>Fullerton, CA 92836-0501 | Pro Per |
| The Superior Court of Orange County :<br>Respondent<br>Hon. Glenn Mahler<br>700 Civic Center Dr West<br>Santa Ana, CA 92701 | Pro Per |
| Wilshire Restaurant Group : Real Party<br>in Interest | |

**Click here** to request automatic e-mail notifications about this case.

© 2011 Judicial Council of California



STATE
PERSONNEL
BOARD



801 Capitol Mall Sacramento, CA 95814  |  866-844-8671  |  www.spb.ca.gov

Governor Edmund G. Brown Jr

Telephone: 916-653-0799
Facsimile: 916-654-6055
TDD: 916-654-2360

January 18, 2012

Azael Dythian Perales
P.O. Box 501
Fullerton, CA 92836-0501

Re: *January 12, 2012, Complaint*

Dear Azael Dythian Perales:

Your January 12, 2012, complaint to Executive Officer, Suzanne Ambrose, of the California State personnel Board, has been directed to me for response. Our review of materials submitted finds that action you request is outside the jurisdiction of SPB as established by the Civil Service Act. SPB does not have the authority to enforce a Superior Court order. Therefore, SPB will take no further action in this matter.

Sincerely,

Richard E. Silva, Jr.
Merit Appeals Section Chief

Q- 2/23/2012

U.S. OFFICE OF SPECIAL COUNSEL
1730 M Street, N.W., Suite 218
Washington, D.C. 20036-4505
202-254-3600

FEB 16 2012

Mr. Azael Dythian Perales
P.O. Box 501
Fullerton, CA 92836

**Re: OSC File No. MA-12-1468**

Dear Mr. Perales:

This letter is in response to the complaint you recently filed with the Office of Special Counsel ("OSC") against the Department of Defense ("DOD"). The Complaints Examining Unit has carefully reviewed the information provided in your complaint. However, based on our evaluation of the facts and law applicable to your circumstances, we have made a determination to close our inquiry into your allegations.

**OSC Jurisdiction**

The U.S. Office of Special Counsel is authorized to investigate allegations of prohibited personnel practices and activities prohibited by civil service law, rule, or regulation. 5 U.S.C. §§ 1214(a)(1)(A), 1216(a) and 2302(b). The Special Counsel presents allegations of prohibited personnel practices to the Merit Systems Protection Board ("MSPB" or "Board") which has the authority to hear and adjudicate such matters.

**Your Allegations and Legal Analysis**

OSC is unable to determine what Prohibited Personnel Practice ("PPP"), if any, you have alleged, as your case lacks a cohesive narrative explaining the context and circumstances of your allegations. It appears that you are alleging violations of the California Penal Code pertaining to public employee accountability. You also appear to take issue with a California Superior Court order and subsequent decision by the California State Personnel Board. However, as discussed above, this Office only has jurisdiction to investigate PPPs brought by Federal employees or applicants for Federal employment. Since you do not appear to allege a PPP and do not appear to have any legal standing, OSC does not have jurisdiction over your complaint. As such, this Office can take no action on your complaint and it is now closed.

Sincerely,

Jason Xavier Hamilton
Attorney

9

2/23/2012



US POSTAGE
$ 00.45
Mailed from 90634
05/11/2012
0814 0002314677

U.S. OFFICE OF SPECIAL COUNSEL
1730 M Street, N.W., Suite 218
Washington, D.C. 20036-4505

Official Business
Penalty for Private Use, $300

9268690501 B004

Mr. Azael Dythian Perales
P.O. Box 501
Fullerton, CA 92836

**EDD** Employment Development Department
State of California

# BENEFIT OVERPAYMENT STATEMENT OF
## AMOUNT DUE

A D PERALES          SSN:   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                Date:  02/25/12

Payment is due on your overpayment of Unemployment/Disability Insurance/Paid Family Leave benefits.  Send a check or money order payable to EDD.  If you do not pay your debt in full or call for a satisfactory repayment agreement, EDD may take legal action to collect the amount due.  Section 12419.5 of the Government Code provides that if you are owed a State tax refund, unclaimed property, or lottery winnings, the State Controller may collect any amount owing a State agency from that refund or winnings.

**Overpayment questions should be directed to:  1-800-676-5737**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01-27-12 | PREVIOUS BALANCE | $   286.99 |
|  | PAYMENT(S) RECEIVED | 0.00 |
|  | UI/DI/PFL BENEFIT(S) APPLIED | 0.00 |
|  | FTB/LOTTERY OFFSET(S) APPLIED | 0.00 |
|  | OTHER DECREASING ENTRY(IES) | 0.00 |
|  | INCREASING ENTRY(IES) | +   0.91 |
| 02-25-12 | CURRENT BALANCE | $   287.90 |
|  | AMOUNT DUE | $   287.90 |
|  | "In addition to receiving payments, Internal Revenue Service offsets, Franchise Tax Board offsets, Lottery offsets, or benefit offsets, the current balance may increase/decrease due to other adjustments." | |

Always print your **Social Security Number** on checks, money orders, or correspondence.
**Please do not send cash through the mail.**

You make payments by:

* **Checks** or **money orders** payable to **EDD** and send with the bottom portion of this notice.
  Or,
* **Credit Card using your Discover/Novus, American Express, or Mastercard.  To pay online, visit www.officialpayments.com** or call **1-888-272-9829,** and enter the jurisdiction code **1577** and follow the recorded instructions.  For assistance or problems with your credit card transactions, call Monday through Friday, 9 a.m. to 5 p.m., **1-800-487-4567.**

**NOTE:**  When using the credit card option, you will be assessed a convenience fee (paid directly to Official Payments Corporation).  Your payment will be effective on the date you charged it, but it may not post to your EDD account for 3 to 5 days.  If you pay your benefit overpayment by credit card and subsequently reverse the credit card transaction, you may be subject to interest and other fees imposed by EDD for nonpayment or late payment.

**Send payments to:**                    **Send correspondence to:**
Document Management Group, EDD          Benefit Overpayment Collection Section
P.O. Box 826806                        P.O. Box 826218
Sacramento, CA 94206-0001              Sacramento, CA 94230-6218

DE 8301R Rev. 11 (1-10)          Detach and Return This Portion With Payment

---

**EMPLOYMENT DEVELOPMENT DEPARTMENT**
**PO BOX 826880**
**SACRAMENTO, CA 94280-0001**

211568478 000028790

Complete below if you have a change of address:

**BENEFIT OVERPAYMENT STATEMENT OF AMOUNT DUE**
Print your Social Security Number on all
Checks, Money Orders, and Correspondence
**Payments are due by the 15th of each month.**

Street _____

City _____ State _____ Zip Code _____

( )
Telephone Number

| Social Security Number | AMOUNT DUE |
|------------------------|------------|
| 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 | 287.90 |

Make Checks or Money Orders Payable to EDD and Send to:

A D PERALES
PO BOX 501
FULLERTON CA  92836-0501

EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826806
SACRAMENTO CA  94206-0001

Case No. 07ED 27654 CU

DE  8301R Rev. 11 (1-10)

# St. Jude Medical Center
## Community Clinics

For appointments, information & cancellations
Citas, información y cancelaciónes
714-446-5100

Patient _Azael_

Date/Fecha _3-23-12_ at/en _8:30_ am/**pm**

☐ Neighborhood Health Center

☐ Mobile Site/Lugar: _Fullerton_

---

Patient _David P._

Date/Fecha _4-23-12_ at/en _1:30_ am/**pm**

☐ Neighborhood Health Center

☐ Mobile Site/Lugar: _Marwara_

---

Patient _Azael_

Date/Fecha _3-22-12_ at/en _2:30_ am/**pm**

☐ Neighborhood Health Center

☐ Mobile Site/Lugar: _Xenia_

---

Patient _Azael_

Date/Fecha _3/7/12_ at/en _9:00_ am/**pm**

☒ Neighborhood Health Center

☐ Mobile Site/Lugar: _Dr. Schmidt_

# CALAVERAS COUNTY GRAND JURY

**P.O. Box 1414**
**SAN ANDREAS, CALIFORNIA 95249**
**Phone 209-754-5860**

May 2, 2012

Azael Perales
PO Box 501
Fullerton, CA 92836

Re:     Complaint received April 4, 2012

Dear Mr. Perales:

This will acknowledge receipt of your complaint against CA State Personnel Board. The Calaveras County Grand Jury will not investigate your complaint as it is out of our jurisdiction.

Sincerely,

Dan McPherson
Foreperson, Calaveras County 2011-2012 Grand Jury

Calaveras County Grand Jury
P.O. Box 1414
San Andreas, CA 95249

Azael Perales
PO Box 501
Fullerton, CA
92836



Marin County Civil Grand Jury

4/18/12

Azael Perales
P.O. Box 501
Fullerton, CA 92836-0501

Re: Acknowledgment of Request for Investigation by the Marin County Civil Grand Jury

Dear Azael:

I am returning your documentation sent to me recently.  I passed it by my Legal department and we all agree that we most likely received this in error.  I am returning your documentation in case you want to send it elsewhere.

I hope your Grand Jury has been as exceptional as ours has been here in Marin.

Sincerely,

Michael M. Chernock, Foreperson
*2011-2012 Marin County Civil Grand Jury*

*Forepersonmike@chernockassociates.com*
*Home: 415.897.0907*
*Cel:    415.533.0403*

Azael Perales
P.O. Box 501
Fullerton, CA 92836-0501

**Response to Citizen Complaint filed with the Lassen County Grand Jury**

Date: April 13, 2012

Complainant's Name: Mr. Azael Perales

Address: Po Box 501, Fullerton, Ca. 92836-0501

Thank you for submitting your written complaint correspondence to the Lassen County Grand Jury. All Citizen Complaints are treated as confidential correspondence. All persons who appear before the Civil Grand Jury or who communicate with the Civil Grand Jury in writing are protected by strict rules of confidentiality.

Communications from the public can provide valuable information to the Civil Grand Jury, which may prompt an investigation of a government agency. Any citizen may submit concerns regarding mistreatment, suspicious misconduct or inefficiencies to the Civil Grand Jury for consideration on a Citizen Complaint.

The Lassen County Civil Grand Jury, at its discretion, inquires into citizen complaints regarding government agencies and officials to identify practices in government that need improvement. The ultimate goal of the Civil Grand Jury is to improve government in Lassen County and make public officials responsive to the people.

Please be advised that;

-The Grand Jury does not investigate all complaints received. Investigations are at the discretion of the Grand Jury.

-Investigation of your complaint cannot be confirmed; all investigations remain confidential until the Civil Grand Jury decides to include the findings in the final report.

-Anonymous complaints may not be responded to if the Grand Jury is unable to contact you for additional information related to the complaint.

-The Grand Jury cannot investigate disputes between individual private parties.

Thank you again for your correspondence to the Lassen County Civil Grand Jury.

Lassen County Civil Grand Jury foreman.

RENO NV 895

26 APR 2012 PM 7 L

LASSEN COUNTY
GRAND JURY

MR. AZAEL PERALES
P.O. BOX 501
FULLERTON, CA. 92836-0501



P. O. Box 534, Madera, CA 93639
Tel. 559-662-0946
info@maderagrandjury.org

April 11, 2012

Azael Dythian Perales
P.O. Box 501
Fullerton, CA  92836

Dear Mr.Perales,

The Madera County Grand Jury reviewed your complaint and all of the information you
provided.  We determined that the subject of your request is not within our jurisdiction;
therefore, no action will be taken.

Rest assured that your identity will be known only to the Grand Jury.  We are sworn to
secrecy to ensure confidentiality of your identity and any information you supply to us.

Regards,

Ralph Capone
Foreman,
2011-2012 Madera County Grand Jury

Madera County Grand Jury
P.O. Box 554
Madera, CA 93639-0554

BMBAN11 92836

Mail My Drive Peralta
P.O. Box 501
Fuller Ton., CA 92836



# THE SONOMA COUNTY CIVIL GRAND JURY

P.O. Box 5109 Santa Rosa California 95402 (707) 565-6330
www.sonomagrandjury.org

April 7, 2012

Azael Perales
P.O. Box 501
Fullerton, CA  92836-0501

Mr. Perales:

The topic of your complaint received March 27, 2012 is not within the jurisdiction of the
Sonoma County Civil Grand Jury.  Therefore, the Jury will take no further action on this
matter.

Sincerely,

Steve Larsen
Foreperson, Sonoma County Civil Grand Jury



**Sonoma County Grand Jury**

P.O. Box 5109
Santa Rosa CA, 95402
*Return Service Requested*

**Azael Perales**
P.O. Box 501
Fullerton, CA   92836-0501





**Superior Court of Californ**
**County of Siskiy**

## SISKIYOU COUNTY CIVIL GRAND JURY
P.O. Box 488,Yreka, CA 96097-1026  (530) 842-8330  Fax (530) 842-8339

April 4, 2012

Azael Dythian Perales
P.O. Box 501
Fullerton, CA 92836

Re:     Your Complaint to the Siskiyou County Civil Grand Jury
        Re: California State Personnel Board, et al.

Dear Mr. Perales:

This is to let you know that the above complaint, dated March 2, 2012, has been received by the Siskiyou County Civil Grand Jury (2011-2012).

Unfortunately, we will not be able to investigate your complaint.  Our investigatory jurisdiction is limited to Siskiyou County.  The agency you are complaining against is a state agency, over which we have no jurisdiction.  Your supporting papers list a number of other defendants, all of which are either state agencies, another county or the federal government.

I am sorry we will not be able to pursue this matter.

Very truly yours,

Larry Holben
Foreperson

P.O. Box 488
Yucca CA 92097-1026

DESIGNATED CA 920??
05 APR 2012 PM 1 T

Azar Dytham Perales
P.O. Box 501
Fullerton CA
92836

928436e90501



# Tulare County Grand Jury

**5963 South Mooney Boulevard**
**Visalia, CA 93277**

**(559) 624-7295 • Fax (559) 733-6078**

April 4, 2012

Azael D. Perales
P.O. Box 501
Fullerton, CA 92836-0501

Dear Mr. Perales,

Please find enclosed your Grand Jury Complaint Form and supporting documents that you mailed to the Tulare County Grand Jury. We are returning your documentation back to you because this is out of the jurisdiction of Tulare County. We would suggest that you send your Complaint Form to your county's grand jury or contact your counsel for their legal advice.

Thank you,

Lino Moran, Foreman
2011-12 Tulare County Grand Jury



Azael D. Perales
P.O. Box 501
Fullerton, CA 92836-0501



MARIPOSA COUNTY COURT HOUSE

# Mariposa County Grand Jury

P.O. Box 789
Mariposa, Galifornia

March 30, 2012

Azael Perales
P.O. Box 501
Fullerton, CA 92836-0501

Dear Mr. Perales:

Enclosed is the Mariposa Grand Jury response to your complaint filed 3/18/12. We appreciate your concerns regarding the operation of government agencies.

Sincerely,

Lawrence D. Walton, Grand Jury Foreman

LDW:rck

Date Received 3/18/12

Complaint: California State Personnel Board
The Complaint alleges criminal violations contained in California Penal Code, Sections: 137(b), 140(a), 142. (4),145, 146, 147, 148, 148.1, 149, 151, 153, 154, 155, 155.5, 165, 166, 181, 188, 401, 362,  and 166. (4). It also alleges violation of California Civil Code Section 52.3 (a).

Authority for Investigation: None

Findings: The complaint addresses a State of California Government Agency. Attached civil documents indicate defendant as "California State Personnel Board." There are no documents or included information to indicate any connection to a government agency operating within the confines or Mariposa County.

Conclusions: This Grand Jury does not have investigative jurisdiction in this matter. California Penal Code Sections 925-933.6 limit oversight of government agencies whose jurisdiction encompasses all or part of the county where the Grand Jury is established.

Recommendations: No Mariposa County Grand Jury involvement in this matter.

USA FIRST-CLASS FOREVER

SACRAMENTO CA 957

11 APR 2012 PM 6 L

**Azael Perales**
P.O. Box 501
Fullerton, CA 92836-0501

𝕸𝖆𝖗𝖎𝖕𝖔𝖘𝖆 𝕮𝖔𝖚𝖓𝖙𝖞
𝕲𝖗𝖆𝖓𝖉 𝕵𝖚𝖗𝖞

P.O. Box 789
Mariposa, California 95338



Alameda County
# Grand Jury

1401 Lakeside Drive
Suite 1104
Oakland, California 94612

510.272.6259
fax 510.465.9647
www.acgov.org/grandjury

March 7, 2012

Mr. Azael Perales
PO Box 501
Fullerton, CA  92836-0501

Dear Mr. Perales:

The Alameda County Grand Jury received your complaint on March 7, 2012.  The Grand Jury welcomes communication from the public because citizens can provide valuable information to the Grand Jury regarding matters for investigation.

The information you have provided will be carefully reviewed to assist the Grand Jury in deciding what action, if any, to take.  If the matter is determined not to be within the Grand Jury's authority to investigate (e.g., a matter involving federal or state agencies or institutions, courts or court decisions, or a private dispute), there will be no further contact by the Grand Jury. If the matter is within the legally permissible scope of the Grand Jury's investigative powers and warrants further investigation, the Grand Jury will confidentially contact those individuals or entities who may be able to provide additional information.

By law, the Grand Jury is precluded from communicating the results of its investigation, except in one of its formal public reports.  All communications are considered, but may not result in any action or report by the Grand Jury.

Sincerely,

Russell G. Miller

RUSSELL G. MILLER, Foreman
2011-2012 Alameda County Grand Jury

encl



Alameda County
Grand Jury
1401 Lakeside Drive, Suite 1104
Oakland, California 94612

Mr. Azael Perales
PO Box 501
Fullerton, CA 92836-0501



# 0000000211



# PLACER COUNTY GRAND JURY

11490 C Avenue
Auburn, CA 95603

Phone: (530) 886-5200
Fax: (530) 886-5201
Email: grandjury@placer.ca.gov

March 21, 2012

Azael D. Perales
P.O. Box 501
Fullerton, CA 92836-0501

Dear Azael Perales,

The Placer County Grand Jury reviewed your complaint and all information that you
provided us. We determined that the subject of your request is not within our jurisdiction.
Therefore, the Grand Jury will take no further action.

Sincerely,

John Wilhelm
Foreman
Placer County Grand Jury

A-17

:djl

**PLACER COUNTY GRAND JURY**
11490 C Avenue
Auburn, California
95603
10-216700-21670

Azael D. Perales
P.O. Box 501
Fullerton, CA 92836-0501



P.O. Box 501

**County of Fresno**

GRAND JURY

$3/20/12$

Fullerton, Ca. 92836-0501

Azael Perales, the Fresno County Grand Jury is in receipt of your complaint dated March 2, 2012.

Your complaint is against State Agencies. The Fresno County Grand Jury has no Authority to investigate

State or Federal Agencies. We are limited to Civil Matters within the Fresno County, California

Therefore we cannot accept this complaint for investigation.

Steven J Fortner, Foreman, Fresno County Grand Jury

**FRESNO COUNTY GRAND JURY**
1100 VAN NESS AVENUE, ROOM 102
FRESNO, CALIFORNIA 93724-0002

105474    BROWNHM

Azael Perales
P.O.Box 501
Fullerton, Ca. 92836



**DEL NORTE COUNTY GRAND JURY**
450 H Street, Box 1
Crescent City, CA 95531

March, 21 2012

Azael D. Perales
P.O. Box 501
Fullerton, CA 92836-0501

Dear Azael:

This letter is to acknowledge receipt of your correspondence dated March 2, 2012. Thank you for taking the time to provide this information to the grand jury regarding a matter that concerns you.

Upon completing our review we have determined that no further action will be taken as this matter involves a federal or state agency or institution and the grand jury has no jurisdiction in this matter. We believe there may be a more appropriate course of action you may take in this matter. You may wish to contact the agency involved or seek legal counsel.

Based on the California Penal Code, all information and documents submitted with this complaint are now a permanent part of the grand jury files and as such may not be released to any entity. Once again, thank you for demonstrating your interest in our local government.

Sincerely,

Ben Cameron, Foreperson

BC:kk

- 1 -

DEL NORTE COUNTY
GRAND JURY
450 "H" STREET
CRESCENT CITY, CA 95531

Azael D. Perales
P.O.Box 501
Fullerton, CA 92836-0501





# GRAND JURY

March 22, 2012

Azael Dythian Perales et al.
P.O. Box 501
Fullerton, CA 92836

Dear Mr. Perales:

The San Luis Obispo County Grand Jury has reviewed your complaint received on March 14, 2012. The Grand Jury finds that your complaint falls outside the limits of its jurisdiction and therefore we cannot take further action on your request.

Please note that the Jury has no authority to investigate federal agencies, state agencies (other than prisons), state hospitals, private companies or the courts. In addition, the Grand Jury's scope is limited to investigations of the methods, systems and procedures of those agencies within its purview.

Your complaint will be kept on file, and your identity will remain confidential, as well as any information you may have supplied.

Sincerely,

Norman A. Baxter, Foreperson
San Luis Obispo County 2011-2012 Grand Jury

NB:sm/40

San Luis Obispo Grand Jury
P.O. Box 4910
San Luis Obispo, CA 93403

Azael Dythian Perales et al.
P.O. Box 501
Fullerton, CA 92836



# **Shasta County**

**GRAND JURY**

P. O. BOX 992086
REDDING, CA 96099-2086
VOICE MAIL: (530) 225-5098

March 16, 2012

Mr. Azael Perales
P. O. Box 501
Fullerton, Ca. 92836-0501

Dear Mr. Perales:

This letter is to acknowledge receipt of your correspondence received 3-7-12. Thank you for taking the time to provide this information to the Grand Jury regarding a matter that concerns you.

This matter does not fall within the jurisdiction of the Grand Jury as defined in the California Penal Code.

Based on the California Penal Code, all information and documents submitted with this complaint are permanent part of the Grand Jury files and as such may not be released to any entity. Once again, thank you for your interest in government.

Sincerely,

Pat Arnold
Foreperson

sj

Shasta County Grand Jury
P. O.  Box 992086
Redding, Ca. 96099-2086

528236 90501



REDDING CA 960

20 MAR 2012 PM 12

U.S. POSTAGE

U.S. FIRST-CLASS FORVER

Mr. Azael Perales
P. O. Box 501
Fullerton, Ca. 92836-0501



City and County of San Francisco
Civil Grand Jury 2011-2012

March 5, 2012

Azael Dythian Perales
P.O. Box 501
Fullerton, CA 92836

   Re:  Communication with the 2011-2012 San Francisco Civil Grand Jury

Dear Mr. Perales:

Thank you for your recent communications with the 2011-2012 San Francisco Civil Grand Jury. The Civil Grand Jury appreciates your communication and will take the matter under advisement.

As you may know, proceedings of the Civil Grand Jury are confidential. Findings and Recommendations of the Civil Grand Jury are published following submission to and approval by the Presiding Judge of the Superior Court. You may find reports published by the Civil Grand Jury on its website at http://sfsuperiorcourt.org/index.aspx?page=212.

Should the Grand Jury require additional information, we may contact you. Please be advised that any such contact would also be confidential under law.

Thank you again for contacting the 2011-2012 San Francisco Civil Grand Jury.

Very truly yours,

Umung Varma
Foreperson
2011-2012 San Francisco Civil Grand Jury

$ 00.45⁰

**Office of the Grand Jury**
**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SAN FRANCISCO**
400 McAllister Street – Room 008
San Francisco, CA 94102-4514

Azael Dythian Perales
P.O. Box 501
Fullerton, CA 92836



ORANGE COUNTY GRAND JURY

700 CIVIC CENTER DRIVE WEST • SANTA ANA, CALIFORNIA 92701 • 714/834-3320
www.ocgrandjury.org • FAX 714/834-5555

March 6, 2012

Azael D. Perales
P.O. Box 501
Fullerton, CA 92836

Dear Mr. Perales:

The 2011-2012 Orange County Grand Jury received your correspondence. Your concerns will be carefully reviewed and considered.

The Grand Jury welcomes communication from members of the community. The Grand Jury will review the information provided in your letter. If the matter is within the legally permissible scope of its review powers and of sufficient priority to warrant further inquiry, it may confidentially contact those individuals who are able to provide information.

If, on the other hand, a matter is determined not to be within the Grand Jury's authority to investigate (e.g., a matter involving the federal or state government rather than local government, or a private dispute), or not of the highest priority considering the competing demands on the Grand Jury, there will be no further review by the Grand Jury.

The 2011-2012 Grand Jury appreciates and thanks you for your interest in its work and for your correspondence.

Sincerely,

Roy B. Baker III
Foreman
2011-2012 Grand Jury

RBB:dv

ORANGE COUNTY GRAND JURY
700 CIVIC CENTER DRIVE WEST
SANTA ANA, CALIFORNIA 92701

Azael D. Perales
P.O. Box 501
Fullerton, CA  92836

**KERN COUNTY GRAND JURY**
1415 Truxtun Avenue, Suite 600
Bakersfield, CA 93301

*Return Receipt Requested*

AZAEL PERALES
P O BOX 501
FULLERTON CA  92836-0501

35 PJ*SNMM 92836



*Kern County*
# GRAND JURY

March 12, 2012

Azael Perales
P. O. Box 501
Fullerton, CA   92836-0501

Dear Mr. Perales:

This will acknowledge receipt of your complaint and its attachments.

The Grand Jury has no jurisdiction over matters involving the State. Therefore, the Kern County Grand Jury will take no further action in this matter.

Sincerely,

Dwight Reynolds, Foreman
2011-2012 Kern County Grand Jury

/dpm

Michael McCaffrey

Robert Morris

Peggy Reynolds

Marilynn Runyan

Gerald Thompson

Raymond Thurm

1415 TRUXTUN AVENUE, STE. 600
BAKERSFIELD, CA 93301
(661) 868-4797
FAX: (661) 321-0761
www.co.kern.ca.us/grandjury



# County of Los Angeles
# CIVIL GRAND JURY
CLARA SHORTRIDGE FOLTZ CRIMINAL JUSTICE CENTER
210 WEST TEMPLE STREET • ELEVENTH FLOOR • ROOM 11-506 • LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 893-1047 • FAX (213) 229-2595
http://www.grandjury.co.la.ca.us/

March 8, 2012

Azael Dythian Perales
P.O. Box 501
Fullerton, California 92836

Dear Mr. Perales:

Your letter to the 2011-2012 Los Angeles County Civil Grand Jury, dated March 2, 2012, has been received. The Grand Jury's review of the issues raised in your letter may or may not result in an investigation, but in any event, this letter will probably be the only written response you will receive.

Please do not contact the Civil Grand Jury by telephone or in writing to inquire about the status of your matter. The Grand Jury is prohibited by law from communicating the results of any investigation to you personally, although a written report of all Grand Jury investigations is available to the general public when published at the end of June.

Please be advised that the Civil Grand Jury has no legal jurisdiction or authority to investigate federal agencies, state agencies, private entities, or the courts. Only local governments within Los Angeles County are subject to review by the Grand Jury.

Sincerely,

Staff to the Los Angeles County Civil Grand Jury

LOS ANGELES COUNTY GRAND JURY
CRIMINAL JUSTICE CENTER
210 W. TEMPLE STREET 11-506
LOS ANGELES, CALIFORNIA 90012

Azael Dythian Perales
P.O. Box 501
Fullerton, California 92836



**Don Prange Sr.**
**Foreman**

**Richard Barbar**

**Terry Carter**

**Nancy Davenport**

**Robert DeVoe**

**Lois Graham**

**Donald Katz**

**Richard Kellough**

**Paul McAmis**

**Patricia McCauley**

**Ralph Merrill**

**William Motmans**

**Bonnie Parrett**

**Marilyn Siefker**

**Kathryn Smith**

**Jean Thoutte**

**Robbie Waters**

**Anne Wolfe**

**Karen Young**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO
Grand Jury

March 6, 2012

Azael Perales
P.O. Box 501
Fullerton, CA 92836

Dear Mr. Perales:

On behalf of the Sacramento County Grand Jury, I acknowledge the receipt of your complaint.

The complaint submitted does not fall within the Sacramento County jurisdiction. The Grand Jury reviews all inquiries to determine whether to conduct an investigation or take any action. While the Jury takes each request seriously, not all can be investigated because of legal restrictions, resource limitations, or a variety of other reasons. By law, the work of the Grand Jury is confidential and we cannot respond individually regarding what action, if any, is decided upon with respect to your complaint. If your request is investigated, you may or may not be contacted by one of our committees. In all cases in which the Grand Jury takes formal action, its concerns and recommendations will appear in its final report issued by June 30 each year.

Thank you for taking the time to contact our office.

Sincerely,

DONALD PRANGE SR., Foreman
2011-2012 Sacramento County Grand Jury

DP/bc

GJ/I-2 (rev. 09.16.10)                    **Non Jurisdiction Letter**

GRAND JURY
720 9TH STREET, ROOM 611
SACRAMENTO, CALIFORNIA 95814

Azael Perales
P. O. Box 501
Fullerton, CA 92836

BIXDSMP 92836

**GRAND JURY**



Hall of Justice
600 Union Ave
Fairfield, California 94533
(707) 435-2575
Fax: (707) 435-2566

cdclov.er@solano.courts.ca.gov

March 15, 2012

Azael Dythian Perales
P O Box 501
Fullerton, CA 92836

Re: **Complaint of March 2012**

Dear Mr. Perales:

This letter is to acknowledge receipt of your complaint. Your request will be reviewed by the Solano County Grand Jury. Should you have any additional information, please forward it for inclusion with the complaint file.

Law and policy prohibit the Grand Jury from disclosing **any** aspect of the inquiry. **Findings and recommendations, if any, may be contained in a final report published at the end of the fiscal year.** Be assured that your identity will only be known to the Grand Jury. We are sworn to secrecy to ensure confidentiality of your identity and any information you may supply to us.

Thank you for the opportunity to serve you.

Sincerely,

Wayne Goodman
Foreperson
2011-2012 Grand Jury

WG/cdc

2400

Solano County
Grand Jury
600 Union Ave
Fairfield Ca 94533

189240

BHG-TSB 92836

COUNTY OF ORANGE
DEPARTMENT OF SOCIAL SERVICES

# **MSI 239 I**

NOTICE OF ACTION
MEDICAL SERVICES INITIATIVE

| | |
|---|---|
| Notice Date | 09/02/2011 |
| Case Name | PERALES, AZAEL |
| Member ID | 09F0909778 |
| Number | XXX-XX-8478 |
| SSA I.D. | Z284 |

AZAEL PERALES
P.O. Box 70017
Anaheim, CA 92825

**MSI Eligibility Information Line**
Telephone    866-979-6772
Address       P.O. Box 70017
                    Anaheim, CA 92825-0017

NEU QUI VI CO THAC MAC VE
QUYEN LOI CUA QUI VI XIN GOI
THANG 'MSI' DIEN THOAI SO

SI TIENE PREGUNTAS DE ESTA NOTICIAS
DE ELEGIBILIDAD DEL PROGRAM DE 'MSI'
LLAME EL TELEFONO 'MSI' INFORMATION LINE'

Dear Mr/Mrs/Ms PERALES,

Your Medical Services Initiative application of 08/10/2011 has been approved. You are eligible for benefits beginning 07/01/2011 through 06/30/2012.

Please retain this document and present your tear-out card below to your provider prior to service. Note the required co-pays indicated on the card. All primary and preventive services must be provided by your assigned Medical Home/PCP. **Failure to do so may result in claims denial.**

If you continue to have a medical problem at the end of your eligibility period, you may re-apply for the Medical Services Initiative program in your last month of eligibility.

This action is required by the following laws and/or regulations.

MSI Manual Sections:
        200-5 Eligibility Determination

MSI Approval – Regular 1A3

---

**PATIENT EDUCATORS** are available for any **MEDICAL HOME/PCP CHANGES** and general program questions. Contact: (800) 417-4262, Option 1.
(**Important:** you may change your Medical Home/PCP within 30 days of this notice and once every 6 months thereafter. Your next available change period will be 04/02/2012.)

**NURSES** are available for your **MEDICAL** concerns, 24 hours a day, 7 days a week. Contact (800) 381-9221.

**PRESCRIPTIONS** may be filled at participating network pharmacies.
View list at: http://www.ochealthinfo.com/medical/msi/providers/news.htm

---

## IMPORTANT NOTICE ON THE BACK OF THIS FORM.

**Attention Providers:**
Eligibility and Medical Home information:
www.ocmsipov.com
**Send Claims to:**
Advanced Medical Management (AMM)
MSI Claims
P.O. Box 30248
Long Beach, CA 90853

**COUNTY OF ORANGE HEALTH CARE AGENCY**
**MSI-MEDICAL SERVICES INITIATIVE**



P.O. Box 355
Santa Ana, CA 92702-0355
Phone: (714) 834-6248
Fax: (714) 834-6292



Name:            PERALES, AZAEL
Member ID:    09F0909778
RxBin:           610473
Medical Home/PCP: ST JUDE
        Contact Info: (714) 446-5100

Member Copays:
· Primary, Specialty, and Urg Care $5
· Prescriptions $4
· Emergency Rm $25

On-Line Patient
Eligibility Verification:
www.ocmsipov.com

4398242          4466202

# OLANZAPINE 5MG

## Patient Education

Retail Value: $349.99

**NEW**   **Amt. Due: $25.00**

*Azael D Perales*

Medication: OLANZAPINE 5MG

Date: 03/23/12

Prescription: 6780316-1418

Directions: Take one tablet by mouth one time daily

**Description:**
THIS MEDICINE IS A(N)
FILM-COATED
OFF-WHITE
ROUND-SHAPED TABLET
IMPRINTED WITH TEVA
ON ONE SIDE AND 5768
ON THE OTHER SIDE.

GENERIC NAME: OLANZAPINE (oh-LAN-za-peen)

COMMON USES: This medicine is an atypical antipsychotic used to treat schizophrenia or bipolar disorder. It is also used along with another medicine (fluoxetine) to treat certain types of depression. It may also be used for other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE: WARNING: This medicine is an antipsychotic. It may increase the risk of death when used to treat mental problems caused by dementia in elderly patients. Most of the deaths were linked to heart problems or infection. This medicine is not approved to treat mental problems caused by dementia. Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION MAY BE NEEDED if you are also taking alpha blockers (eg, doxazosin), diazepam, medicine for high blood pressure, anticholinergics (eg, scopolamine), fluvoxamine, benzodiazepines (eg, lorazepam), carbamazepine, HIV protease inhibitors (eg, ritonavir), omeprazole, rifampin, dopamine receptor agonists (eg, pramipexole), levodopa, or tramadol. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions, including Alzheimer disease, dementia, trouble swallowing, bowel blockage, dehydration, low blood volume, diabetes or a family history of diabetes, allergies, pregnancy, or breast-feeding. Tell your doctor if you have a history of seizures, heart problems (eg, heart failure; fast, slow, or irregular heartbeat), abnormal electrocardiogram (ECG), heart attack, stroke or mini-stroke, blood vessel problems, high blood cholesterol levels, high or low blood pressure, low white blood cell levels, liver problems, stomach or bowel problems (eg, decreased muscle movement), enlarged prostate, narrow-angle glaucoma, neuroleptic malignant syndrome (NMS), aspiration pneumonia, suicidal thoughts or attempts, high blood prolactin levels, or certain types of cancer (eg, breast, pancreas, pituitary). Tell your doctor if you are very overweight, drink alcohol, smoke, if you are at risk for breast cancer, or if you will be exposed to high temperatures. Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. This medicine comes with an extra patient information sheet called a Medication Guide. Read it carefully. Read it again each time you get this medicine refilled. This medicine may be taken on an empty stomach or with food. DRINKING EXTRA FLUIDS while you are taking this medicine is recommended. Check with your doctor or nurse for instructions. STORE THIS MEDICINE at room temperature between 68 and 77 degrees F (20 and 25 degrees C) in a tightly-closed container, away from heat, moisture, and light. KEEP THIS MEDICINE out of the reach of children and away from pets. DO NOT SUDDENLY STOP TAKING THIS MEDICINE without first checking with your doctor. CONTINUE TO TAKE THIS MEDICINE even if you feel well. Do not miss any doses. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. DO NOT take 2 doses at once.

CAUTIONS:  DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it or are allergic to any ingredient in this product. DO NOT EXCEED THE RECOMMENDED DOSE or stop using this medicine without first checking with your doctor. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are taking this medicine. Laboratory and/or medical tests may be done to monitor your progress or to check for side effects. DO NOT DRINK ALCOHOL while you are using this medicine. THIS MEDICINE WILL ADD TO THE EFFECTS of alcohol and other depressants. This medicine may cause drowsiness, dizziness, decreased vision, lightheadedness, or fainting. Alcohol, hot weather, exercise, and fever can increase these effects. To prevent them, sit up or stand slowly, especially in the morning. Also, sit or lie down at the first sign of these effects. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. DO NOT BECOME OVERHEATED OR DEHYDRATED in hot weather or during exercise or other activities since risk of heatstroke may be increased. IF VOMITING OR DIARRHEA OCCURS, you will need to take care not to become dehydrated. THIS MEDICINE MAY LOWER THE ABILITY OF YOUR BODY TO FIGHT INFECTION. Tell your doctor if you notice signs of infection like fever, sore throat, rash, or chills. THIS MEDICINE MAY CAUSE A POSSIBLY FATAL CONDITION CALLED NEUROLEPTIC MALIGNANT SYNDROME (NMS). CONTACT YOUR DOCTOR IMMEDIATELY if you develop symptoms such as fever, stiff muscles, confusion, abnormal thinking, fast or irregular heartbeat, and unusual sweating. SOME PATIENTS WHO TAKE THIS MEDICINE MAY DEVELOP MUSCLE MOVEMENTS THAT THEY CANNOT CONTROL. CONTACT YOUR DOCTOR IMMEDIATELY IF YOU HAVE MUSCLE PROBLEMS with your arms; legs; or your tongue, face, mouth, or jaw while taking this medicine. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY; they may be more sensitive to the effects of this medicine. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN CHILDREN; they may be more sensitive to its effects, especially drowsiness, increased cholesterol and lipid levels, increased levels of prolactin (a hormone), and weight gain. Children may need regular weight checks while they take this medicine. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. Using this medicine during the third trimester may result in

TURN OVER >>

---

200 W Orangethorpe Ave Fullerton, CA 92832

Rx: 6780316-1418
Azael D Perales
NDC: 00093-5768-01
SNJ
0000505366

Retail Value: $349.99
NEW  Amt. Due: $25.00

**⊙ TARGET PHARMACY**   **(714)992-4619**
200 W Orangethorpe Ave Fullerton, CA 92832
Date Filled: 03/23/12
Po Box 501 Fullerton, CA 928360501
OLANZAPINE 5MG
Dr. Debra Gutierrez
Refills: No

**DUPLICATE RECEIPT**

(714) 404-2434
Qty: 30
DS: 30
NCPDP: 0581391
Rx NPI: 1427070119

**⊙ TARGET PHARMACY**
200 W Orangethorpe Ave
Fullerton, CA 92832
(714)992-4619

---

200 W Orangethorpe Ave Fullerton, CA 92832

Rx: 6780316-1418
Azael D Perales
Po Box 501 Fullerton, CA 928360501
OLANZAPINE 5MG
Dr. Debra Gutierrez
Refills: No

Retail Value: $349.99
**NEW**   Amt. Due: $25.00

**directions:** Take one tablet by mouth
ne time daily

---

zael D Perales

c: 6780316-1418
te filled: 03/23/12
ug disp: OLANZAPINE 5MG
scription: THIS MEDICINE IS A(N)
JUND-SHAPED TABLET IMPRINTED
ITH TEVA ON ONE SIDE AND 5768
N THE OTHER SIDE

(714) 404-2434
Qty: 30
DS: 30
NCPDP: 0581391
Rx NPI: 1427070119

M-COATED OFF-WHITE

**If you miss a dose of this medicine:**
If you miss a dose of this medicine, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

```
                A. PERALES        SSA# 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 / WEEK PAID    03-03-12  $141.00
    7058        CLAIM EXPIRES      08-27-11                        03-10-12  $141.00
```

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS   $423.00
UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK.        DETACH THIS STUB FOR YOUR RECORD

## CONTINUED
## CLAIM

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  08-29-10
A. PERALES

9211568478100829120317000002120325   AWA

ANSWER ALL QUESTIONS. SEE SECTION A. ON BACK FOR EXAMPLES
OF HOW TO COMPLETE YOUR ANSWERS. Each question is explained
in your booklet, A Guide to Benefits and Employment Services.

COMPLETE AND MAIL THIS FORM ON   03-25-12

| | | 1ST WEEK Begins 03-11-12 Ends 03-17-12 | | 2ND WEEK Begins 03-18-12 Ends 03-24-12 | |
|---|---|---|---|---|---|
| | | YES | NO | YES | NO |
| 1. Were you too sick or injured to work? ....................................... > | | ☐ | ☐ | ☐ | ☐ |
| If yes, enter the number of days (1 through 7) you were unable to work. ........ > | | | (1 - 7) | | (1 - 7) |
| 2. Was there any reason (other than sickness or injury) that you could not have accepted full-time work each workday?...................................... > | | ☐ | ☐ | ☐ | ☐ |
| 3. Did you look for work? .......................................... > ☐ <— IF MARKED 'X', YOU MUST COMPLETE SEC. B - WORK-SEARCH RECORD. ON REVERSE | | ☐ | ☐ | ☐ | ☐ |
| 4. Did you refuse any work? ......................................... > | | ☐ | ☐ | ☐ | ☐ |
| 5. Did you begin attending any kind of school or training? .......................... > | | ☐ | ☐ | ☐ | ☐ |
| 6. Did you work or earn any money, WHETHER YOU WERE PAID OR NOT? ....... > | | ☐ | ☐ | ☐ | ☐ |

(If yes, you MUST COMPLETE items a. and b. below.)
a. Enter earnings before deductions here. .......................... >   $                    $
b. Report employment or 'source' of earnings information below:

| | DATE LAST WORKED | TOTAL HOURS WORKED | EMPLOYER NAME AND MAILING ADDRESS - INCLUDE ZIP CODE | REASON NO LONGER WORKING (OR WRITE "STILL WORKING") |
|---|---|---|---|---|
| 1ST WEEK | | | | |
| 2ND WEEK | | | | |

7. If you want federal income tax withheld for the week(s) shown above,
   mark this block. ............................................................ > ☐
8. If you had a change of mailing address or phone number,
   mark this block and complete Sec. D on reverse. ............................ > ☐

NORCAL AUTHORIZATION CENTER
PO BOX 989057
WEST SACRAMENTO CA  95798-9057

I understand the questions on this form. I know the law provides penalties if
I make false statements or withhold facts to receive benefits: my answers are
true and correct. I declare under penalty of perjury that I am a U.S. citizen or
national, or an alien in satisfactory immigration status and permitted to work by
USCIS. I signed this form after the latest date for which I am claiming benefits

X _____
(your signature is required)

DE 4581CTO Rev. 6 (5-04)  CU/PA866

## DETACH AND DISCARD

SOCAL AUTHORIZATION CENTER
PO BOX 19007
SAN BERNARDINO  CA  92423-9007

EDD  Serving the People of California

A D PERALES
PO BOX 501
FULLERTON CA  92836-0501

3-2019 (01-03)

STATE OF CALIFORNIA / EMPLOYMENT DEVELOPMENT DEPARTMENT

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

B62-038 92836



PRESORTED
FIRST CLASS

USPOSTAGE
00371

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY    CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

## CALFRESH RECERTIFICATION APPOINTMENT LETTER

Date          : 03/22/2012
Case Number   : 1B3HW81
Worker Name   : Nguyet-Hong  T. Pham
Worker Number : E4GB
Worker Telephone: (714) 834-8966
Address       : 2020 W Walnut ST
                Santa Ana CA 92703-4315

Azael Perales
PO BOX 501
Fullerton CA 92836-0501

You were notified that your CalFresh certification period ends on __04/30/2012_____ and that you would get an appointment to keep getting CalFresh benefits.

☐  You have a face-to-face CalFresh recertification interview appointment on: _ _____

| APPOINTMENT DATE: | APPOINTMENT TIME: | | |
|---|---|---|---|
| COUNTY OFFICE NAME | | | |
| COUNTY OFFICE ADDRESS | CITY | STATE | ZIP CODE |

☒  You have a telephone CalFresh recertification interview appointment. **If you prefer to be interviewed in person, please call your worker at the number above for an appointment**. The county will call you for your telephone appointment on: __04/17/2012_____

| APPOINTMENT DATE: | APPOINTMENT TIME: |
|---|---|
| 04/17/2012_____ | 09:00 AM_____ |
| YOUR PHONE NUMBER | |

We will call you at the number above. If the number is not correct, you must call us and provide a number where you can be reached for your interview. It is very important that we are able to reach you. You may also want to provide an alternative phone number where you can be reached. County phone numbers may be blocked. If your phone does not accept blocked numbers, you may miss the phone call for your telephone interview, and your benefits may be delayed. You will have to reschedule your interview. Call your worker at the number above or go to the above office to reschedule your interview.

## IMPORTANT REMINDERS

·  Failure to complete this interview may result in a delay or may end your CalFresh benefits.
·  If you do not keep the scheduled appointment, it is your responsibility to reschedule it.
·  To change your appointment, please contact your worker.
·  Required verification must be turned in within 10 days of your worker asking for it. Please tell your worker if you need help getting this information. Your worker can help you get it.
·  If you file Quarterly Reports, you must turn in a completed Quarterly Report (QR 7) by no later than the 11th of the month in which it is due to avoid a possible delay in benefits.

## COMMENTS:
Please fill out all forms, date, sign and send them in with income verif, rent receipt and a copy of the latest bank statement if any. Thank you.

FS 29 (10/11) REQUIRED FORM - SUBSTITUTE PERMITTED



**CMS**.gov
Centers for Medicare & Medicaid Services

**Welcome azael.perales@yahoo.com!**  Home  Logout  My Profile

Submit Request  FAQs  Check Status of Request

# Thank You

Your Complaint has been sent to a staff member. **Your case number is 2012-431**

**A new online account has been created to allow you to check your request status or submit more requests. The following username and password has been sent to azael.perales@yahoo.com.**

Username: azael.perales@yahoo.com
Password: **********
Change username or password

**Referring Judge:** Magistrate Judge Edmund F. Brennan

**Cause Of Action:** No cause code entered

**Court:** Ninth Circuit > California > Eastern District Court

**Type:** Other Statutes > None

## Perales v. No Defendants Named 🔎

Filed: May 8, 2009 as 1:2009cv01081 Updated: April 7, 2010 06:06:22

**Plaintiff:** Azael D. Perales

**Defendant:** No Defendants Named

**Presiding Judges:** Magistrate Judge Boyd N. Boland and Judge Zita L. Weinshienk

**Cause Of Action:** Civil Rights Act

**Court:** Tenth Circuit > Colorado > District Court

**Type:** Civil Rights > None

### California Grand Juries Mailing Addresses

See "Links" page for website addresses

| County | Address | City | Zip |
|--------|---------|------|-----|
| Alameda County Grand Jury | 1401 Lakeside Dr., Ste. 1104 | Oakland | 94512- |
| Alpine County Grand Jury | P.O. Box 102 | Markleeville | 96120- |
| Amador County Grand Jury | P.O. Box 249 | Jackson | 95642-0249 |
| Butte County Grand Jury | P.O. Box 110 | Oroville | 95965-3344 |
| Calaveras County Grand Jury | P.O. Box 414 | San Andreas | 95249- |
| Colusa County Grand Jury | 532 Oak Street | Colusa | 95932- |
| Contra Costa County Grand Jury | P.O. Box 911 | Martinez | 94553-0091 |
| Del Norte County Grand Jury | 450 H Street | Crescent City | 95531- |
| El Dorado County Grand Jury | P.O. Box 472 | Placerville | 95667- |
| Fresno County Grand Jury | 1100 Van Ness, Rm. 102 | Fresno | 93721- |
| Glenn County Grand Jury | 526 W. Sycamore Street | Willows | 95988- |
| Humboldt County Grand Jury | 825 Fifth Street | Eureka | 95501- |
| Imperial County Grand Jury | P.O. Box 2019 | El Centro | 92243- |
| Inyo County Grand Jury | P.O. Box 401 | Independence | 93526- |
| Kern County Grand Jury | 1415 Truxton Avenue | Bakersfield | 93301 |
| Kings County Grand Jury | P. O. Box 1562 | Hanford | 93232- |

⟶ = RECEIVED COPY OF GRAND JURY COMPLAINT

13

| | | | |
|---|---|---|---|
| Lassen County Grand Jury | 220 S. Lassen St., Suite 6 | Susanville | 96130 |
| Madera County Grand Jury | 209 W. Yosemite Ave. | Madera | 93637 |
| Mariposa County Grand Jury | P.O. Box 789 | Mariposa | 95338 |
| Merced County Grand Jury | P.O. Box 2034 | Merced | 95344 |
| Mono County Grand Jury | P.O. Box 978 | Mammoth Lakes | 93546 |
| Napa County Grand Jury | P.O. Box 5397 | Napa | 94581 |
| Orange County Grand Jury | 700 Civic Center Dr. West | Santa Ana | 92702 |
| Plumas County Grand Jury | P.O. Box 784 | Quincy | 95971 |
| Sacramento County Grand Jury | 720 Ninth Street | Sacramento | 95814 |
| San Bernardino County Grand Jury | 351 N. Arrowhead Ave.,   Dept. 5 | San Bernardino | 92415 |
| San Francisco County Grand Jury | 400 McAlister Street | San Francisco | 94102 |
| San Luis Obispo County Grand Jury | P.O. Box 4910 | San Luis Obispo | 93403 |
| Santa Barbara County Grand Jury | 1100 Anacapa Street | Santa Barbara | 93101 |
| Santa Cruz County Grand Jury | 701 Ocean Street, Room 318-I | Santa Cruz | 95060 |
| Sierra County Grand Jury | P.O. Box 476 | Downieville | 95936 |
| Solano County Grand Jury | 600 Union | Fairfield | 94533 |
| Stanislaus County Grand Jury | P.O. Box 3387 | Modesto | 95353 |

| | | | |
|---|---|---|---|
| Sutter County Grand Jury | P.O. Box | Yuba City | 95991 |
| Tehama County Grand Jury | P.O. Box 1061 | Red Bluff | 96080-1061 |
| Trinity County Grand Jury | P.O. Box | Weaverville | 96093 |
| Tulare County Grand Jury | 5963 S. Mooney Blvd. | Visalia | 93277- |
| Tuolumne County Grand Jury | 41 W. Yaney | Sonora | 95370 |
| Ventura County Grand Jury | 800 S. Victoria Avenue, L#3751 | Ventura | 93009- |
| Yolo County Grand Jury | P.O. Box | Woodland | 95776 |
| Yuba County Grand Jury | 215 Fifth Street | Marysville | 95901- |



**Grand Jury Reports**

---

### State of Michigan Judicial Tenure Commission

**Paul J. Fischer** has been Executive Director and General Counsel since January 2001. Prior to joining the Commission in that capacity, he was an assistant Oakland County Prosecutor before serving as a Commission staff attorney. In addition, Mr. Fischer practiced commercial litigation and family law in private practice. Mr. Fischer has been a member of the State Bar of Michigan since 1983.

Staff Attorney **Cas Swastek** joined the Commission in August 1997. Before that date, he worked in private practice focusing on commercial litigation and the defense of legal and accounting malpractice claims. Mr. Swastek has been a member of the State Bar of Michigan since 1989.

Staff Attorney **Glenn Page** joined the Commission in November 2009. Before that date, he worked for 27 years as an assistant prosecutor in the Wayne County Prosecutor's Office. Mr. Page has been a member of the State Bar of Michigan since 1981.

Staff Attorney **Maggie Rynier** joined the Commission on January 12, 2011. Before that date, she worked for 25 years as an assistant prosecutor for the Wayne County Prosecutor's Office. Ms Rynier has been a member of the State Bar of Michigan since 1982.

### UTAH  SUPREME COURT JUSTICES

15



**Employment
Development
Department**
State of California

EDD TELEPHONE NUMBERS:
ENGLISH:           1-800-300-5616
SPANISH:           1-800-326-8937
CANTONESE:         1-800-547-3506
MANDARIN           1-866-303-0706
VIETNAMESE:        1-800-547-2058
TTY: (NON VOICE)   1-800-815-9387
EDD INTERNET SITE: **www.edd.ca.gov**

AZAEL PERALES
PO BOX 501
FULLERTON CA 92836-0501

Mail Date:
Fecha de Envío:                **04/11/2012**

SSN:
Nº de SS:                      **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**

## NOTICE OF FOURTH FEDERAL EXTENSION FILED

You qualify for the fourth federal extension approved by President Obama on
November 6, 2009. It has been automatically filed for you effective 04/01/2012.  No action
is required on your part.  Your weekly benefit amount is $141 and the maximum benefit
amount is $846.  You will be mailed claim forms which you will need to complete and
return to the EDD if you would like to collect these benefits.

In order to receive UI benefits on your fourth federal extension you must continue to meet
all UI eligibility requirements each week.

## AVISO DE LA CUARTA EXTENSIÓN FEDERAL PRESENTADA

Usted califica para la cuarta extensión federal aprobada por el Presidente Obama
el 6 de noviembre de 2009.  La extensión federal ha sido presentada automaticamente por
Ud. de nuestra parte con fecha de vigencia de 04/01/2012.  No se requiere ninguna acción
de su parte.  Su cantidad de beneficio semanal es de $141 y la cantidad de beneficios
máxima es de $846.  Se le enviará por correo los formularios de solicitud de beneficios los
cuales tendrá que completar y regresar al EDD si desea solicitar estos beneficios.

Para poder recibir los beneficios del Seguro de Desempleo en su cuarta extensión federal,
Ud. debe seguir reuniendo todos los requisitos de elegibilidad cada semana.

United States Government Accountability Office

GC 1LS
Km. 7838

Washington, D.C. 20548

Official Business
Penalty for Private Use, $300

GAO-3C

Mr. Azael D. Perales
P.O. Box 501
Fullerton, CA 92836

GAO



Hasler

$00.450

US POSTAGE



**United States Government Accountability Office**
**Washington, DC 20548**

April 5, 2012

Mr. Azael D. Perales
P.O. Box 501
Fullerton, CA 92836

Dear Mr. Perales:

A copy of your Grand Jury Complaint Form, along with attachments, has been forwarded to me from our San Francisco Field Office. We have reviewed the information and determined that the Government Accountability Office (GAO) has no authority over this matter.

GAO's mission is to provide reports and recommendations to Congress about federal programs and policies. The agency does not consider legal matters for individual citizens such as the ones you raise.

Therefore, we will be unable to pursue the matters raised in your Grand Jury Complaint Form dated March 2, 2012 and the accompanying documents that you provided with it.

Sincerely yours,

*Joan M. Hollenbach*

Joan M. Hollenbach
Managing Associate General Counsel
Legal Services

Page 1 of 1

## LABOR READY SOUTHWEST INC

COSTA MESA          CA

| LR USER : | Cathy Aguirre | | | | | | |
|---|---|---|---|---|---|---|---|
| TICKET : | 1005311-1537 | SOC SEC # : | XXX-XX-8478 | | AZAEL D PERALES | | |
| CHECK # : | 8068174487 | CHECK DATE : 4/17/2012 | | PAY PERIOD ENDING: | 4/17/2012 | NET PAY: | $33.61 |

| START DATE | END DATE | PAY RATE | REG HRS | OVR HRS | DBL HRS |
|---|---|---|---|---|---|
| 4/17/2012 | 4/17/2012 | 8.00 | 4.50 | 0.00 | 0.00 |

| THIS PERIOD EARNINGS | | THIS PERIOD TAXES | | THIS PERIOD DEDUCTIONS |
|---|---|---|---|---|
| Regular | $36.00 | MED EE | $0.52 | |
| TOTAL | $36.00 | SOC SEC EE | $1.51 | |
| | | CALIFORNIA SDI EE | $0.36 | |
| | | TOTAL | $2.39 | |

| YTD EARNINGS : | 36.00 | YTD HOURS : | 4.50 | CUSTOMER ID : | 10951-1999 |
|---|---|---|---|---|---|

THANKS FOR WORKING AT LABOR READY (WWW.LABORREADY.COM)

PLEASE VERIFY YOUR HOURS

THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD TO LIGHT TO VERIFY WATERMARK

**LABOR READY**
Dependable Temporary Labor
LABOR READY SOUTHWEST INC
TACOMA WA

LR USER   Cathy Aguirre
TICKET    2518871
SYS KEY   1537SYS04/17/12  6:23:57 PM

WELLS FARGO BANK, N. A.
PAYABLE IF DESIRED WELLS FARGO BANK, N. A.
420 MONTGOMERY
SAN FRANCISCO          CA
66-382/412

8068174487
4/17/2012

PAY TO THE ORDER OF   AZAEL D PERALES
PO BOX 501
FULLERTON          CA   92836

EXACTLY (THIRTY THREE DOLLARS AND SIXTY ONE CENTS)

Void after 180 Days
Payroll Account

***$33.61***

CANNOT EXCEED $33.61 AMT

⑆8068174487⑆ ⑈0412038241⑈ 960009546 3⑈

Page 1 of 1

## LABOR READY SOUTHWEST INC

COSTA MESA          CA

| LR USER : | Jacob Kaczorowski | | | | | | |
|-----------|-------------------|---|---|---|---|---|---|
| TICKET : | 1005377-1537 | SOC SEC # : | XXX-XX-8478 | | AZAEL D PERALES | | |
| CHECK # : | 8068202381 | CHECK DATE : 4/19/2012 | | PAY PERIOD ENDING: | 4/19/2012 | NET PAY: | $49.83 |

| START DATE | END DATE | PAY RATE | REG HRS | OVR HRS | DBL HRS |
|------------|----------|----------|---------|---------|---------|
| 4/19/2012 | 4/19/2012 | 8.00 | 7.00 | 0.00 | 0.00 |

| THIS PERIOD EARNINGS | | THIS PERIOD TAXES | | THIS PERIOD DEDUCTIONS |
|----------------------|--------|------------------|--------|------------------------|
| Regular | $56.00 | FEDERAL WH | $1.85 | |
| TOTAL | $56.00 | MED EE | $0.81 | |
| | | SOC SEC EE | $2.35 | |
| | | CALIFORNIA SDI EE | $0.56 | |
| | | CALIFORNIA WH | $0.60 | |
| | | TOTAL | $6.17 | |

| YTD EARNINGS : | 92.00 | YTD HOURS : | 11.50 | CUSTOMER ID : | 4285-999 |
|----------------|-------|-------------|-------|---------------|----------|

THANKS FOR WORKING AT LABOR READY (WWW.LABORREADY.COM)

PLEASE VERIFY YOUR HOURS

THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD TO LIGHT TO VERIFY WATERMARK

**LABOR READY**
Dependable Temporary Labor
LABOR READY SOUTHWEST INC
TACOMA WA

LR USER :  Jacob Kaczorowski
TICKET :   2541073
SYS KEY :  1537SYS04/19/12 10:00:34 PM

8068202381
4/19/2012

WELLS FARGO BANK, N. A.
PAYABLE IF DESIRED WELLS FARGO BANK N. A.
420 MONTGOMERY
SAN FRANCISCO        CA
66-382/412

PAY TO THE ORDER OF   AZAEL D PERALES
PO BOX 501
FULLERTON        CA   92836

Void after 180 Days
Payroll Account

***$49.83***

CANNOT EXCEED $49.83 AMT

EXACTLY FORTY NINE DOLLARS AND EIGHTY THREE CENTS)

⑈8068202381⑈  ⑆041203824⑆  9600095463⑈

# LABOR READY

*Dependable Temporary Labor*

# WORK TICKET

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER CODE | CUSTOMER NAME | | | | |
| 10851-1898 | ALAIN HIRSCH CONSTRUCTION | | | | |
| JOB CODE | JOB SITE | | | DATE | TIME | NUM OF WORKERS |

REPORT TO 000257587 - SOUTH COAST PLAZA

CONTACT PHONE #
SCOTT
9494632105

WORK TICKET
MACYS

3333 BRISTOL ST, COSTA MESA.
CA 92627

COSTA MESA
1537
949-646-8675

Ticket: 1005311-1537

Printed date: 04/17/2012 6:18 AM

| WORKED (TO 1/4 HOUR) | START SHIFT | START LUNCH | END LUNCH | END SHIFT |
|---|---|---|---|---|
| 000260591 04/17/2012 Tue PERALES, AZAEL, D | | | | |



*CUSTOMER PLEASE COMPLETE THE FOLLOWING*

CUSTOMER SHALL PROVIDE SUPERVISION AND PROVIDE TRAINING FOR THE SAFE OPERATION OF ANY EQUIPMENT

DO NOT GIVE WORKERS ANY CASH.
CUSTOMER, PLEASE RETAIN TOP WHITE SIGNED COPY ONLY.

WAS THE WORK PERFORMED SUBJECT TO PREVAILING WAGE?
☐ YES   ☐ NO

DO YOU NEED WORKERS TO RETURN?
☐ YES   ☐ NO

NO. OF WORKERS    TIME NEEDED

Remarks:

DATE

PRINT NAME AND TITLE

AUTHORIZED SIGNATURE

IN EXCHANGE FOR THE PROVISION OF THE WORKERS NAMED ABOVE, CUSTOMER AGREES TO THE TERMS AND CONDITIONS OF SERVICES SET FORTH ON THE REVERSE SIDE HEREOF. CUSTOMER CERTIFIES THAT THE NAMED WORKERS HAVE WORKED AND ARE RELEASED FOR THE HOURS SHOWN

LROP002CA (Rev 3/10)
Total Hours Worked:

Page(s): Page 1 of 1

**BRANCH COPY - YELLOW**